1  ILENE J. LASHINSKY (#003073)
   United States Trustee
2  District of Arizona

3  TRUDY A. NOWAK (#021567)
   Trial Attorney
4  2929 N. Central Avenue, Suite 700
   P.O. Box 36170
5  Phoenix, Arizona 85067-6170
   Phone: (602) 640-2029
6  Fax: (602) 640-2217
   E-mail: Trudy.A.Nowak@usdoj.gov
7

8                UNITED STATES BANKRUPTCY COURT

9                      DISTRICT OF ARIZONA

10 | In re:                                  ) Chapter 11
11 |                                         )
   | DEXTER DISTRIBUTING                     ) Case No. 2-03-03546-PHX-RJH
12 | CORPORATION, et al                      )
   |                                         ) Jointly Administered
13 |                     Debtors.            )
14 | THIS FILING APPLIES TO:                 )
   |                                         )
15 | ☒ SPECIFIED DEBTORS:                    ) STIPULATION REGARDING PAYMENT OF
   |                                         ) PRE-CONFIRMATION QUARTERLY FEES
16 | Castle Megastore Corp.                  )
   | 3270 Gateway Street, LLC                )
17 | 300 E.Camelback, LLC                    )
   | 222 N. 44th St., LLC                    )
18 | East Sprague Avenue, LLC                )
   | 1113 Progress Drive, Medford, LLC       )
19 | 9815 S.W. Capital Highway, LLC          )
   | 5110 Central Ave., S.E., LLC            )
20 | 6015 Tacoma Mall Blvd., LLC             )
   | 7102 W Roosevelt St., LLC               )
21 |_____)

22         This issue of past due quarterly fees due to the United States Trustee was raised in the
23 United States Trustee's objection to motion/application for approval of inter-debtor stipulation regarding
24 real property leases and expenses and cross-motion to compel debtors to pay quarterly fees, filed March
25 4, 2004, and as discussed at the March 11, 2004, hearing on the matter. After discussion, the
26 undersigned parties hereby stipulate and agree that quarterly fees are owed through the fourth quarter of
27 2003 in the total amount of $10,750, as set forth below:
28

| Case Number | Debtor | Amount |
|---|---|---|
| 2-03-04695-RJH | 3270 Gateway Street, LLC | $750 |
| 2-03-04696-RJH | 300 E Camelback, LLC | $750 |
| 2-03-04697-RJH | 222 N 44th St, LLC | $1,000 |
| 2-03-04701-RJH | East Sprague Avenue, LLC | $750 |
| 2-03-04702-RJH | 1113 Progress Drive, Medford | $750 |
| 2-03-04704-RJH | 9815 SW Capital Highway LLC | $1,000 |
| 2-03-04707-RJH | 5110 Central Ave., SE, LLC | $750 |
| 2-03-04709-RJH | 6015 Tacoma Mall Blvd., LLC | $1,750 |
| 2-03-04710-RJH | 7102 W Roosevelt St., LLC | $3,250 |
| Total | | $10,750 (through fourth quarter, 2003) |

The debtors hereby agree to pay the sum of $10,750 from proceeds of the operating entity, Castle Megastore Corporation, Case No. 2-03-03548-RJH, immediately upon the signing of this stipulation. Debtor further agrees that payment of quarterly fees owed to the United States Trustee will be timely made for all debtor entities in the future.

Dated: June 4, 2004

ILENE J. LASHINSKY
United States Trustee
District of Arizona

By: _Trudy A. Nowak_
TRUDY A. NOWAK
Trial Attorney

Dated: July 9, 2004

STINSON MORRISON HECKER, LLP

By: _Warren J. Stapleton_
WARREN J. STAPLETON
1850 N. Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
(602) 279-1600
Attorneys for Certain Debtors