**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

Dated: July 16, 2007



_____
**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| **In re:**<br><br>**DEXTER DISTRIBUTING CORPORATION, et al.,**<br><br>Debtor.<br>_____<br><br>**THIS FILING APPLIES TO:**<br><br>☐ ALL DEBTORS<br>■ SPECIFIED DEBTORS<br>DEXTER DISTRIBUTING CORPORATION;<br>NEW CASTLE MEGASTORE CORP.; AND<br>1113 PROGRESS DRIVE, MEDFORD, LLC | (In ) _____<br><br>Case No. 2:03-bk-03546-RJH<br><br>Jointly Administered With:<br><br>2-03-BK-03548-RJH<br>2-03-BK-04695-RJH through<br>2-03-BK-04710-RJH<br>2-03-BK-05427-RJH<br>2-03-BK-11513-RJH<br>2-03-BK-11515-RJH<br>2-03-BK-04238-RJH<br>2-07-BK-01017-RJH<br>2-07-BK-01018-RJH; and<br>2-07-BK-01019-RJH<br><br>**STIPULATED ORDER GRANTING APPLICATION TO EMPLOY SIERRA CONSULTING GROUP LLC AS FINANCIAL AND BUSINESS VALUATION ADVISOR TO THE OFFICIAL UNSECURED CREDITORS' COMMITTEE** |

This matter came before the Court on the *Application to Employ Sierra Consulting Group, LLC as Financial and Business Valuation Advisor to the Official Unsecured Creditors' Committee* ("Application") filed by the Official Unsecured Creditors Committee ("Committee"), the Objection to the Application filed by Taylor Coleman and the Committee's Reply to that Objection (the "Reply"); the Court finding that notice of the Application was sufficient, and good cause appearing, the Court finds as follows: (1) that Sierra Consulting Group, LLC ("Sierra") holds no interest adverse to the bankruptcy estates of the above-captioned cases; (2) that Sierra is disinterested person as required by 11 U.S.C. §327(a) and within the meaning of 11 U.S.C. § 101(14); (3) that

14003-002/343361     1

Sierra has disclosed any connections with parties as set forth in Bankruptcy Rule 2014; and (4) that the employment of Sierra as financial and valuation advisors for the Committee in the above captioned cases, on the terms and conditions set forth in the Application, the Reply and herein, is necessary and would be in the best interest of the Committee and the bankruptcy estates; accordingly,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that the Application is granted;

**IT IS FURTHER ORDERED, ADJUDGED, and DECREED** that the Committee is hereby authorized to retain Sierra in connection with this Chapter 11 case to advise it with respect to financial and valuation matters and other issues as identified in the Application and the Reply;

**IT IS FURTHER ORDERED, ADJUDGED, and DECREED** that, based on the agreement of the Committee and Coleman, the fees of Sierra are capped at $20,000.00 subject to the right of the Committee to obtain an increase in that amount, upon further application to the Court, based upon developments in the case;

**IT IS FURTHER ORDERED, ADJUDGED, and DECREED** that Taylor Coleman has reserved his right to object to the fees and costs of Sierra incurred in connection with this case.

**SQUIRE, SANDERS & DEMPSEY**

By: /s/ AVB #023886
Thomas Salerno, Esq.
Andrew V. Banas, Esq.
40 North Central Avenue
Suite 2700
Phoenix, AZ 85004-4498
Attorneys for Taylor Coleman

**TIFFANY & BOSCO, P.A.**

By: \_\_/s/ CRK #014820_____
Christopher R. Kaup, Esq.
Jeffrey A. Sandell, Esq.
Third Floor Camelback Esplanade II
2525 East Camelback Road
Phoenix, Arizona 85016-4237
Attorneys for the Committee



14003-002/343361

3