C. Taylor Ashworth, AZ Bar #0104343
Alan A. Meda, AZ Bar #009213
Christopher Graver, AZ Bar #013235
**STINSON MORRISON HECKER LLP**
1850 N. Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Tel: (602) 279-1600
Fax: (602) 240-6925

Attorneys for Debtors-in-Possession

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>DEXTER DISTRIBUTING CORPORATION, et al.,<br><br>                Debtors.<br><br>THIS FILING APPLIES TO:<br>☐ ALL DEBTORS<br>■ SPECIFIED DEBTORS<br>DEXTER DISTRIBUTING CORPORATION;<br>NEW CASTLE MEGASTORE CORP.;<br>1113 PROGRESS DRIVE, MEDFORD, LLC; AND<br>CASTLE REALTY CORPORATION | Chapter 11<br><br>**Case No. 2-03-bk-03546-RJH**<br><br>JOINTLY ADMINISTERED WITH:<br>    2-03-BK-03548-RJH;<br>    2-03-BK-04695-RJH THROUGH<br>    2-03-BK-04710-RJH;<br>    2-03-BK-05427-RJH;<br>    2-03-BK-11513-RJH:<br>    2-03-BK-11515-RJH;<br>    2-03-BK-04238-RJH;<br>    2:07-BK-01017-RJH;<br>    2:07-BK-01018-RJH;<br>    2:07-BK-01019-RJH; AND<br>    2:08-BK-05785-RJH<br><br>**NOTICE OF FILING DISCLOSURE STATEMENT TO ACCOMPANY FIRST AMENDED JOINT PLAN OF REORGANIZATION PROPOSED BY DEBTORS, ANMP, OFFICIAL UNSECURED CREDITORS' COMMITTEE AND MARK A. FRANKS DATED SEPTEMBER 19, 2008** |

      **NOTICE IS HEREBY GIVEN** that Debtor New Castle Megastore Corp. has on this 14th day of November 2008 filed the attached Disclosure Statement to Accompany First Amended Joint Plan of Reorganization Proposed by Debtors, ANMP, Official Unsecured Creditors' Committee and Mark A. Franks Dated September 19, 2008, as supplemented pursuant to the Court's Order Re Disclosure Statement dated October 28, 2008.

DATED this 14th day of November 2008.

**STINSON MORRISON HECKER LLP**

/s/ Alan A. Meda (#009213)
C. Taylor Ashworth
Alan A. Meda
Christopher Graver
1850 N. Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Attorneys for Dexter, Megastore, and Medford

DB03/803887.0005/8902587.1 DD02