# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

In re: ) CASE NO. 2:03-bk-03546-RJH
) 2:07-bk-01017-RJH
)
**DEXTER DISTRIBUTING** ) **BUSINESS AND INDUSTRY**
**CORPORATION** ) **MONTHLY OPERATING REPORT**
)
) MONTH OF  May 2009
)
) DATE PETITION FILED: March 9, 2007
Debtor(s) )
) TAX PAYER ID NO. 86-0653632

Nature of Debtor's Business:  Inactive

DATE DISCLOSURE STATEMENT:  FILED _____  TO BE FILED _____

DATE PLAN OF REORGANIZATION:  FILED _____  TO BE FILED _____

**I CERTIFY UNDER PENALTY OR PERJURY THAT THE FOLLOWING MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.**

**RESPONSIBLE PARTY:**

_____  Chairman of the Board
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY  TITLE

JAMES SPEAR  June 29, 2009
PRINTED NAME OF RESPONSIBLE PARTY  DATE

**PREPARER**

_____  Accounting Manager
ORIGINAL SIGNATURE OF PREPARER  TITLE

KELLY WHITING  June 29, 2009
PRINTED NAME OF PREPARER  DATE

PERSON TO CONTACT REGARDING THIS REPORT:  BRETT FREDERICK

PHONE NUMBER:  (480)921-1005 ext. 2403

ADDRESS:  1045 S. EDWARD DRIVE
TEMPE, AZ 85281

CASE # 2:07-bk-01017-RJH
DEXTER DISTRIBUTING CORPORATION
RECEIPTS AND DISBURSEMENTS

| Month Ended May 31, 2009 | BANK ACCOUNTS | | | |
|---|---|---|---|---|
| | DIP | | Tax | TOTAL |
| | | | | |
| **CASH AND BANK BALANCE - BEGINNING OF MONTH** | - | | - | - |

| **RECEIPTS** | | | | |
|---|---|---|---|---|
| GROSS SALES | | | | - |
| ACCOUNTS RECEIVABLE-PREPETITION  **** | | | | - |
| ACCOUNTS RECEIVABLE-POSTPETITION | | | | - |
| LOANS AND ADVANCES | | | | - |
| SALE OF ASSETS | | | | - |
| TRANSFERS IN FROM OTHER ACCOUNTS | | | | - |
| OTHER RECEIPTS | | | | - |
| COBRA PAYMENTS | | | | - |
| OTHER FEE INCOME | | | | - |
| EXPENSE REIMBURSEMENTS | | | | - |
| VOIDED PRIOR CHECKS | | | | - |
| INTEREST | | | | - |
| **TOTAL RECEIPTS** | - | - | - | - |

| **DISBURSEMENTS** | | | | |
|---|---|---|---|---|
| BUSINESS - ORDINARY OPERATIONS | - | | | - |
| CAPITAL IMPROVEMENTS | | | | - |
| PRE-PETITION DEBT | | | | - |
| TRANSFERS TO OTHER DIP ACCOUNTS | - | | | - |
| BENEFITS | | | | - |
| OTHER (ATTACH LIST) | | | | - |
| COIN DISBURSEMENTS | | | | - |
| PAYROLL & PAYROLL TAXES | | | | - |
| BANK FEES AND MERCHANT FEES | | | | - |
| **REORGANIZATION EXPENSES:** | | | | - |
| ATTORNEY FEES | | | | - |
| ACCOUNTANT FEES | | | | - |
| OTHER PROFESSIONAL FEES | | | | - |
| U.S. TRUSTEE QUARTERLY FEE | | | | - |
| COURT COSTS | | | | - |
| **TOTAL DISBURSEMENTS** | - | -- | - | - |

| **CASH AND BANK BALANCE - END OF MONTH** | - | - | - | - |

| **DISBURSEMENTS FOR CALCULATING QUARTERLY FEES:** | |
|---|---|
| TOTAL DISBURSEMENTS FROM ABOVE | - |
| LESS: TRANSFERS OUT TO OTHER DIP ACCOUNTS | - |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. PAYMENTS FROM ESCROW OR 2-PARTY CHECKS) | |
| **TOTAL DISBURSEMENTS FOR CALCULATING QUARTERLY FEES:** | - |

DEXTER DISTRIBUTING CORPORATION
CASE # 2:07-bk-01017-RJH
STATEMENT OF OPERATIONS

| | Month Ended May 31, 2009 | Year To Date May 31, 2009 | Total Since Filing |
|---|---|---|---|
| **INCOME** | | | |
| | $ - | $ - | $ - |
| Total Revenues | - | - | - |
| COST OF GOODS SOLD | | | - |
| GROSS MARGIN | - | - | - |
| **EXPENSES** | | | |
| General and Administrative Expense | | | |
| Other Income and Expenses | | | |
|   Other Income | - | - | |
| Depreciation Expense | - | - | |
| Amortization Expense | - | - | |
| Total Depreciation and Amortization | - | - | - |
| Reorganization Costs | | | |
|   Restructuring Fees | - | - | - |
|   U.S. Trustee Office - Quarterly Fees | | | |
|   Accounting Fees | - | - | - |
|   Attorney Fees | - | - | - |
| Total Reorganization Costs | - | - | - |
| Total Expense | - | - | - |
| NET INCOME (LOSS) BEFORE INCOME TAXES | $ - | $ - | $ - |

DEXTER DISTRIBUTING CORPORATION
CASE # 2:07-bk-01017-RJH
COMPARATIVE BALANCE SHEET

|  | May 31, 2009 | April 30, 2009 |
|---|---|---|
| **ASSETS** | | |
| Cash | $ - | $ - |
| Accounts Receivable - Intercompany | | |
| Total Current Assets | - | - |
| Fixed Assets | | |
| less: Accumulated Depreciation | | |
| Net Fixed Assets | - | - |
| Prepaid Assets | | |
| **TOTAL ASSETS** | $ - | $ - |
| | | |
| **LIABILITIES & EQUITY** | | |
| Liabilities Not Subject to Compromise | $ - | $ - |
| Liabilities Subject to Compromise | | |
| Total Liabilities | - | - |
| PrePetition Owner's Equity | | |
| PostPetition Profit (Loss) | | |
| **TOTAL LIABILITIES & EQUITY** | $ - | $ - |

DEXTER DISTRIBUTING CORPORATION
CASE # 2:07-bk-01017-RJH
STATUS OF ASSETS
Month Ended May 31, 2009

## ACCOUNTS RECEIVABLES AGING

|                           | 0-30   | 31-60  | 61+    | Total  |
|---------------------------|--------|--------|--------|--------|
| Total Receivable          | $   -  | $   -  | $   -  | $   -  |
| Less Reserve for Bad Debt |        |        |        |    -   |
| Net Receivables           | $   -  | $   -  | $   -  | $   -  |

## DUE FROM INSIDERS - INTERCOMPANY

|                                 | Principal | Accrued Interest | Total Due |
|---------------------------------|-----------|------------------|-----------|
| Intercompany Receivable - Other | $    -    | $    -           | $    -    |

DEXTER DISTRIBUTING CORPORATION
CASE # 2:07-bk-01017-RJH
STATUS OF ASSETS, cont.
Month Ended May 31, 2009

| FIXED ASSETS | SCHEDULED AMOUNT | ADDITIONS | DELETIONS / WRITE DOWNS | CURRENT AMOUNT |
|---|---|---|---|---|
| FIXED ASSETS | $ - | $ - | $ - | $ - |
| ACCUMULATED DEPRECIATION | | | | - |
| NET FIXED ASSETS | $ - | $ - | $ - | $ - |

| INTANGIBLE ASSETS | SCHEDULED AMOUNT | ADDITIONS | DELETIONS / WRITE DOWNS | CURRENT AMOUNT |
|---|---|---|---|---|
| INTANGIBLE ASSETS | $ - | $ - | $ - | $ - |
| ACCUMULATED AMORTIZATION | | | | - |
| NET INTANGIBLE ASSETS | $ - | $ - | $ - | $ - |

DEXTER DISTRIBUTING CORPORATION

CASE # 2:07-bk-01017-RJH

Month Ended May 31, 2009

# STATUS OF LIABILITIES AND SENSITIVE PAYMENTS

| POSTPETITION UNPAID OBLIGATIONS | TOTAL | 0-30 | 31-60 | 61-90 | 91+ |
|---|---|---|---|---|---|
| ACCOUNTS PAYABLE (6a) | $ - | $ - | $ - | $ - | $ - |
| RECEIVING P.O.s | | | | | |
| ACCRUED LABOR | | | | | |
| PROFESSIONAL FEES | - | | | | |
| SECURED DEBT | - | | | | |
| ACCRUED PROP. TAXES (6b) | | | | | |
| ACCRUED INTEREST | | | | | |
| TOTAL POST-PETITION LIABILITIES | $ - | $ - | $ - | $ - | $ - |

**\* DEBTORS MUST ATTACH AN AGED LISTING OF ACCOUNTS PAYABLE**

## PAYMENTS TO INSIDERS AND PROFESSIONALS

OF THE TOTAL DISBURSEMENTS SHOWN FOR THE MONTH, LIST THE AMOUNT PAID TO INSIDERS (RELATIVES OF THE DEBTORS OR PERSONS IN CONTROL) AND TO PROFESSIONALS (ATTORNEYS, ACCOUNTANTS, ETC.) FOR PAYMENTS TO INSIDERS, IDENTIFY THE TYPE OF COMPENSATION PAID (e.g., SALARY, COMMISSIONS, INSURANCE, HOUSING ALLOWANCE, TRAVEL, ETC.). ATTACH ADDITIONAL SHEETS IF NECESSARY.

| INSIDERS | | | |
|---|---|---|---|
| NAME | REASON FOR PAYMENT | AMOUNT PAID THIS MONTH | TOTAL PAID TO DATE |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS TO INSIDERS | $ - | $ - | $ - |

| PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | $ - | $ - | $ - | $ - | $ - |

DEXTER DISTRIBUTING CORPORATION
Month Ended May 31, 2009
CASE STATUS
CASE # 2:07-bk-01017-RJH

# QUESTIONNAIRE

| BUSINESS ENTITY | YES | NO |
|---|---|---|
| HAVE ANY FUNDS BEEN DISBURSED FROM ANY ACCOUNT OTHER THAN A DEBTOR IN POSSESSION ACCOUNT? | | X |
| ARE ANY POSTPETITION RECEIVABLES (ACCOUNTS, NOTES, OR LOANS) DUE FROM RELATED PARTIES? | | X |
| ARE ANY WAGE PAYMENTS PAST DUE? | | X |
| ARE ANY U.S. TRUSTEE QUARTERLY FEES DELINQUENT? | | X |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "YES," PROVIDE A DETAILED EXPLANATION OF EACH ITEM. ATTACH ADDITIONAL SHEETS IF NECESSARY.

CURRENT NUMBER OF EMPLOYEES: 0

INSURANCE

| CARRIER | POLICY TYPE | POLICY # | TERM | NEXT DUE | PREV PREM AMT. | FREQ. |
|---|---|---|---|---|---|---|
| Commonwealth Ins. | Prop | US7856 | 4/23/09-4/23/10 | | | |
| AXIS Surplus Ins. | General Liability | ECP717005-09 | 4/23/09-4/23/10 | | | |
| Hartford Fire Ins. | Auto | 59 UEC IZ8034 | 4/23/09-4/23/10 | | | |
| National Union Fire In | Umb | BE0641139551 | 4/23/09-4/23/10 | | | |

Debtor's share of the coverage provided by the above policies is being paid by Castle Megastore Corporation - Case #B-03-03548-PHX-RTB-ECF

**WHAT STEPS HAVE BEEN TAKEN TO REMEDY ANY OF THE PROBLEMS THAT BROUGHT ABOUT THE CHAPTER 11 FILING?**
Steps in Progress

**LIST ANY MATTERS THAT ARE DELAYING THE FILING OF A PLAN OF REORGANIZATION.**

7

DEXTER DISTRIBUTING CORPORATION
CASE # 2:07-bk-01017-RJH
Month Ended May 31, 2009
DISBURSEMENT DETAIL

| Date | Ck. # | Vendor | Amount | Purpose |
|------|-------|--------|--------|---------|
|      |       |        | -      |         |

Debtor does not have any bank accounts.

DEXTER DISTRIBUTING CORPORATION
CASE # 2:07-bk-01017-RJH
Month Ended May 31, 2009

Note:

Prior to May 31, 2003 Debtor purchased and sold inventory at cost to Castle Megastore, an affiliate.

Effective May 31, 2003, Debtor ceased the purchase and sale of inventories and transferred all of its existing inventory and accounts payable, which were related to existing inventory, to Castle.