## IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | | 2:03-bk-03546-RJH |
|---|---|---|
| In re: | CASE NO. | 2:07-bk-01019-RJH |

**1113 PROGRESS DRIVE**
**MEDFORD LLC**

**BUSINESS AND INDUSTRY**
**MONTHLY OPERATING REPORT**

MONTH OF         May 2009

DATE PETITION FILED:                           March 9, 2007

Debtor(s)

TAX PAYER ID NO.                           93-1286721

Nature of Debtor's Business:      Real Estate Rental

DATE DISCLOSURE STATEMENT:      FILED _____      TO BE FILED _____

DATE PLAN OF REORGANIZATION:      FILED _____      TO BE FILED _____

**I CERTIFY UNDER PENALTY OR PERJURY THAT THE FOLLOWING MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.**

**RESPONSIBLE PARTY:**

| | |
|---|---|
| ORIGINAL SIGNATURE OF RESPONSIBLE PARTY | Chairman of the Board |
| | TITLE |

| | |
|---|---|
| JAMES SPEAR | June 29, 2009 |
| PRINTED NAME OF RESPONSIBLE PARTY | DATE |

**PREPARER**

| | |
|---|---|
| ORIGINAL SIGNATURE OF PREPARER | Accounting Manager |
| | TITLE |

| | |
|---|---|
| KELLY WHITING | June 29, 2009 |
| PRINTED NAME OF PREPARER | DATE |

PERSON TO CONTACT REGARDING THIS REPORT:               BRETT FREDERICK

PHONE NUMBER:               (480)921-1005 ext. 2403

ADDRESS:      1045 S. EDWARD DRIVE
TEMPE, AZ  85281

| Month Ended May 31, 2009 | BANK ACCOUNTS | | | |
|---|---|---|---|---|
| | Operating | Payroll | Tax | TOTAL |
| | | | | |

| | Operating | Payroll | Tax | TOTAL |
|---|---|---|---|---|
| **CASH AND BANK BALANCE -** | | | | |
| **BEGINNING OF MONTH** | - | - | - | - |

| **RECEIPTS** | | | | |
|---|---|---|---|---|
| GROSS SALES | | | | - |
| ACCOUNTS RECEIVABLE-PREPETITION | | | | - |
| ACCOUNTS RECEIVABLE-POSTPETITION | | | | - |
| LOANS AND ADVANCES | | | | - |
| SALE OF ASSETS | | | | - |
| TRANSFERS IN FROM OTHER ACCOUNTS | | | | - |
| OTHER RECEIPTS | | | | - |
| COBRA PAYMENTS | | | | - |
| OTHER FEE INCOME | | | | - |
| EXPENSE REIMBURSEMENTS | | | | - |
| OTHER (ATTACH LIST) | | | | - |
| INTEREST | | | | - |
| **TOTAL RECEIPTS** | - | - | - | - |

| **DISBURSEMENTS** | | | | |
|---|---|---|---|---|
| BUSINESS - ORDINARY OPERATIONS | | | | - |
| CAPITAL IMPROVEMENTS | | | | - |
| PRE-PETITION DEBT | | | | - |
| TRANSFERS TO OTHER DIP ACCOUNTS | | | | - |
| BENEFITS | | | | - |
| OTHER (ATTACH LIST) | | | | - |
| OTHER (ATTACH LIST) | | | | - |
| PAYROLL & PAYROLL TAXES | | | | - |
| BANK FEES | | | | - |
| REORGANIZATION EXPENSES: | | | | - |
| ATTORNEY FEES | | | | - |
| ACCOUNTANT FEES | | | | - |
| OTHER PROFESSIONAL FEES | | | | - |
| U.S. TRUSTEE QUARTERLY FEE | | | | - |
| COURT COSTS | | | | - |
| **TOTAL DISBURSEMENTS** | - | - | - | - |

| **CASH AND BANK BALANCE - END OF MONTH** | - | - | - | - |
|---|---|---|---|---|

| **DISBURSEMENTS FOR CALCULATING QUARTERLY FEES:** | |
|---|---|
| TOTAL DISBURSEMENTS FROM ABOVE | - |
| LESS: TRANSFERS OUT TO OTHER DIP ACCOUNTS | - |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. PAYMENTS FROM ESCROW OR 2-PARTY CHECKS) | |
| **TOTAL DISBURSEMENTS FOR CALCULATING QUARTERLY FEES:** | - |

Debtor does not have any bank accounts.

1113 PROGRESS DRIVE MEDFORD LLC
CASE # 2:07-bk-01019-RJH
STATEMENT OF OPERATIONS
Month Ended May 31, 2009

| | Month Ended May 31, 2009 | | Year To Date May 31, 2009 | | Total Since Filing | |
|---|---|---|---|---|---|---|
| INCOME | | | | | | |
| Rental Income | $ | - | $ | - | $ | 278,766 |
| Total Revenues | | - | | - | | 278,766 |
| EXPENSES | | | | | | |
| General and Administrative Expense | | | | | | |
| City Tax Expense | | - | | - | | - |
| Other | $ | - | $ | - | $ | 7,043 |
| Total General / Administrative Expenses | | - | | - | | 7,043 |
| Interest Expense | | - | | - | | 134,421 |
| Other Income and Expenses | | | | | | |
| Depreciation Expense | | - | | - | | 53,567 |
| Reorganization Costs | | | | | | |
| U.S. Trustee Office - Quarterly Fees | | | | | | |
| Accounting Fees | | - | | - | | - |
| Attorney Fees | | - | | - | | - |
| Misc Fees | | - | | - | | 103,908 |
| Total Reorganization Costs | | - | | - | | 103,908 |
| Total Expense | | - | | - | | 298,939 |
| NET INCOME (LOSS) BEFORE INCOME TAXES | $ | - | $ | - | $ | (20,173) |

## 1113 PROGRESS DRIVE MEDFORD LLC
## CASE # 2:07-bk-01019-RJH
## COMPARATIVE BALANCE SHEET

|  | May 31, 2009 | April 30, 2009 |
|---|---|---|
| **ASSETS** | | |
| Cash | - | - |
| Accounts Receivable Other-Intercompany | $ - | $ - |
| Total Current Assets | - | - |
| | | |
| Property, Plant and Equipment | - | - |
| Less Accumulated Depreciation | - | - |
| Net Property, Plant and Equipment | - | - |
| TOTAL ASSETS | $ - | $ - |
| | | |
| **LIABILITIES & EQUITY** | | |
| Liabilities Not Subject to Compromise | | |
| Accrued Interest Expense | $ - | $ - |
| Total Liabilities Not Subject to Compromise | - | - |
| Liabilities Subject to Compromise | | |
| Accrued Expenses | - | - |
| Notes Payable | - | - |
| Total Liabilities Subject to Compromise | - | - |
| Total Liabilities | - | - |
| PrePetition Owner's Equity | - | - |
| PostPetition Profit (Loss) | - | - |
| TOTAL LIABILITIES & EQUITY | $ - | $ - |

1113 PROGRESS DRIVE MEDFORD LLC
CASE # 2:07-bk-01019-RJH
STATUS OF ASSETS
Month Ended May 31, 2009


ACCOUNTS RECEIVABLES AGING

|  | 0-30 | 31-60 | 61+ | Total |
|---|---|---|---|---|
| Total Receivable | - | - | - | - |
| Less Reserve for Bad Debt |  |  |  | - |
| Net Receivables | - | - | - | - |


DUE FROM INSIDERS - INTERCOMPANY

|  | Principal | Accrued Interest | Total Due |
|---|---|---|---|
| Intercompany Receivable - Other (Due To) | $ - | - | $ - |


| FIXED ASSETS | SCHEDULED AMOUNT | ADDITIONS | DELETIONS | CURRENT AMOUNT |
|---|---|---|---|---|
| LAND |  | - |  | $ - |
| BUILDING |  | - |  | - |
| ACCUMULATED DEPRECIATION |  |  |  | - |
| NET BUILDINGS | - | - |  | - |
| IMPAIRMENT RESERVE | - | - |  | - |
| TOTAL FIXED ASSETS | - | - |  | $ - |

# STATUS OF LIABILITIES AND SENSITIVE PAYMENTS

Month Ended May 31, 2009

| POSTPETITION UNPAID OBLIGATIONS | TOTAL | 0-30 | 31-60 | 61-90 | 91+ |
|---|---|---|---|---|---|
| ACCOUNTS PAYABLE (6a) | - | | | | |
| TAXES PAYABLE (6b) | - | | | | |
| NOTES PAYABLE | - | | | | |
| PROFESSIONAL FEES | | | | | |
| SECURED DEBT | - | | | | |
| ACCRUED PROP. TAXES (6b) | - | | | | |
| ACCRUED INTEREST | - | | | - | |
| TOTAL POST-PETITION LIABILITIES | - | - | - | - | - |

## * DEBTORS MUST ATTACH AN AGED LISTING OF ACCOUNTS PAYABLE

## PAYMENTS TO INSIDERS AND PROFESSIONALS

OF THE TOTAL DISBURSEMENTS SHOWN FOR THE MONTH, LIST THE AMOUNT PAID TO INSIDERS (RELATIVES OF THE DEBTORS OR PERSONS IN CONTROL) AND TO PROFESSIONALS (ATTORNEYS, ACCOUNTANTS, ETC.) FOR PAYMENTS TO INSIDERS, IDENTIFY THE TYPE OF COMPENSATION PAID (e.g., SALARY, COMMISSIONS, INSURANCE, HOUSING ALLOWANCE, TRAVEL, ETC.). ATTACH ADDITIONAL SHEETS IF NECESSARY.

| INSIDERS | | | | |
|---|---|---|---|---|
| NAME | | REASON FOR PAYMENT | AMOUNT PAID THIS MONTH | TOTAL PAID TO DATE |
| | | | | |
| | | | | |
| | | | | |
| TOTAL PAYMENTS TO INSIDERS | | | - | - |

| PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

# QUESTIONNAIRE

| BUSINESS ENTITY | YES | NO |
|---|---|---|
| HAVE ANY FUNDS BEEN DISBURSED FROM ANY ACCOUNT OTHER THAN A DEBTOR IN POSSESSION ACCOUNT? | | X |
| ARE ANY POSTPETITION RECEIVABLES (ACCOUNTS, NOTES, OR LOANS) DUE FROM RELATED PARTIES? | | X |
| ARE ANY WAGE PAYMENTS PAST DUE? | | X |
| ARE ANY U.S. TRUSTEE QUARTERLY FEES DELINQUENT? | | X |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "YES," PROVIDE A DETAILED
EXPLANATION OF EACH ITEM. ATTACH ADDITIONAL SHEETS IF NECESSARY.

CURRENT NUMBER OF EMPLOYEES:                0

INSURANCE

| CARRIER | POLICY TYPE | POLICY # | TERM | NEXT DUE | PREV PREM AMT. | FREQ. |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Debtor's share of the coverage provided by the above policies is being paid by Castle Megastore Corporation - Case #B-03-03548-PHX-RTB-ECF

**WHAT STEPS HAVE BEEN TAKEN TO REMEDY ANY OF THE PROBLEMS THAT BROUGHT ABOUT THE CHAPTER 11 FILING?**
Property foreclosed 8/25/08.

**LIST ANY MATTERS THAT ARE DELAYING THE FILING OF A PLAN OF REORGANIZATION.**

1113 PROGRESS DRIVE MEDFORD LLC
CASE # 2:07-bk-01019-RJH
Month Ended May 31, 2009
DISBURSEMENTS DETAIL

| Date | Num | Name | Purpose | Amount | Transfer |
| --- | --- | --- | --- | --- | --- |

Debtor does not have any bank accounts.