| | |
|---|---|
| Christopher R. Kaup, State Bar No. 014820<br>J. Daryl Dorsey  State Bar No. 024237<br>**TB TIFFANY & BOSCO** P.A.<br>Third Floor, Camelback Esplanade II<br>2525 East Camelback Road<br>Phoenix, Arizona 85016-4237<br>Telephone: (602) 255-6000<br>Facsimile: (602) 255-0103<br>E-Mail: crk@tblaw.com; jdd@tblaw.com<br>*Counsel for Dexter Liquidating Trust* | |

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>DEXTER DISTRIBUTING CORPORATION, et al.,<br><br>Debtor.<br><br>THIS FILING APPLIES TO:<br><br>■ ALL DEBTORS<br><br>☐ SPECIFIED DEBTORS<br>DEXTER DISTRIBUTING CORPORATION;<br>NEW CASTLE MEGASTORE CORP.; AND<br>1113 PROGRESS DRIVE, MEDFORD, LLC | (In proceedings under Chapter 11)<br><br>Case No. 2:03-bk-03546-RJH<br><br>Jointly Administered With:<br><br>2-03-BK-03548-RJH<br>2-03-BK-04695-RJH through<br>2-03-BK-04710-RJH<br>2-03-BK-05427-RJH<br>2-03-BK-11513-RJH<br>2-03-BK-11515-RJH<br>2-03-BK-04238-RJH<br>2-07-BK-01017-RJH<br>2-07-BK-01018-RJH; and<br>2-07-BK-01019-RJH<br>2-07-AP-00215 RJH<br><br>(Associated Case 2:07-AP-00215 RJH)<br><br>**OBJECTION OF DEXTER LIQUIDATING TRUST TO APPLICATION FOR ALLOWANCE AND PAYMENT OF CHAPTER 11 ADMINISTRATIVE EXPENSE CLAIM FILED BY PROFESSIONAL PORTFOLIO SERVICE, LLC** |

14003-002/414296 -1-

The Dexter Liquidating Trust (the "Trust") hereby files this objection to the Application for Allowance and Payment of Chapter 11 Administrative Expense Claim ("Application") (Docket #2855) filed by Professional Portfolio Service, LLC ("Applicant").

The Applicant seeks court approval for allowance and payment of an administrative expense claim in an unknown amount. The Trust objects to the Application as there is no amount in the Application, and there is insufficient detail to support a finding that the Trust should bear the administrative expense. The Trust also objects on the basis that the Application is ambiguous as to the Applicant's relationship with Washington Oregon Wireless Properties, LLC, which is the entity which executed documents referenced in the exhibits and are attached to the Application.

WHEREFORE, the Trust respectfully requests that the Application be denied unless and until Applicant submits additional documents establishing (1) that the Trust is responsible to pay any approved administrative claim related to the Applicant; and (2) the amount of the claim; and (3) that the Applicant is the entity by which an administrative expense should be paid, rather than Washington Oregon Wireless Properties, LLC which is referenced in the exhibits to the Application. The Trust reserves its rights to object to the claim pursuant to the standards of §§503(a) and (b) of the Code once the additional documents are reviewed.

///

///

///

///

RESPECTFULLY SUBMITTED this 17th day of September, 2009.

**TIFFANY & BOSCO, P.A.**

By: */s/ J. Daryl Dorsey #024237*
    Christopher R. Kaup, Esq.
    J. Daryl Dorsey, Esq.
    Third Floor Camelback Esplanade II
    2525 East Camelback Road
    Phoenix, Arizona 85016
    *Attorneys for Dexter Liquidating Trust*

**FOREGOING** filed electronically with the United States Bankruptcy Court for the District of Arizona, this 17th day of September, 2009, with a **COPY** of the foregoing emailed or mailed this same date to:

| | |
|---|---|
| Christopher C. Simpson, Esq.<br>Alan A. Meda, Esq.<br>C. Taylor Ashworth, Esq.<br>STINSON MORRISON HECKER<br>1850 N. Central, Suite 2100<br>Phoenix, AZ 85067-6379<br>tashworth@stinsonmoheck.com<br>ameda@stinsonmoheck.com<br>csimpson@stinsonmoheck.com | Kelly Flood, Esq.<br>Gary D. Ansel, Esq.<br>Marty Harper, Esq.<br>Andrew S. Jacob, Esq.<br>POLSINELLI, SHURGART<br>3636 N. Central, Suite 120<br>Phoenix, AZ 85012<br>gansel@polsinelli.com;<br>kflood@polsinelli.com<br>mharper@polsinelli.com;<br>ajacob@polsinelli.com<br>prudd@polsinelli.com |
| Steven D. Jerome, Esq.<br>Joel P. Hoxie, Esq.<br>SNELL & WILMER<br>One Arizona Center<br>Phoenix, AZ 85004-2202<br>sjerome@swlaw.com | Michael Carmel, Esq.<br>LAWOFFICES OF MICHAEL CARMEL<br>80 E. Columbus Avenue<br>Phoenix, AZ 85012-2334<br>Michael@mcarmellaw.com |

| | | |
|---|---|---|
| 1 | Lawrence E. Wilk, Esq. | H. Michael Clyde, Esq. |
| 2 | Jonathan P. Ibsen, Esq. | Richard M. Lorenzen, Esq. |
|   | Scott J. Richardson, Esq. | Clinten N. Garrett, Esq. |
| 3 | JABURG & WILK | PERKINS COIE BROWN & BAIN |
|   | 3200 N. Central Avenue, Suite 2000 | P.O. Box 400 |
| 4 | Phoenix, AZ 85012 | Phoenix, AZ 85001-0400 |
| 5 | lew@jaburgwilk.com; | mclyde@perkinscoie.com |
|   | jpi@jaburgwilk.com; | rlorenzen@perkinscoie.com; |
| 6 | sjr@jaburgwilk.com; | CNGarrett@perkinscoie.com |
| 7 | | |
|   | Sean P. Healy, Esq. | Jessica Zahn |
| 8 | Karen L. Karr, Esq. | COMMERICAL INVESTMENT |
|   | LEWIS BRISBOIS BISGAARD & | ADVISORS |
| 9 | SMITH | 9805 East Bell Road, Suite 140 |
| 10 | 2929 N. Central Avenue, Suite 1700 | Scottsdale, AZ 85260 |
|   | Phoenix, AZ 85012 | |
| 11 | healy@lbbslaw.com; | |
|   | karr@lbbslaw.com; | |
| 12 | | |
| 13 | David Wm. Engelman, Esq. | Kenneth J. Ottaviano, Esq. |
|   | Bradley D. Pack, Esq. | William J. Dorsey, Esq. |
| 14 | ENGELMAN BERGER, P.C. | Jeffrey Chadwick, Esq. |
| 15 | 3636 North Central Avenue, #700 | KATTEN, MUCHIN, ROSENMAN, LLP |
|   | Phoenix, AZ 85012 | 525 W. Monroe Street |
| 16 | dwe@engelmanberger.com | Chicago, IL 60661 |
|   | bdp@engelmanberger.com | Kenneth.ottaviano@kattenlaw.com |
| 17 | | William.dorsey@kattenlaw.com |
| 18 | | Jeffrey.chadwick@kattenlaw.com |
| 19 | ANMP | Topco Sales Vast Resources, Inc. |
| 20 | James C. Sell, Receiver | 9401 De Soto Avenue |
|   | 2222 East Camelback Road, Suite 110 | Chattsworth, CA 91311 |
| 21 | Phoenix, AZ 85016 | stan@topcosales.us |
|   | jim@forensic-cpa.com | |
| 22 | | |
| 23 | Vibratex, Inc. | Pulse Distribution, LLC |
|   | P.O. Box 991 | 9640 Owensmouth |
| 24 | Vallejo, CA 94590 | Chatsworth, CA 91311 |
| 25 | vibratex@pacbell.net | |
|   | Kama Sutra Company | Love Toys, Inc. |
| 26 | 2151 Anchor Court | 3990 W. Russell Road, No. 8 |
| 27 | Thousand Oaks, CA 91320 | Las Vegas, NV 89118 |
|   | Beverly@kamasutra.com | gene@lovetoysinc.com |
| 28 | | |

14003-002/414296                               -4-

| | | |
|---|---|---|
| 1 | California Exotic Novelties | Marina Pacific Distributors |
| 2 | 14235 Ramona Avenue | 7077 Vineland Avenue |
| | Chino, CA 91710-5751 | North Hollywood, CA 91605 |
| 3 | sc@calexotics.com | avi@marinapacific.com |

California Exotic Novelties
14235 Ramona Avenue
Chino, CA 91710-5751
sc@calexotics.com

Marina Pacific Distributors
7077 Vineland Avenue
North Hollywood, CA 91605
avi@marinapacific.com

Media Products
21541 Blythe Street
Canoga Park, CA 91304
hilary@devilsfilm.com

Leg Avenue, Inc.
P.O. Box 1036
Charlotte, NC 28201-1036
jenny@legavenue.com

California Sunshine
Unger Fabrik
P.O. Box 1036
Charlotte, NC 28201-1036
daphnaserror@hotmail.com

Sin City Video
9155 Deering Avenue
Chatsworth, CA 91311

Fantasy Lingerie
10260 Norris Avenue
Pacoima, CA 91331

Earthly Body Video
9420 Lurline Avenue, No. E
Chatsworth, CA 91311
Kevin@earthlybody.com

Body Zone
2918 West Virginia Avenue
Phoenix, AZ 85009

Novelties by Nass-Walk, Inc.
2075 91st Street
North Bergen, NJ 07047
Kathryn@nasstoys.com

PPS/Olympic
Steven P. O'Brien, Esq.
GUST ROSENFELD, PLC
201 East Washington Street, 8th Floor
Phoenix, AZ 85004-2327
spobrien@gustlaw.com

Clear Channel Broadcasting
351 Elliott Avenue West, No. 300
Seattle, WA 98119
lynnodell@clearchannel.com
jodeefraser@clearchannel.com

U. S. Trustee
OFFICE OF THE U.S. TRUSTEE
230 North First Avenue, Suite 204
Phoenix, AZ 85003
edward.k.bernatavicius@usdoj.gov

Ethan B. Minkin, Esq.
KUTAK ROCK LLP
8601 N. Scottsdale Road, Suite 300
Scottsdale, AZ 85253-2742
Philip.rudd@kutakrock.com
Ethan.minkin@kutakrock.com

| | |
|---|---|
| Olympic Coast Investment<br>c/o Dillon E. Jackson<br>FOSTER, PEPPER & SHEFELMAN<br>1111 Third Avenue, Suite 3400<br>Seattle, WA 98101<br>jackd@foster.com | Wachovia Small Business Capital<br>c/o Henk Taylor, Esq.<br>LEWIS AND ROCA LLP<br>40 N. Central Avenue, Suite 1900<br>Phoenix, AZ 85004-4429<br>htaylor@lrlaw.com |
| Dale Schian, Esq.<br>SCHIAN, WALKER PLC<br>3550 N. Central Avenue, Suite 1700<br>Phoenix, AZ 85012<br>ecfdocket@swazlaw.com | Harlan Lyons<br>A.S.K. CONSULTING GROUP LLC<br>40749 N. Boon Lane<br>Anthem, AZ 85086<br>Harlan@harlanlyons.com |
| Thomas J. Salerno, Esq.<br>SQUIRE, SANDERS & DEMPSEY LLP<br>Two Renaissance Square<br>40 N. Central Avenue, Suite 2700<br>Phoenix, AZ 85004-4498<br>tsalerno@ssd.com | James Roach, II, Esq.<br>ROACH & ASSOCIATES, PLLC<br>7320 East Deer Valley Road, Suite 220-A<br>Scottsdale, AZ 85255<br>jroach@jriilaw.com |
| BRIDGE ASSOCIATES, LLC<br>747 Third Avenue, Suite 32A<br>New York, NY 10017 | Richard T. Anderson, Jr., Esq.<br>ANDERSON & MONSON PC<br>Park Plaza West, Suite 460<br>10700 S.W. Beaverton-Hillsdale Highway<br>Beaverton, OR 97005<br>rick@andersonmonson.com |
| Daniel P. Collins, Esq.<br>COLLINS, MAY, POTENZA, BARAN &<br>  GILLESPIE, P.C.<br>201 N. Central Avenue, Suite 2210<br>Phoenix, AZ 85004-0022<br>dcollins@cmpbglaw.com | Robert J. Miller, Esq.<br>Bryce A. Suzuki, Esq.<br>BRYAN CAVE LLP<br>Two North Central Avenue, Suite 2200<br>Phoenix,, AZ 85004-4406<br>rjmiller@bryancave.com<br>bryce.suzuki@bryancave.com |
| Steven J. Brown, Esq.<br>Steven D. Nemecek, Esq.<br>STEVE BROWN & ASSOCIATES<br>1414 East Indian School Road, Suite 200<br>Phoenix, AZ 85014<br>sbrown@sjbrownlaw.com<br>snemecek@sjbrownlaw.com | James A. Spear, CPA, JD<br>5212 West Rose Garden Lane<br>Glendale, AZ 85308<br>jamesaspear@hotmail.com |

| | | |
|---|---|---|
| 1 | E. J. Peskind, Esq.<br>E. J. PESKIND, ESQ., PLLC<br>7047 East Greenway Parkway, Suite 155<br>Scottsdale, AZ 85254<br>ejp@azlawpartner.com | Barbara L. Caldwell, Esq.<br>HEBERT SCHENK PC<br>4742 North 24th Street, Suite 100<br>Phoenix, AZ 85016-4858<br>blc@hs-law.com |
| 2 | Lyman Davis, Esq.<br>4538 East Jude Lane<br>Gilbert, AZ 85298<br>lyman@usalubrications.com | David Hopkins, Esq.<br>LARSON ALLEN<br>17550 North Perimeter Drive, Suite 160<br>Scottsdale, AZ 85255<br>dhopkins@larsonallen.com |
| 3 | Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 21126<br>Philadelphia, PA 19114-0326 | Jay A. Lohman<br>LOHMAN COMPANY, PLLC<br>Stapley Center<br>1630 South Stapley Drive, Suite 108<br>Mesa, AZ 85204 |
| 4 | Taylor R. Coleman<br>5505 East San Miguel<br>Paradise Valley, AZ 85253 | Philip G. Mitchell, Esq.<br>JENNINGS, HAUG & CUNNINGHAM LLP<br>2800 North Central Avenue, Suite 1800<br>Phoenix, AZ 85004-1049<br>Philip.mitchell@azbar.org |
| 5 | BAJARANG INVESTMENTS<br>7749 Country Lane<br>Pleasanton, CA 94566 | Henk Taylor, Esq.<br>LEWIS AND ROCA LLP<br>40 N. Central Avenue, Suite 1900<br>Phoenix, AZ 85004-4429<br>htaylor@lrlaw.com |
| 6 | Lowell E. Rothschild, Esq.<br>MESCH, CLARK & ROTHSCHILD, P.C.<br>259 N. Meyer Avenue<br>Tucson, AZ 85701-1090<br>ecfbk@mcrazlaw.com | Gary A. Plotkin, Esq.<br>PLOTKIN, RAPOPORT & NAHMIAS<br>16633 Ventura Boulevard, Suite 800<br>Encino, CA 91436<br>gplotkin@prnlaw.com |

| | | |
|---|---|---|
| 1 | Bizarre Video Productions<br>863 Spinnaker Drive West<br>Hollywood, FL 33019 | Scott R. Weaver, Esq.<br>JAMESON, BABBITT, STITES, LOMBARD<br>999 Third Avenue, No. 1900<br>Seattle, WA 98104<br>sweaver@jbsl.com |
| 2 | Eric W. Kessler, Esq.<br>KESSLER LAW OFFICE<br>240 North Center Street<br>Mesa, AZ 85201<br>eric@kesslerlaw.phxcoxmail.com | Robert DePiano, Esq.<br>2533 South Coast Highway 101, No. 280<br>Cardiff-by-the-Sea, CA 92007<br>depianolaw@rdrunner.com |
| 3 | Stride News/Mayday LLC<br>Simbro & Stanley PLC<br>8767 East Via de Commercio, No. 103<br>Scottsdale, Z 85258-3374<br>bstanley@simbroandstanley.com | Richard H. Martin, Esq.<br>MONTGOMERY MCCRACKEN<br>123 South Broad Street<br>Philadelphia, PA 19109<br>rmartin@mmwr.com |
| 4 | Cowlitz Bank (for AEA)<br>c/o Daniel M. Caine, Esq.<br>Ryan, Swanson & Cleveland, PLLC<br>1201 Third Avenue, Suite 3400<br>Seattle, WA 98101<br>caine@ryanlaw.com | James E. Cross, Esq.<br>OSBORN MALEDON P.A.<br>2929 North Central Avenue, No. 2100<br>Phoenix, AZ 85012<br>jcross@omlaw.com |
| 5 | Bay Bank, Successor to AEA<br>Attn: A. J. Shott<br>1505 Westlake Avenue North, #125<br>Seattle, WA 98109 | Municipality of Anchorage<br>Department of Law<br>P.O. Box 196650<br>Anchorage, AK 99519-6650 |
| 6 | Jared G. Parker, Esq.<br>DECONCINI, MCDONALD, YETWIN & LACY, P.C.<br>7310 North 16th Street, Suite 330<br>Phoenix, AZ 85020<br>jparker@dmylphx.com | |

/s/ Louis A. Lofredo
Louis A. Lofredo, paralegal

14003-002/414296 -8-