Christopher R. Kaup, State Bar No. 014820
J. Daryl Dorsey  State Bar No. 024237

**TB TIFFANY & BOSCO** P.A.

THIRD FLOOR CAMELBACK ESPLANADE II
2525 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016-4237
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0103
E-MAIL: crk@tblaw.com; jdd@tblaw.com
*Attorneys for Dexter Liquidating Trust*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>DEXTER DISTRIBUTING CORPORATION, et al.,<br><br>Debtor.<br><br>THIS FILING APPLIES TO:<br><br>☐ ALL DEBTORS<br>■ SPECIFIED DEBTORS<br>DEXTER DISTRIBUTING CORPORATION;<br>NEW CASTLE MEGASTORE CORP.; AND<br>1113 PROGRESS DRIVE, MEDFORD, LLC | (In proceedings under Chapter 11)<br><br>Case No. 2:03-bk-03546-RJH<br><br>Jointly Administered With:<br><br>2-03-BK-03548-RJH<br>2-03-BK-04695-RJH through<br>2-03-BK-04710-RJH<br>2-03-BK-05427-RJH<br>2-03-BK-11513-RJH<br>2-03-BK-11515-RJH<br>2-03-BK-04238-RJH<br>2-07-BK-01017-RJH<br>2-07-BK-01018-RJH; and<br>2-07-BK-01019-RJH<br>2-07-AP-00215 RJH<br><br>(Associated Case 2:07-AP-00215 RJH)<br><br>**NOTICE OF LODGING ORDER GRANTING DEXTER LIQUIDATING TRUST'S THIRD MOTION TO EXTEND BAR DATE TO OBJECT TO PROOFS OF CLAIMS** |

| | |
|---|---|
| 1 | **NOTICE IS HEREBY GIVEN** that on April 19, 2010, the attached proposed *Order* |
| 2 | *Granting Dexter Liquidating Trust's Third Motion to Extend Bar Date to Object to Proofs* |
| 3 | |
| 4 | *of Claims* was lodged with this court. |
| 5 | DATED this 19th day of April, 2010. |
| 6 | **TIFFANY & BOSCO, P.A.** |
| 7 | |
| 8 | By: /s/ J. Daryl Dorsey |
| | Christopher R. Kaup, Esq. |
| 9 | J. Daryl Dorsey, Esq. |
| | Third Floor Camelback Esplanade II |
| 10 | 2525 East Camelback Road |
| 11 | Phoenix, Arizona 85016 |
| | *Attorneys for Dexter Liquidating Trust* |
| 12 | |
| 13 | **FOREGOING** filed electronically with this Court on the 19th day of |
| 14 | April, 2010. |

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **DEXTER DISTRIBUTING CORPORATION, et al.,** <br><br> Debtor. <br>_____ <br><br> **THIS FILING APPLIES TO:** <br><br> ■ ALL DEBTORS <br> ☐ SPECIFIED DEBTORS <br> DEXTER DISTRIBUTING CORPORATION; <br> NEW CASTLE MEGASTORE CORP.; AND <br> 1113 PROGRESS DRIVE, MEDFORD, LLC | No. 2-:03-bk-03546-RJH <br> Chapter 11 <br><br> Jointly Administered With: <br><br> 2-03-BK-03548-RJH; <br> 2-03-BK-04695-RJH through <br> 2-03-BK-04710-RJH; <br> 2-03-BK-05427-RJH; <br> 2-03-BK-11513-RJH; <br> 2-03-BK-11515-RJH; <br> 2-03-BK-04238-RJH; <br> 2-07-BK-01017-RJH; <br> 2-07-BK-01018-RJH; <br> 2-07-BK-01019-RJH; and <br> 2:08-BK-05785-RJH <br><br> **ORDER GRANTING DEXTER LIQUIDATING TRUST'S THIRD MOTION TO EXTEND BAR DATE TO OBJECT TO CLAIMS** |

**THIS MATTER** came before the Court on *Dexter Liquidating Trust's Third Motion to Extend Bar Date to Object to Claims* (the "Motion").

The Court having reviewed the Motion, and good cause appearing,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**. The bar date to object to proofs of claims in the above-styled case is hereby extended to August 19, 2010, unless further ordered by the Court.

**DATED AND SIGNED ABOVE.**

14003-003/429711