## Margeson, John T

**From:** Loreen, Madelyn @ Seattle [Madelyn.Loreen@cbre.com]
**Sent:** Tuesday, April 18, 2006 5:12 PM
**To:** Margeson, John T
**Subject:** FW: Castle Megastore 2005 Statement of Operations

John:

I am forwarding this statement as directed. Please call Bob Bunker or Vern Schweigert with any additional questions.

Best regards,

Madelyn Loreen | Associate Broker
CB Richard Ellis | Brokerage Services
1420 Fifth Avenue, Suite 1700 | Seattle, WA 98101
T 206 292 6149 | F 206 292 6033
madelyn.loreen@cbre.com | www.cbre.com

This email may contain information that is confidential or attorney-client privileged and may constitute inside information. The contents of this email are intended only for the recipient(s) listed above. If you are not the intended recipient, you are directed not to read, disclose, distribute or otherwise use this transmission. If you have received this email in error, please notify the sender immediately and delete the transmission. Delivery of this message is not intended to waive any applicable privileges.

**From:** Bob Bunker [mailto:bbunker@castlemegastore.com]
**Sent:** Tuesday, April 18, 2006 4:48 PM
**To:** Loreen, Madelyn @ Seattle
**Subject:** Castle Megastore 2005 Statement of Operations

Madelyn,

Vern Schweigert asked me to forward the attached statement of Operations for 2005.

If you have any questions I can be contacted at 602-430-7257 or 602 604-0878.

Bob Bunker

4/26/2006

# CASTLE MEGASTORE CORPORATION
## BALANCE SHEET
### March 31, 2006

**ASSETS**

| | | | |
|---|---|---:|---|
| Cash | $ | 358,631 | |
| Inventory, net of $556,335 allowance | | 3,450,575 | |
| Total Current Assets | | 3,809,206 | |
| | | | |
| Fixed Assets | | 2,439,334 | |
| less: Accumulated Depreciation | | (616,755) | |
| Net Fixed Assets | | 1,822,579 | |
| Prepaids | | 234,683 | A |
| Other Assets | | 221,834 | B |
| | | | |
| **TOTAL ASSETS** | $ | 6,088,302 | |

**LIABILITIES & EQUITY**

| | | | |
|---|---|---:|---|
| Liabilities | | | |
| Accounts Payable | $ | 1,245,049 | |
| Capital Leases | | 188,038 | C |
| Accrued Real Estate Taxes | | 231,024 | |
| Accrued Expenses | | 492,723 | D |
| Notes Payable | | 985,037 | E |
| Intercompany Payables | | 1,112,391 | |
| **Total Liabilities** | | 4,254,262 | |
| | | | |
| Accumulated Deficit | | (14,152,037) | |
| Net Income | | 853,541 | |
| Pre Petition Debit | | 15,132,536 | F |
| **Total Equity** | | 1,834,040 | |
| | | | |
| **TOTAL LIABILITIES & EQUITY** | $ | 6,088,302 | |

See Footnotes on following page.

*[Handwritten notes:]*

Board – Creditors Stock in Trust. → Restructuring officer
MANAGING –
Mark Frank s → CEO. – no relationship with previous company.
All management is new.
10+ years. before officers could possibly be back.

Verm Schweigert
6∅2 - 6∅4 - ∅878
30 years. restructuring corps.

*[Handwritten in margin: ANMP.— ]*

EXHIBIT 1, p. 000014

# CASTLE MEGASTORE CORPORATION
## BALANCE SHEET
### March 31, 2006
### Footnotes to the Balance Sheet

(A) Prepaid Assets consist of the following:

| | | |
|---|---|---:|
| Real Property Tax Impounds | $ | 144,089 |
| Miscellaneous Prepaids | | 76,840 |
| Commercial Insurance | | 13,754 |
| | $ | 234,683 |

(B) Other Assets consist of the following:

| | | |
|---|---|---:|
| Building Lease Deposits | $ | 83,421 |
| Store 15 Preopening Costs | | 65,900 |
| Miscellaneous Other Deposits | | 46,647 |
| Utility Deposits | | 18,005 |
| Deposits - Attorneys | | 17,861 |
| | $ | 221,834 |

(C) Capital Leases consist of the following:

| | | |
|---|---|---:|
| Fleet | $ | 127,621 |
| GE Capital | | 39,809 |
| Citicapital | | 17,873 |
| Great American Capital | | 2,735 |
| | $ | 188,038 |

(D) Accrued Expenses consist of the following:

| | | |
|---|---|---:|
| Accrued Payroll | $ | 72,627 |
| Accrued Sales Tax | | 142,299 |
| Accrued Payables | | 91,690 |
| Outstanding Gift Certificates | | 97,008 |
| Accrued Interest | | 60,229 |
| Miscellaneous Accruals | | 28,870 |
| | $ | 492,723 |

## CASTLE MEGASTORE CORPORATION
### BALANCE SHEET
### March 31, 2006
### Footnotes to the Balance Sheet

(E)  Notes Payable - Post-Petition consist of the following:

|  |  |  |
|---|---:|---|
| MIM Lending, LLC | $      750,000 | (1) |
| Alico Enterprises, Inc. | 235,037 | (2) |
|  | $      985,037 |  |

    (1)  MIM loan is a DIP loan, originated on January 30, 2004.  It is an interest only loan at 20% per annum due monthly.  The principal is due on July 31, 2006.

    (2)  These funds were used to acquire the new POS system and anti-theft devices for all of our store locations.  Interest is at 10% per annum, P&I is paid monthly over a 3 year period beginning March, 2005.

(F)  Pre Petition Debit

|  |  |  |
|---|---:|---|
| Notes Payable - Pre Petition | $   10,695,291 | (1) |
| Accounts Payable - Pre Petition | 3,564,899 | (2) |
| Accrued Real Estate Taxes - Pre Petition | 396,677 | (3) |
| Accrued Sales Tax Payable - Pre Petition | 475,669 | (3) |
|  | $   15,132,536 |  |

    (1) Notes Payable - Pre-Petition:
    ANMP debt is interest free for the first three years, beginning January 31, 2004.  Under the terms of the Plan of Reorganization, payments are due quarterly, each January 31, April 30, July 31 and October 31.  The payment amount is 45% of 60% of Available Cash Flow with a floor of $225,000.  Available Cash Flow is defined as cash flow from operations reduced by debt service payments and capital expenditures.

    (2) Pre Petition Accounts Payable bears interest at 7% per annum.
    Required payments are due quarterly, each January 31, April 30, July 31 and October 31.  The payment amount is 55% of 60% of Available Cash Flow with a floor of $275,000.  Available Cash Flow is defined as cash flow from Operations reduced by debt service payments and capital expenditures.

    (3) Pre Petition Real Estate Taxes & Sales Taxes:
    Pre-petition taxes are amortized evenly over 5 years and bear interest at 5% per annum.  Payments are due quarterly each November 30, February 28, May 31 and August 31.

## CASTLE MEGASTORE CORPORATION
### CONSOLIDATED STATEMENTS OF OPERATIONS
For the Three Months Ended March 31, 2005 & 2006

| | 2005 YTD | % Sales | 2006 YTD | % Sales | $ Increase/(Decrease) | % Increase/(Decrease) |
|---|---|---|---|---|---|---|
| SALES | $ 5,950,357 | 100.0% | $ 6,588,327 | 100.0% | $ 637,970 | 10.7% |
| COST OF GOODS SOLD | 1,845,061 | 31.0% | 2,048,438 | 31.1% | 203,377 | 11.0% |
| GROSS MARGIN | 4,105,296 | 69.0% | 4,539,889 | 68.9% | 434,593 | 10.6% |
| **EXPENSES** | | | | | | |
| Operating Expenses | 1,895,500 | 31.9% | 2,040,530 | 31.0% | 145,030 | 7.7% |
| General and Administrative Expenses | 1,233,552 | 20.7% | 1,422,358 | 21.6% | 188,796 | 15.3% |
| Total Operating & General / Administrative Expenses | 3,129,052 | 52.6% | 3,462,888 | 52.6% | 333,826 | 10.7% |
| Earnings Before Interest, Taxes, Depreciation, & Amortization | 976,234 | 16.4% | 1,077,001 | 16.3% | 100,767 | 10.3% |
| Interest Expense | 162,046 | | 124,323 | | (37,723) | -23.3% |
| Depreciation Expense | 72,085 | | 99,827 | | 27,742 | 38.5% |
| Miscellaneous Expense/(Income) - Non-Operational | | | | | - | n/a |
| Loss on Write-Down of Fixed Assets | | | | | - | n/a |
| Loss on Write-Down of Capital Leases | | | | | - | n/a |
| Write-off of Intercompany Balances | 4,622 | | - | | (4,622) | n/a |
| Post-Bankruptcy Settlements of Pre-Petition Debts | | | (690) | 0.0% | (690) | n/a |
| Reorganization Costs | | | | | - | n/a |
| Total Interest, Depreciation, & Non-Recurring | 238,753 | 4.0% | 223,460 | 3.4% | (15,293) | -6.4% |
| NET INCOME BEFORE INCOME TAXES | $ 737,481 | 12.4% | $ 853,541 | 13.0% | $ 116,060 | 15.7% |

**Castle Megastore Corporation**
**Castle P&L**
**For the Twelve Months Ending December 31, 2005**

| | 2004 December | % Sales | 2004 YTD | % Sales | 2005 December | % Sales | 2005 YTD | % Sales |
|---|---|---|---|---|---|---|---|---|
| **SALES** | | | | | | | | |
| Sales | $2,296,714 | 102.1% | $21,804,045 | 101.3% | $2,444,635 | 97.2% | $23,433,501 | 98.7% |
| Video Rental | 93,118 | 4.1% | 932,256 | 4.3% | 91,360 | 3.6% | 1,091,273 | 4.6% |
| Rental Misc Fees | 14,984 | 0.7% | 150,005 | 0.7% | | | 120,088 | 0.5% |
| Sales Discounts | (101,683) | (4.5%) | (630,457) | (3.9%) | | | (457,208) | (1.9%) |
| Returns & Allowances | (33,950) | (1.5%) | (305,052) | (1.4%) | | | (191,655) | (0.8%) |
| Credit Card Chgbacks, Discounts, Cash Over/Short | (18,719) | (0.8%) | (229,182) | (1.1%) | (20,945) | (0.8%) | (259,290) | (1.1%) |
| Total Sales | 2,250,464 | 100.0% | 21,521,615 | 100.0% | 2,515,050 | 100.0% | 23,736,689 | 100.0% |
| | | | | | | | | |
| **COST OF GOODS SOLD** | | | | | | | | |
| COGS - Merchandise | 592,958 | 26.3% | 5,894,193 | 27.4% | 644,658 | 25.6% | 5,221,262 | 22.0% |
| COGS - Allowance, Shopworn, Product Supplies | 104,211 | 4.6% | 930,674 | 4.3% | 62,876 | 2.5% | 1,338,227 | 5.6% |
| COGS - Freight In/Freight Out | 53,888 | 2.4% | 364,424 | 1.7% | 65,515 | 2.6% | 475,078 | 2.0% |
| Total Cost of Goods Sold | 751,067 | 33.4% | 7,189,291 | 33.4% | 773,049 | 30.7% | 7,034,567 | 29.6% |
| | | | | | | | | |
| **GROSS PROFIT** | 1,499,397 | 66.6% | 14,332,324 | 66.6% | 1,742,001 | 69.3% | 16,702,122 | 70.4% |
| | | | | | | | | |
| **CONTROLLABLE EXPENSES** | | | | | | | | |
| | | | | | | | | |
| **Employee Expenses** | | | | | | | | |
| Labor | 496,946 | 22.1% | 5,674,847 | 26.4% | 656,851 | 26.1% | 6,239,626 | 26.3% |
| Benefits, Recruiting | 39,503 | 1.6% | 447,255 | 2.1% | 22,453 | 0.9% | 454,785 | 1.9% |
| Total Controllable Employee Expenses | 536,449 | 23.8% | 6,122,102 | 28.4% | 679,304 | 27.0% | 6,694,411 | 28.2% |
| | | | | | | | | |
| **Administrative Expenses** | | | | | | | | |
| Telephone, Travel, Auto, Postage, Dues | 24,641 | 1.1% | 210,300 | 1.0% | 28,480 | 1.1% | 319,468 | 1.3% |
| Supplies - Office, Marketing, Small Equipment | 15,800 | 0.7% | 182,354 | 0.8% | 60,031 | 2.4% | 310,395 | 1.3% |
| Utilities | 40,692 | 1.8% | 466,803 | 2.2% | 38,788 | 1.5% | 449,954 | 1.9% |
| Security, Music Service, Misc | 19,602 | 0.9% | 128,669 | 0.6% | 27,572 | 1.1% | 176,517 | 0.7% |
| Repair/Maintenance | 21,697 | 1.0% | 193,694 | 0.9% | 26,498 | 1.1% | 320,894 | 1.4% |
| Total Controllable Administrative Expenses | 122,432 | 5.4% | 1,181,830 | 5.5% | 181,369 | 7.2% | 1,577,228 | 6.6% |
| Total Controllable Expenses | 658,881 | 29.3% | 7,303,932 | 33.9% | 860,673 | 34.2% | 8,271,639 | 34.8% |
| | | | | | | | | |
| **NET PROFIT CONTROLLABLE** | 840,516 | 37.3% | 7,028,392 | 32.7% | 881,328 | 35.0% | 8,430,483 | 35.5% |
| | | | | | | | | |
| **NON-CONTROLLABLE EXPENSES** | | | | | | | | |
| | | | | | | | | |
| **Selling Expenses** | | | | | | | | |
| Promotional Expense | 9,110 | 0.4% | 232,811 | 1.1% | 1,689 | 0.1% | 89,477 | 0.4% |
| Advertising - Stores | | | 7,541 | 0.0% | | | | |
| Advertising Corporate | 41,870 | 1.9% | 561,546 | 2.6% | 53,179 | 2.1% | 552,304 | 2.3% |
| Total Non-Controllable Selling Expenses | 50,980 | 2.3% | 801,898 | 3.7% | 54,868 | 2.2% | 641,781 | 2.7% |
| | | | | | | | | |
| **Administrative Expenses/(Income)** | | | | | | | | |
| Rent Expense | 264,171 | 11.7% | 2,841,546 | 13.2% | 255,356 | 10.2% | 3,144,584 | 13.2% |
| Data Communications & Software Tech Support | 5,693 | 0.3% | 72,192 | 0.3% | 29,680 | 1.2% | 186,613 | 0.8% |
| Equipment Leases | 1,381 | 0.1% | 86,356 | 0.4% | 16,692 | 0.7% | 35,607 | 0.2% |
| Insurance | 20,848 | 0.9% | 242,976 | 1.1% | 20,848 | 0.8% | 249,392 | 1.1% |
| Professional Fees | | | 9,058 | 0.0% | 56,866 | 2.3% | 727,310 | 3.1% |
| Licenses, Fees, Misc | 8,988 | 0.4% | 22,644 | 0.1% | 2,692 | 0.1% | 51,388 | 0.2% |
| Bank Charges | 3,921 | 0.2% | 56,239 | 0.3% | 2,100 | 0.1% | 38,330 | 0.2% |
| Interest | 43,467 | 1.9% | 521,422 | 2.4% | 55,287 | 2.2% | 662,180 | 2.8% |
| Building Revenue & Rental Income | (9,343) | (0.4%) | (104,018) | (0.5%) | (10,058) | (0.4%) | (112,363) | (0.5%) |
| Revenue - Vending Income & Non-Returned Rentals | (256) | 0.0% | (10,495) | 0.0% | (120) | 0.0% | (6,047) | 0.0% |
| Interest Income | (16) | 0.0% | (135) | 0.0% | (53) | 0.0% | (496) | 0.0% |
| Total Non-Controllable Administrative Expenses | 338,854 | 15.1% | 3,739,785 | 17.4% | 429,300 | 17.1% | 4,976,598 | 21.0% |
| Total Non-Controllable Expenses | 389,834 | 17.3% | 4,541,683 | 21.1% | 484,168 | 19.3% | 5,618,379 | 23.7% |
| | | | | | | | | |
| INCOME BEFORE DEPRECIATION, TAX EXPENSE & EXTRAORDINARY ITEMS | 450,682 | 20.0% | 2,486,709 | 11.6% | 397,160 | 15.8% | 2,812,104 | 11.8% |
| | | | | | | | | |
| **DEPRECIATION & TAX EXPENSE** | | | | | | | | |
| Depreciation Expense | 23,208 | 1.0% | 439,198 | 2.0% | 32,951 | 1.3% | 333,777 | 1.4% |
| Tax Expense | (97) | 0.0% | 12,104 | 0.1% | 20,353 | 0.8% | 23,471 | 0.1% |
| | | | | | | | | |
| **EXTRAORDINARY ITEMS** | | | | | | | | |
| Miscellaneous Income/(Expense)-Non-Operational | | | | | (160) | 0.0% | (21,207) | (0.1%) |
| Post-Bankruptcy Settlements | | | | | 119,799 | 4.8% | 716,464 | 3.0% |
| Reorganization Expense | 167,330 | 8.3% | 1,212,523 | 5.6% | | | | |
| Loss on Write-Down of Fixed Assets | | | 1,374,518 | 6.4% | | | 30,885 | 0.1% |
| Loss on Write-Down of Capital Leases | | | (151,179) | (0.7%) | | | | |
| Write-off of Intercompany Balances | | | 2,144,914 | 10.0% | | | 18,636 | 0.1% |
| Total Depreciation, Tax, Extraordinary Items | 210,441 | 9.4% | 5,032,078 | 23.4% | 172,943 | 6.9% | 1,102,026 | 4.6% |
| Total Non-Controllable Expenses | 600,275 | 26.7% | 9,573,761 | 44.5% | 657,111 | 26.1% | 6,720,405 | 28.3% |
| | | | | | | | | |
| **TOTAL EXPENSES** | 1,259,156 | 56.0% | 16,877,693 | 78.4% | 1,517,784 | 60.3% | 14,992,044 | 63.2% |
| **NET PROFIT** | 240,241 | 10.7% | (2,545,369) | (11.8%) | 224,217 | 8.9% | 1,710,078 | 7.2% |

EXHIBIT 1, p. 000018

## Margeson, John T

| | |
|---|---|
| **From:** | Loreen, Madelyn @ Seattle [Madelyn.Loreen@cbre.com] |
| **Sent:** | Thursday, July 13, 2006 1:27 PM |
| **To:** | Pat Lindsey |
| **Cc:** | Margeson, John T; markf@castlemegastore.com |
| **Subject:** | Easement Information: 406 Evans Black Drive, Tukwila |
| **Importance:** | High |

Pat:

I will be in a settlement conference this afternoon and unavailable. Please have John Margeson send any easement information directly to Mark Franks with a copy to me. I have cc:d Mark on this email for your convenience.

IF YOU HAVE ANY QUESTIONS you can email me. I will have my BlackBerry on but won't be able to take calls for the duration of the afternoon.

Thanks for your help with this.

Best regards,
Madelyn

Madelyn Loreen | Senior Associate Broker
CB Richard Ellis | Brokerage Services
1420 Fifth Avenue, Suite 1700 | Seattle, WA 98101
T 206 292 6149 | F 206 292 6033

This email may contain information that is confidential or attorney-client privileged and may constitute inside information. The contents of this email are intended only for the recipient(s) listed above. If you are not the intended recipient, you are directed not to read, disclose, distribute or otherwise use this transmission. If you have received this email in error, please notify the sender immediately and delete the transmission. Delivery of this message is not intended to waive any applicable privileges.

EXHIBIT 2, p.000019

7/14/2006

## Margeson, John T

**From:** Loreen, Madelyn @ Seattle [Madelyn.Loreen@cbre.com]
**Sent:** Tuesday, October 03, 2006 2:54 PM
**To:** Margeson, John T
**Subject:** Castle/Mimar Industries

Mimar Industries, LLC., a wholly owned limited liability corporation of New Castle Megastore
Corporation, an Arizona corporation

I will await the inclusion of this name on the lease and the Guaranty.
Please let me know if there is anything else I can do.

Best,
Madelyn


Madelyn Loreen | Senior Associate Broker
CB Richard Ellis | Brokerage Services
1420 Fifth Avenue, Suite 1700 | Seattle, WA 98101
T 206 292 6149 | F 206 292 6033

This email may contain information that is confidential or attorney-client privileged and may constitute inside information. The contents of this email are
intended only for the recipient(s) listed above. If you are not the intended recipient, you are directed not to read, disclose, distribute or otherwise use
this transmission. If you have received this email in error, please notify the sender immediately and delete the transmission. Delivery of this message is
not intended to waive any applicable privileges.

EXHIBIT 3, p.000020

10/3/2006

## Margeson, John T

| | |
|---|---|
| **From:** | Chuck Doland [cwdoland@seanet.com] |
| **Sent:** | Friday, October 06, 2006 10:19 AM |
| **To:** | Margeson, John T |
| **Cc:** | rodatbeeken@comcast.net; Rod - Jill Hearne |
| **Subject:** | RE: Lease final.doc |

**Attachments:** Lease final -1.doc

I reviewed and thought about this. Clearly they have gone past the extension and this gives us an opportunity to negotiate away some of the things they were dictating to us. I would like to:
Start the rent as well at NNN as of our grant of occupancy at the end of our demising/ interior cleanup.
Have them contract and pay for maintenance. They are on site and know if extra service is necessary or if they can cut back on something. Otherwise they have to call us (you) and have you contact the service. We might retain the right to contract and charge back if we see they are not properly maintaining the building or property.
Drop the second 5 year option for renewal. Drop the 5% limit in CPI.

I can talk after about 2 this afternoon. I will call you when I get out of my meeting.

Chuck

---

**From:** Margeson, John T [mailto:John.T.Margeson@bankofamerica.com]
**Sent:** Thursday, October 05, 2006 2:48 PM
**To:** cwdoland@seanet.com
**Subject:** Lease final.doc

Chuck
Here is the final lease. There are some changes to the name of the Lessee. Yesterday they gave me the name MIMAR Industries LLC. They then gave we Mimar Industries LLC a wholly owned subsidiary on New Castle Megastore. Now I had three names. Mark Franks explained that New Castle Megastore is the main entity although they refer to it as Castle Megastore Corp. They were very willing to sign a guarantee, so I changed the lease to MIMAR and added the guarantee from New Castle Megastore dba Castle Megastore Corporation. That's why I wanted to speak to you yesterday.

John

10/6/2006

## Margeson, John T

**From:** Loreen, Madelyn @ Seattle [Madelyn.Loreen@cbre.com]
**Sent:** Friday, October 13, 2006 11:38 AM
**To:** Margeson, John T
**Cc:** markf2@cox.net; Susan Zimmerman; Pat Lindsey
**Subject:** Castle Lease Comments

Dear John:

After reviewing the lease you sent yesterday I am sending the following comments on behalf of the Tenant, Castle and Mark Franks.

Tenant will agree to reduce the 120 days of occupancy prior to rent commencement to 60 days if the lease is signed by the ownership group in counterpart, and Tenant immediately, and if demolition can begin on Monday, October 16.

Demolition, which is the Landlord's responsibility, will take approximately two weeks. Charging rent for this time period is unacceptable in any scenario. The City of Tukwila is responsible for the delay due to parking issues, which you have been aware of.

This building was described as an "Ideal Southcenter location for destination retailer" in the marketing flyer. Upon further due diligence by Tenant, the existing parking is adequate ONLY if the tenant is a "big box" user like the former mattress store, not a general merchandise retailer like Castle. As a result, the Tenant has been reduced by the City to use from 15,835 square feet as marketed, to only 9,300 square feet in order to meet the parking requirement. Tenant must construct, at their cost, a demising wall per the City's instruction, separating the merchandise from the remaining area which is to be unused by Tenant for general merchandise. Both you and your broker have been aware of this requirement since I told you in July. At no time was it disclosed to me or the Tenant in the initial marketing. In spite of this restriction, Tenant did not come back and try to renegotiate the deal which puts their rent at over $17.00 per useable square foot (plus triple net costs on the entire 15,835SF), significantly altering the amount of merchandise due to the limited floor space. This rental amount is also significantly over market keeping in mind that the original flyer advertised rents at $12.00 PSF, NNN.

Due to the delay from the City for the previously undisclosed parking requirement, the lease remained unsigned until the City determined exactly what would be required by Tenant to make the space work. During this time Tenant hired an architect, an attorney and traveled numerous times from Arizona to attend meetings with the City of Tukwila to resolve the parking issues. Significant money was invested by my client during this time as they worked expeditiously to meet the City's requirements.

Therefore, it is a disappointing event when the Trustees choose to renegotiate the deal at the same time the City has finally granted its approval, a bond has been posted and permits have been pulled.

Castle has worked with you in good faith making timely payments of $6,000 per month (not applicable to rent) to secure their interest in the site. You are currently in receipt of the $6,000 payment for October even though the time remaining in the month will be used for demolition if the contractor can begin on Monday, October 16. Tenant anticipates being open in time for Thanksgiving and the start of the busiest season in retail. With this in mind, it is not unreasonable to request that paragraph 1. be changed to reflect 60 days of occupancy prior to rent commencement as requested above.

EXHIBIT 5, p. 000022

10/13/2006

I appreciate your prompt attention to this matter. Please call me with any questions or comments.

Best regards,


Madelyn Loreen | Senior Associate Broker
CB Richard Ellis | Brokerage Services
1420 Fifth Avenue, Suite 1700 | Seattle, WA 98101
T 206 292 6149 | F 206 292 6033

This email may contain information that is confidential or attorney-client privileged and may constitute inside information. The contents of this email are intended only for the recipient(s) listed above. If you are not the intended recipient, you are directed not to read, disclose, distribute or otherwise use this transmission. If you have received this email in error, please notify the sender immediately and delete the transmission. Delivery of this message is not intended to waive any applicable privileges.

10/13/2006