# ASSOCIATED ROOFING™ INC

ASSOCRI16206

P.O. BOX 82894
Kenmore, WA 98028
Voice: 206-364-4445
Fax: 206-368-2303

FEB 2009

# INVOICE

Invoice Number: 09-02-52011
Invoice Date: Feb 9, 2009

| Customer | Job Name |
|---|---|
| Bank of America<br>P.O. Box 34029<br>Seattle, WA 98124 | Castles Mega Store<br>406 Evans Black Drive<br>Tukwila, WA |

| Customer ID | Associated Work Order # | Payment Terms | |
|---|---|---|---|
| BOA Real Estate | 16934 | Net 15 Days | |
| **Sales Rep ID** | **Warranty** | **Completion date** | **Due Date** |
| | n/a | 2/6/09 | 2/24/09 |

| Description | Amount |
|---|---|
| Furnished and installed one B-vent cap to replace missing one. | 175.00 |

6504080
406
9022
2/11/09

We accept Master Card and Visa for your convenience!

206 358 3417
206-358-3864
Check/Credit Memo No:

| | |
|---|---|
| Subtotal | 175.00 |
| ***Sales Tax*** | **15.75** |
| ***Total Invoice*** | **190.75** |
| **Payment/Credit Applied** | |
| ***TOTAL*** | 190.75 |

**PLEASE PAY FROM THIS INVOICE INCLUDING SALES TAX - NO STATEMENT WILL BE SENT. THANK YOU**










BANK OF AMERICA NA
Bill Date: Feb 16, 2009
Account No: 206-431-2794 638B

Visit qwest.com

| Balance Forward | New Charges | Total Amount Due | Due Date for New Charges |
|---|---|---|---|
| $.00 | $86.45 | $86.45 | Mar 5, 2009 |

## Account Summary

004261 1/2

| | | | |
|---|---|---|---|
| **Previous Balance** | | | |
| Charges | | | 86.45 |
| Payment | Jan 30 | *Thank you for your payment.* | 86.45cr |
| Balance Forward | | | $.00 |
| **New Charges** | **For questions, call:** | **Page** | |
| Qwest | 1 800 777-9594 | 3 | 86.45 |
| Total New Charges | | | $86.45 |

**TOTAL AMOUNT DUE** $86.45

6504080 2/24/09
4211
9302

Your communications needs are our top priority. Contact your **Qwest dedicated business team** to receive a FREE account review and information on **tailored solutions** for your business. **Call 1 800-996-2506** or manage your account online by registering at www.qwest.com/myaccount. Thanks for choosing Qwest.

*Qwest, P O Box 91155, Seattle, WA 98111-9255*

6



Spirit of Service®

For questions, call 1 800 777-9594







BANK OF AMERICA NA
Bill Date: Feb 16, 2009
Account No: 206-431-2794 638B

## New Charges

| | Qwest Local Services | |
|---|---|---|
| Taxes, Fees and Surcharges | | |
| **Total New Charges** | | $86.45 |

004261 2/2

## Qwest Local Services

### Monthly Charges

Charges from Feb 16 to Mar 16

| Quantity | Description | Code | Item Rate | Amount | |
|---|---|---|---|---|---|
| 1 | Non-Published Service | NPU | .75 | .75 | FSL |
| 2 | Business Line | 1FB | 29.00 | 58.00 | FSL |
| 2 | Federal Access Charge | 9ZR | 5.88 | 11.76 | FSL |

Federal Universal Serv Fund at 10.5477% — 1.24

*This charge recovers the amount Qwest contributes to the Federal Universal Service Fund. This fund helps keep local phone rates affordable for all Americans.*

**Total Monthly Charges** — $71.75

## Taxes, Fees & Surcharges Summary

*The detail listed below has been included in the New Charges on this bill. This summary is provided as information only.*

| | Amount |
|---|---|
| Federal Excise at 3% | 2.26 |
| State Sales at 6.5% | 4.90 |
| Local Sales at 2.1% | 1.60 |
| Special District Sales at .4% | .29 |
| City Occupation at 6.382% | 3.75 |
| State 911 at $.20 per access line<br>*This surcharge, funds the cost of providing emergency services communications systems in your community.* | .40 |
| Local 911 at $.50 per access line<br>*This surcharge, funds the cost of providing emergency services communications systems in your community.* | 1.00 |
| TRS Excise Funds Federal ADA Requirement at $.12 per access line | .24 |

*continued on back*



| Address | 405 EVANS BLACK DR TUKWILA, WA 98188 |
|---|---|

| Account # | Billing Date | Due Date | Prev Balance | Payments | Cur Activity | Amount Due |
|---|---|---|---|---|---|---|
| 02-2310-0036 | 02/04/2009 | 03/16/2009 | 332.82 | 332.82 | 332.82 | 332.82 |

| Date | Service Fee | Credit Balance 0.00 | Amount |
|---|---|---|---|
| 07/22/2008 | **Previous Balance** | | **332.82** |
| 08/04/2008 | **Payment/Credit Applied - Thank You** | | **332.82** CR |
| Account #: | **02-2310-0036** Service Location: **405 EVANS BLACK DR** | | |
| 02/04/2009 | **Billing** | | **332.82** |
| | Surface Water - 100 Impervious | 332.82 | |
| | Jan-June | | |

**Due Date: 03/16/2009** **Amount Due:** **332.82**

| Meter # | Prev Date | Prev Read 1 | Prev Read 2 | Curr Date | Curr Read 1 | Curr Read 2 | Totals Cons |
|---|---|---|---|---|---|---|---|
| | | 0 | 0 | | 0 | 0 | |

$$$$$$$ READ READ READ READ READ READ READ READ READ $$$$$$$

VISA & MASTERCARD PAYMENTS ARE NOW ACCEPTED
AT CITY HALL & BY TELEPHONE

PLEASE ENCLOSE REMITTANCE WITH PAYMENT
1ST HALF STORM DRAIN BILLING FOR 2009

$$$$$$$$$$ READ READ READ READ READ READ READ READ $$$$$$$$

6504080
430
2/9/09

***Remit To*: City of Tukwila** · PO Box 58424, Tukwila, WA 98138-1424 · PH: (206) 433-1849




LANDSCAPE SERVICES, INC.

12516 Evergreen Drive • Mukilteo, WA 98275

(425) 493-1100 • FAX (425) 493-1715
TOLL FREE (866) 637-5296

# INVOICE

| DATE | INVOICE NO. |
|---|---|
| 2/1/2009 | 38505 |

BILL TO:

Leede Fund
C/o Bank of America RES
WA1-501-15-08
P.O. Box 34029
Seattle, WA 98124

| P.O. NUMBER | TERMS | PROJECT |
|---|---|---|
| | Net 30 | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| Contract Services | February 2009 landscape maintenance per contract | 260.00 | 260.00T |
| | Sales Tax | 9.00% | 23.40 |

6504.80
408
2/6/09

Please put invoice number on your check.

**TOTAL** $283.40

EXHIBIT 11, p. 000057






MAR 2009

Qwest
Spirit of Service



BANK OF AMERICA NA
Bill Date: Mar 16, 2009
Account No: 206-431-2794 638B

Visit qwest.com

| Balance Forward | New Charges | Total Amount Due | Due Date for New Charges |
|---|---|---|---|
| $.00 | $86.45 | $86.45 | Apr 2, 2009 |

## Account Summary

0044151/2

| | | | |
|---|---|---|---|
| **Previous Balance** | | | |
| Charges | | | 86.45 |
| Payment | Feb 28 | *Thank you for your payment.* | 86.45 |
| Balance Forward | | | $.00 |
| **New Charges** | **For questions, call:** | **Page** | |
| Qwest | 1 800 777-9594 | 3 | 86.45 |
| Total New Charges | | | $86.45 |

**TOTAL AMOUNT DUE** 6504080 $86.45

4124
9302 3/24/09

Your communications needs are our top priority. Contact your Qwest dedicated business team to receive a FREE account review and information on tailored solutions for your business. Call 1 800-996-2506 or manage your account online by registering at www.qwest.com/myaccount. Thanks for choosing Qwest.

*Qwest, P O Box 91155, Seattle, WA 98111-9255*

6






BANK OF AMERICA NA
Bill Date: Mar 16, 2009
Account No: 206-431-2794 638B

For questions, call 1 800 777-9594

## New Charges

Qwest
Local Services

Taxes, Fees and Surcharges

**Total New Charges** $86.45

0044152/2

## Qwest Local Services

### Monthly Charges

Charges from Mar 16 to Apr 16

| Quantity | Description | Code | Item Rate | Amount | |
|---|---|---|---|---|---|
| 1 | Non-Published Service | NPU | .75 | .75 | FSL |
| 2 | Business Line | 1FB | 29.00 | 58.00 | FSL |
| 2 | Federal Access Charge | 9ZR | 5.88 | 11.76 | FSL |

Federal Universal Serv Fund at 10.5477% 1.24
*This charge recovers the amount Qwest contributes to the Federal Universal Service Fund. This fund helps keep local phone rates affordable for all Americans.*

**Total Monthly Charges** $71.75

## Taxes, Fees & Surcharges Summary

*The detail listed below has been included in the New Charges on this bill. This summary is provided as information only.*

| | Amount |
|---|---|
| Federal Excise at 3% | 2.26 |
| State Sales at 6.5% | 4.90 |
| Local Sales at 2.1% | 1.60 |
| Special District Sales at .4% | .29 |
| City Occupation at 6.382% | 3.75 |
| State 911 at $.20 per access line<br>*This surcharge, funds the cost of providing emergency services communications systems in your community.* | .40 |
| Local 911 at $.50 per access line<br>*This surcharge, funds the cost of providing emergency services communications systems in your community.* | 1.00 |
| TRS Excise Funds Federal ADA Requirement at $.12 per access line | .24 |

*continued on back*




12516 Evergreen Drive • Mukilteo, WA 98275

(425) 493-1100 • FAX (425) 493-1715
TOLL FREE (866) 637-5296

# INVOICE

| DATE | INVOICE NO. |
|---|---|
| 3/1/2009 | 39021 |

BILL TO:

Leede Fund
C/o Bank of America RES
WA1-501-15-08
P.O. Box 34029
Seattle, WA 98124

| P.O. NUMBER | TERMS | PROJECT |
|---|---|---|
| | Net 30 | |

| QUANTITY | DESCRIPTION | | RATE | AMOUNT |
|---|---|---|---|---|
| | Contract Services | March 2009 landscape maintenance per contract | 260.00 | 260.00T |
| | | Sales Tax | 9.00% | 23.40 |

6 504080
1-480
3/16/09

Please put invoice number on your check.

| TOTAL | $283.40 |
|---|---|

EXHIBIT 12, p. 000060








BANK OF AMERICA NA
Bill Date: Apr 16, 2009
Account No: 206-431-2794 638B

Qwest. Spirit of Service®

Visit qwest.com

| Balance Forward | New Charges | Total Amount Due | Due Date for New Charges |
|---|---|---|---|
| $.00 | $87.10 | $87.10 | May 2, 2009 |

## Account Summary

004156 1/2

| | | | | |
|---|---|---|---|---|
| Previous Balance | | | | |
| Charges | | | | 86.45 |
| Payment | Mar 28 | *Thank you for your payment.* | | 86.45CR |
| Balance Forward | | | | $.00 |
| New Charges | | For questions, call: | Page | |
| Qwest | | 1 800 777-9594 | 3 | 87.10 |
| Total New Charges | | | | $87.10 |
| **TOTAL AMOUNT DUE** | | | | $87.10 |

6504080
4/23/09 AV 1-424 9302

Your communications needs are our top priority. Contact your Qwest dedicated business team to receive a FREE account review and information on tailored solutions for your business. Call 1 800-996-2506 or manage your account online by registering at www.qwest.com/myaccount. Thanks for choosing Qwest.

*Qwest, P O Box 91155, Seattle, WA 98111-9255* 6








For questions, call 1 800 777-9594

BANK OF AMERICA NA
Bill Date: Apr 16, 2009
Account No: 206-431-2794 636B

## New Charges

| | Qwest Local Services | |
|---|---|---|
| Taxes, Fees and Surcharges | | |
| Total New Charges | | $87.10 |

004156 2/2

## Qwest Local Services

### Monthly Charges

Charges from Apr 16 to May 16

| Quantity | Description | Code | Item Rate | Amount | |
|---|---|---|---|---|---|
| 1 | Non-Published Service | NPU | .75 | .75 | FSL |
| 2 | Business Line | 1FB | 29.00 | 58.00 | FSL |
| 2 | Federal Access Charge | 9ZR | 5.88 | 11.76 | FSL |

Federal Universal Serv Fund at 12.5429% — 1.48

*This charge recovers the amount Qwest contributes to the Federal Universal Service Fund. This fund helps keep local phone rates affordable for all Americans.*

**Total Monthly Charges** — $71.99

### Taxes, Fees & Surcharges Summary

*The detail listed below has been included in the New Charges on this bill. This summary is provided as information only.*

| | Amount |
|---|---|
| Federal Excise at 3% | 2.26 |
| State Sales at 6.5% | 4.92 |
| Local Sales at 2.1% | 1.60 |
| Special District Sales at .9% | .68 |
| City Occupation at 6.382% | 3.75 |
| State 911 at $.20 per access line<br>*This surcharge, funds the cost of providing emergency services communications systems in your community.* | .40 |
| Local 911 at $.50 per access line<br>*This surcharge, funds the cost of providing emergency services communications systems in your community.* | 1.00 |
| TRS Excise Funds Federal ADA Requirement at $.12 per access line | .24 |

*continued on back*



LANDSCAPE SERVICES, INC.

12516 Evergreen Drive • Mukilteo, WA 98275

(425) 493-1100 • FAX (425) 493-1715
TOLL FREE (866) 637-5296

# INVOICE

| DATE | INVOICE NO. |
|---|---|
| 4/1/2009 | 39470 |

BILL TO:

Leede Fund
C/o Bank of America RES
WA1-501-15-08
P.O. Box 34029
Seattle, WA 98124

| P.O. NUMBER | TERMS | PROJECT |
|---|---|---|
| | Net 30 | |

| QUANTITY | DESCRIPTION | | RATE | AMOUNT |
|---|---|---|---|---|
| | Contract Services | April 2009 landscape maintenance per contract | 260.00 | 260.00T |
| | | Sales Tax | 9.50% | 24.70 |

6504080
480
4/14/09

Please put invoice number on your check.

| TOTAL | $284.70 |
|---|---|



2009 KING COUNTY, WA REAL ESTATE TAX

SEE REVERSE SIDE

PROPERTY TAX ACCOUNT NUMBER RP10

022310-0036-07
21260C

KEEP THIS PORTION

BRING ALL PARTS WHEN PAYING IN PERSON

6504080

--- BANK OF AMERICA 720966
--- WA1-501-15-08
PO BOX 34029/LEEDE
SEATTLE WA 98124

| LOT | BLOCK | CODE | SEC | TWP | RG |
|---|---|---|---|---|---|
| 3 | | 2390 | | | |

ANDOVER INDUSTRIAL PARK # 2
S 200 FT OF N 210 FT OF W 201 FT
OF E 376 FT

PROPERTY ADDRESS 406 EVANS BLACK DR

| CURRENT TAX DISTRIBUTION | |
|---|---|
| State | 3,543.1 |
| Local School Support | 7,443.9 |
| County | 1,981.60 |
| City | 4,284.18 |
| Port | 355.62 |
| Hospital | 850.99 |
| Library | 713.60 |
| Emergency Med Svc | 494.71 |
| Parks | 90.59 |
| Flood Control | 164.68 |

| CURRENT BILLING INFORMATION | |
|---|---|
| Land Value | 804,000 |
| Improvements | 1,001,200 |
| Less: Exempt Value | |
| TAXABLE VALUE | 1,805,200 |
| Levy Rate | 11.03640 |
| General Tax | 19,922.91 |
| Other Charges | 12.23 |
| TOTAL CURRENT BILLING | 19,935.14 |
| TOTAL CURRENT BILLING INCLUDING DEBTS | 19,935.14 |
| VOTER APPROVED | 8,507.15 |

*OTHER CHARGES
NOX WEED 2.25 KING CD 9.98

First half must be paid or postmarked by April 30, or FULL AMOUNT BECOMES DELINQUENT and accrues interest and penalty as prescribed by law. If first half paid by April 30 second half must be paid by October 31 or it becomes delinquent and accrues interest and penalty.

FULL AMOUNT MAY BE PAID APRIL 30th

| DELINQUENCY INFORMATION | | |
|---|---|---|
| YEAR | INTEREST PENALTY | PRINCIPAL |

DELINQUENT TOTAL

GRAND TOTAL 19,935.14

1st Half 9967.57 pd 4/15/09

EXHIBIT 13, p. 000064






BANK OF AMERICA NA
Bill Date: May 16, 2009
Account No: 206-431-2794 636B

Visit qwest.com

| Balance Forward | New Charges | Total Amount Due | Due Date for New Charges |
|---|---|---|---|
| $.00 | $87.10 | $87.10 | Jun 3, 2009 |

## Account Summary

Leede

| | | | | |
|---|---|---|---|---|
| **Previous Balance** | | | | |
| Charges | | | | 87.10 |
| Payment | Apr 29 | *Thank you for your payment.* | | 87.10CR |
| Balance Forward | | | | $.00 |
| **New Charges** | **For questions, call:** | | **Page** | |
| Qwest | 1 800 777-9594 | | 3 | 87.10 |
| Total New Charges | | | | $87.10 |

**TOTAL AMOUNT DUE** $87.10

6504080 5/27/09
4 21
9302

004261 1/2

Your communications needs are our top priority. Contact your **Qwest dedicated business team** to receive a FREE account review and information on **tailored solutions** for your business. **Call 1 800-996-2506** or manage your account online by registering at www.qwest.com/myaccount. Thanks for choosing Qwest.

*Qwest, P O Box 91155, Seattle, WA 98111-9255* 1 6







Spirit of Service®

For questions, call 1 800 777-9594

BANK OF AMERICA NA
Bill Date: May 16, 2009
Account No: 206-431-2794 638B

## New Charges

| | Qwest Local Services |
|---|---|
| Taxes, Fees and Surcharges | |
| **Total New Charges** | **$87.10** |

004261 2/2

## Qwest Local Services

### Monthly Charges

Charges from May 16 to Jun 16

| Quantity | Description | Code | Item Rate | Amount | |
|---|---|---|---|---|---|
| 1 | Non-Published Service | NPU | .75 | .75 | FSL |
| 2 | Business Line | 1FB | 29.00 | 58.00 | FSL |
| 2 | Federal Access Charge | 9ZR | 5.88 | 11.76 | FSL |

Federal Universal Serv Fund at 12.5429% — 1.48

*This charge recovers the amount Qwest contributes to the Federal Universal Service Fund. This fund helps keep local phone rates affordable for all Americans.*

**Total Monthly Charges** — **$71.99**

## Taxes, Fees & Surcharges Summary

*The detail listed below has been included in the New Charges on this bill. This summary is provided as information only.*

| | Amount |
|---|---|
| Federal Excise at 3% | 2.26 |
| State Sales at 6.5% | 4.92 |
| Local Sales at 2.1% | 1.60 |
| Special District Sales at .9% | .68 |
| City Occupation at 6.382% | 3.75 |
| State 911 at $.20 per access line<br>*This surcharge, funds the cost of providing emergency services communications systems in your community.* | .40 |
| Local 911 at $.50 per access line<br>*This surcharge, funds the cost of providing emergency services communications systems in your community.* | 1.00 |
| TRS Excise Funds Federal ADA Requirement at $.12 per access line | .24 |

*continued on back*




LANDSCAPE SERVICES, INC.

12516 Evergreen Drive • Mukilteo, WA 98275

(425) 493-1100 • FAX (425) 493-1715
TOLL FREE (866) 637-5296

# INVOICE

| DATE | INVOICE NO. |
|---|---|
| 5/1/2009 | 39892 |

BILL TO:

Leede Fund
C/o Bank of America RES
WA1-501-15-08
P.O. Box 34029
Seattle, WA 98124

| P.O. NUMBER | TERMS | PROJECT |
|---|---|---|
| | Net 30 | |

| QUANTITY | DESCRIPTION | | RATE | AMOUNT |
|---|---|---|---|---|
| | Contract Services | May 2009 landscape maintenance per contract | 260.00 | 260.00T |
| | | Sales Tax | 9.50% | 24.70 |

6504080
480
5/12/09
[illegible]

Please put invoice number on your check.

**TOTAL** $284.70

EXHIBIT 14, p. 000067









BANK OF AMERICA NA
Bill Date: Jun 16, 2009
Account No: 206-431-2794 638B

Visit qwest.com

| Balance Forward | New Charges | Total Amount Due | Due Date for New Charges |
|---|---|---|---|
| $.00 | $87.10 | $87.10 | Jul 3, 2009 |

## Account Summary

Previous Balance
Charges 87.10
Payment Jun 03 *Thank you for your payment.* 87.10
Balance Forward $.00

| New Charges | For questions, call: | Page | |
|---|---|---|---|
| Qwest | 1 800 777-9594 | 3 | 87.10 |
| Total New Charges | | | $87.10 |

**TOTAL AMOUNT DUE** $87.10

6504080
1-424
9302
6/25/09

Your communications needs are our top priority. Contact your Qwest dedicated business team to receive a FREE account review and information on tailored solutions for your business. Call 1 800-996-2506 or manage your account online by registering at www.qwest.com/myaccount. Thanks for choosing Qwest.

*Qwest, P O Box 91155, Seattle, WA 98111-9255*

004011 1/2

## New Charges

| | Qwest Local Services | |
|---|---|---|
| Taxes, Fees and Surcharges | | |
| **Total New Charges** | | $87.10 |

004011 2/2

## Qwest Local Services

### Monthly Charges

Charges from Jun 16 to Jul 16

| Quantity | Description | Code | Item Rate | Amount |
|---|---|---|---|---|
| 1 | Non-Published Service | NPU | .75 | .75 FSL |
| 2 | Business Line | 1FB | 29.00 | 58.00 FSL |
| 2 | Federal Access Charge | 9ZR | 5.88 | 11.76 FSL |

Federal Universal Serv Fund at 12.5429% — 1.48

*This charge recovers the amount Qwest contributes to the Federal Universal Service Fund. This fund helps keep local phone rates affordable for all Americans.*

**Total Monthly Charges** — $71.99

## Taxes, Fees & Surcharges Summary

*The detail listed below has been included in the New Charges on this bill. This summary is provided as information only.*

| | Amount |
|---|---|
| Federal Excise at 3% | 2.26 |
| State Sales at 6.5% | 4.92 |
| Local Sales at 2.1% | 1.60 |
| Special District Sales at .9% | .68 |
| City Occupation at 6.382% | 3.75 |
| State 911 at $.20 per access line<br>*This surcharge, funds the cost of providing emergency services communications systems in your community.* | .40 |
| Local 911 at $.50 per access line<br>*This surcharge, funds the cost of providing emergency services communications systems in your community.* | 1.00 |
| TRS Excise Funds Federal ADA Requirement at $.12 per access line | .24 |

*continued on back*




12516 Evergreen Drive • Mukilteo, WA 98275

(425) 493-1100 • FAX (425) 493-1715
TOLL FREE (866) 637-5296

# INVOICE

| DATE | INVOICE NO. |
|---|---|
| 6/1/2009 | 40390 |

BILL TO:

Leede Fund
C/o Bank of America RES
WA1-501-15-08
P.O. Box 34029
Seattle, WA 98124

| P.O. NUMBER | TERMS | PROJECT |
|---|---|---|
| | Net 30 | |

| QUANTITY | DESCRIPTION | | RATE | AMOUNT |
|---|---|---|---|---|
| Contract Services | | June 2009 landscape maintenance per contract | 260.00 | 260.00T |
| | | Sales Tax | 9.50% | 24.70 |

6504080
1-480
6/9/09

Please put invoice number on your check.

| TOTAL | $284.70 |
|---|---|

EXHIBIT 15, p. 000070




12516 Evergreen Drive • Mukilteo, WA 98275

(425) 493-1100 • FAX (425) 493-1715
TOLL FREE (866) 637-5296

# INVOICE

| DATE | INVOICE NO. |
|---|---|
| 6/19/2009 | 40684 |

BILL TO:

Leede Fund
C/o Bank of America RES
WA1-501-15-08
P.O. Box 34029
Seattle, WA 98124

| P.O. NUMBER | TERMS | PROJECT |
|---|---|---|
| | Net 30 | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Irrigation Services 6/17/09 Spring start up and repairs | 263.00 | 263.00T |
| | wosi1345 | | |
| | Sales Tax | 9.50% | 24.99 |

6504080
1-480
6/24/09

Please put invoice number on your check.

**TOTAL** $287.99

EXHIBIT 15, p. 000071