D-U-N-S 09-4738307
FED. ID 58-2608361

**SimplexGrinnell** BE SAFE.

A Tyco International Company

District # 458
9520 10TH AVE SOUTH
SEATTLE, WA 98108-0001
206-291-1400

| INVOICE NO. | INVOICE DATE | CUSTOMER PO |
|---|---|---|
| 73006520 | 06-29-09 | |

| CONTRACT # | MODIFIER |
|---|---|
| 559170 | R31-MAR-2009 |

| PAYMENT TERMS |
|---|
| Due upon receipt |

**Bill To:** 458-01597213

Bank Of America Real Estate Services
PO BOX 34029
INVESTMENT SERVICES
Mail code #WA1-501-22-08
SEATTLE WA 98124-1029

**Ship To:** 458-01666855

406 Evans Black Drive Building
406 Evans Black Drive
TUKWILA WA 98188

*JUL 2009*

**Requestors Name:** Margeson, John

| CONTRACT DESCRIPTION | CONTRACT START DATE | CONTRACT END DATE |
|---|---|---|
| 406 EVANS BLACK DRIVE TUKWILA, WA  98188 | 01-AUG-09 | 31-JUL-10 |

**INVOICE NOTES:**

*6504080
1-424
7/6/09*

WE ACCEPT ALL MAJOR CREDIT CARDS

| | | |
|---|---|---|
| Total Contract Amount  - | $510.00 | Amount Of Current Invoice - $510.00 |
| | | Sales Tax                      - $0.00 |
| | | Total Amount Included   - $510.00 |
| | | Payment Received          - $0.00 |
| | | **Total Amount Due**  ▷  $510.00 |



**Qwest.**
*Spirit of Service*

*Leede*

Visit qwest.com

| Balance Forward | New Charges | Total Amount Due | Due Date for New Charges |
|---|---|---|---|
| $.00 | $87.18 | $87.18 | Aug 1, 2009 |

## Account Summary

| | | | |
|---|---|---|---|
| Previous Balance | | | |
| Charges | | | |
| Payment Jul 01 | *Thank you for your payment.* | | 87.10 |
| Balance Forward | | | 87.10% |
| | | | $.00 |
| New Charges | For questions, call: | Page | |
| Qwest | 1 800 777-9594 | 3 | 87.18 |
| Total New Charges | | | $87.18 |

**TOTAL AMOUNT DUE**      6504080     **$87.18**
424
9302 7/27/09
pw

008906 1/3

> Your communications needs are our top priority. Contact your **Qwest dedicated business team** to receive a FREE account review and information on **tailored solutions** for your business. **Call 1 800-996-2506** or manage your account online by registering at www.qwest.com/myaccount. Thanks for choosing Qwest.

*Qwest, P O Box 91155, Seattle, WA 98111-9255*

1 6



**Qwest.**
*Spirit of Service*
For questions, call 1 800 777-9594

## New Charges

| | Qwest Local Services |
|---|---|
| Taxes, Fees and Surcharges | |
| Subtotal | $87.18 |

### Total New Charges

$87.18

## Qwest Local Services

### Monthly Charges

Charges from Jul 16 to Aug 16

| Quantity | Description | Code | Item Rate | Amount | |
|---|---|---|---|---|---|
| 1 | Non-Published Service | NPU | .75 | .75 | FSL |
| 2 | Business Line | 1FB | 29.00 | 58.00 | FSL |
| 2 | Federal Access Charge | 9ZR | 5.84 | 11.68 | FSL |

Federal Universal Serv Fund at 14.2811%
*This charge recovers the amount Qwest contributes to the Federal Universal Service Fund. This fund helps keep local phone rates affordable for all Americans.*                1.66

### Total Monthly Charges

$72.09

### Service Additions & Changes

| Quantity | Description | Code | Old Rate | New Rate | Amount |
|---|---|---|---|---|---|
| | Jul 01, 2009   Rate Change Order | | | | |
| | *The following service was affected by a rate change.* | | | | |
| 2 | Federal Access Charge | 9ZR | 11.75 | 11.68 | |
| | Credit Due to Rate Decrease on $11.68 from Jul 01 to Jul 16 | | | | .04⅝ |

### Total Service Additions and Changes

$.04⅝

### Taxes, Fees & Surcharges Summary

*The detail listed below has been included in the New Charges on this bill. This summary is provided as information only.*

| | Amount |
|---|---|
| Federal Excise at 3% | |
| State Sales at 6.5% | 2.27 |
| Local Sales at 2.1% | 4.93 |
| | 1.61 |

*continued on back*

EXHIBIT 16, p. 000074



Address | 405 EVANS BLACK DR  TUKWILA, WA  98188

| Account # | Billing Date | Due Date | Prev Balance | Payments | Cur Activity | Amount Due |
|---|---|---|---|---|---|---|
| 02-2310-0036 | 07/24/2009 | 09/24/2009 | 332.82 | 332.82 | 332.82 | 332.82 |

| Date | Service/Fee | | Credit Balance | 0.00 | Amount |
|---|---|---|---|---|---|
| 02/04/2009 | Previous Balance | | | | 332.82 |
| 02/13/2009 | Payment/Credit Applied - Thank You | | | | 332.82 CR |
| Account #: 02-2310-0036 | Service Location: **405 EVANS BLACK DR** | | | | |
| 07/24/2009 | Billing | | | | 332.82 |
| | Surface Water - 100 Impervious | | | 332.82 | |

| | | | Due Date: 09/24/2009 | Amount Due: | 332.82 |
|---|---|---|---|---|---|

| Meter # | Prev Date | Prev Read 1 | Prev Read 2 | Curr Date | Curr Read 1 | Curr Read 2 | Totals Cons |
|---|---|---|---|---|---|---|---|
| | | 0 | 0 | | 0 | 0 | |

```
###############################################
   THIS IS YOUR 2ND HALF STORM & SURFACE WATER BILLING
^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^
    VISA & MASTERCARD PAYMENTS ARE NOW ACCEPTED
           AT CITY HALL & BY TELEPHONE
      PLEASE CALL 206-433-1835 TO MAKE PAYMENTS
^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^
TUKWILA DAYS COMMUNITY FESTIVAL Saturday , August 15th from  9 - 3
^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^
16TH TUKWILA COMMUNITY GARAGE SALE    AUGUST 22-23, 2009
Sign up by July 31. 2009 to hold a sale at your Tukwila home.
Please visit the website at www.ci.tukwila.wa.us/yardsale.html or call 206-433-7178
###############################################
```

*handwritten:* 6 504080
430
Surf Jul-Dec
$20
7/09/09



**Earthworks**
LANDSCAPE SERVICES, INC.

12516 Evergreen Drive • Mukilteo, WA 98275

(425) 493-1100 • FAX (425) 493-1715
TOLL FREE (866) 637-5296



| DATE | INVOICE NO. |
|---|---|
| 7/1/2009 | 40951 |

BILL TO:

Leede Fund
C/o Bank of America RES
WA1-501-15-08
P.O. Box 34029
Seattle, WA 98124

| P.O. NUMBER | TERMS | PROJECT |
|---|---|---|
| | Net 30 | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| Contract Services | July 2009 landscape maintenance per contract | 260.00 | 260.00T |
| | Sales Tax | 9.50% | 24.70 |

6504080
1-480
@ 7/15/09

Please put invoice number on your check.

| TOTAL | $284.70 |
|---|---|

EXHIBIT 16, p. 000076

 

**Qwest.**
*Spirit of Service*

Visit qwest.com

*Handwritten:* Au 6 2009



BANK OF AMERICA NA
Bill Date:   Aug 16, 2009
Account No:   206-431-2794 838B

| Balance Forward | New Charges | Total Amount Due | Due Date for New Charges |
|---|---|---|---|
| $.00 | $87.23 | $87.23 | Sep 2, 2009 |

## Account Summary

| | | | |
|---|---|---|---|
| Previous Balance | | | |
| Charges | | | |
| Payment    Jul 31 | *Thank you for your payment.* | | 87.18 |
| Balance Forward | | | 87.18 |
| | | | $.00 |
| New Charges | For questions, call: | Page | |
| Qwest | 1 800 777-9594 | 3 | 87.23 |
| Total New Charges | | | $87.23 |

**TOTAL AMOUNT DUE**     *6504080*      ( **$87.23** )

*Handwritten:* 8/25/09 ew   424  9302

---

Your communications needs are our top priority. Contact your Qwest dedicated business team to receive a FREE account review and information on tailored solutions for your business. Call 1 800-996-2506 or manage your account online by registering at www.qwest.com/myaccount. Thanks for choosing Qwest.

---

*Qwest, P O Box 91155, Seattle, WA 98111-9255*     6



Qwest.
*Spirit of Service®*
For questions, call 1 800 777-9594

BANK OF AMERICA NA
Bill Date:      Aug 16, 2009
Account No:   206-431-2794 638B

## New Charges

Qwest
Local Services

Taxes, Fees and Surcharges
**Total New Charges**                                            **$87.23**

0041A9 2/2

## Qwest Local Services

### Monthly Charges

Charges from Aug 16 to Sep 16

| Quantity | Description | Code | Item Rate | Amount |
|---|---|---|---|---|
| 1 | Non-Published Service | NPU | .75 | .75 FSL |
| 2 | Business Line | 1FB | 29.00 | 58.00 FSL |
| 2 | Federal Access Charge | 9ZR | 5.84 | 11.68 FSL |

Federal Universal Serv Fund at 14.2811%                          1.67
*This charge recovers the amount Qwest contributes to the Federal
Universal Service Fund. This fund helps keep local phone rates
affordable for all Americans.*

**Total Monthly Charges**                                         **$72.10**

## Taxes, Fees & Surcharges Summary

*The detail listed below has been included in the New Charges on this bill.
This summary is provided as information only.*

| | Amount |
|---|---|
| Federal Excise at 3% | 2.27 |
| State Sales at 6.5% | 4.93 |
| Local Sales at 2.1% | 1.61 |
| Special District Sales at .9% | .69 |
| City Occupation at 6.382% | 3.75 |
| State 911 at $.20 per access line | .40 |
| *This surcharge, funds the cost of providing emergency services communications systems in your community.* | |
| Local 911 at $.50 per access line | 1.00 |
| *This surcharge, funds the cost of providing emergency services communications systems in your community.* | |
| TRS Excise Funds Federal ADA Requirement at $.11 per access line | .22 |

*continued on back* ⤵

EXHIBIT 17, p. 000078



**Earthworks**
LANDSCAPE SERVICES, INC.

12516 Evergreen Drive • Mukilteo, WA 98275

(425) 493-1100 • FAX (425) 493-1715
TOLL FREE (866) 637-5296

BILL TO:

Leede Fund
C/o Bank of America RES
WA1-501-15-08
P.O. Box 34029
Seattle, WA 98124

## INVOICE

| DATE | INVOICE NO. |
|---|---|
| 8/1/2009 | 41474 |

| P.O. NUMBER | TERMS | PROJECT |
|---|---|---|
| | Net 30 | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| Contract Services | August 2009 landscape maintenance per contract | 260.00 | 260.00 T |
| | Sales Tax | 9.50% | 24.70 |

6504/080
480 8/10/09

Please put invoice number on your check.

| TOTAL | $284.70 |
|---|---|

**EXHIBIT 17, p. 000079**

SHADED AREA MUST GRADUALLY CHANGE FROM BLUE AT TOP TO GREEN AT BOTTOM

QWEST CORPORATION
1801 CALIFORNIA ST, RM 3750 DENVER
DENVER, CO 80321

Qwest
Spirit of Service

**Pay Exactly** ***Fifty-One Dollars and 18 Cents***

Date
09/17/2009

Net Amount
USD
$******51.18

TO THE
ORDER
OF

BANK OF AMERICA NA
PO BOX 34029
SEATTLE WA 98124

SEP
2009

WACHOVIA BANK, N.A.

Qwest
Spirit of Service
Authorized Signature

⑈4501022341⑈ ⑆053101561⑆207990U554436⑈

ACTION _ X=EXIT          END - NO MORE RECORDS

T9PR _____ __ AC 1623727 AS _____ NA 050000 B 73 R 90 O 093 _____ TH _____
K1 _____ K2 _____ ID

09/28/09     SCREEN IS INQUIRY ONLY   CASH RECEIPT INQUIRY          12:29:37
                    ACCOUNT NAME: WA R/E OPERATING HOUSE ACCT
                    ASSET NAME: 406 EVANS BLACK DR

| | | | TRAN | TRAN | TAX | STD | PAYOR | | PROD | CROP |
|---|---|---|---|---|---|---|---|---|---|---|
| BK | RG | OFF | ACCOUNT | ASSET | CODE | MMDDYY | CODE | DESC | TYP NO | CD | YR |
| 73 | 90 | 093 | 8444375 | 996504080 | 071 | 092809 | 165 | 998 | 90 | 9302 | 998 | 09 |

                              TRANSFER     DISB/HSE    CHECK SENT    SAME DAY
          CASH     WIRE, OR FROM DDA, OR OFFSET, OR OVERNIGHT, OR CHECK DEPOSIT
          51.18                                                          X
     CHECK AMOUNT    OFFSET INFORMATION              BKOFAMERICA ABA #  BKOFAMERICA DDA #
          51.18     CK#4501022341
PAYOR NAME                              DESCRIPTION
QWEST                                   REFUND CREDIT BALANCE
ADDITIONAL TAX DATA                     PHONE SERVICE CANCELLED
___ _____ ___ _____   406 EVANS BLACK DR
___ _____ ___ _____   TUKWILA WA 98188
___ _____ ___ _____   KING COUNTY

WIRE INFORMATION:
PREPARED BY WOOD, PATRICIA A      DATE 09 / 28 / 09   PHONE ( 206 ) 358 - 3068
ACTION S S=SKIP, X=EXIT

# Qwest
*Spirit of Service*



003985   RKDK1T1A
BANK OF AMERICA NA
PO BOX 34029
SEATTLE WA 98124



**Check Date:** 09/17/2009

*Leede
6504080*

**PAYEE NAME:** BANK OF AMERICA NA

| ACCOUNT NUMBER | DATE | REFUND AMOUNT | REFERENCE NUMBER |
|---|---|---|---|
| 2064312794-00585 | 09/10/09 | $51.18 | 0000000000 |
| **TOTAL** | | $51.18 | |

FOR QUESTIONS ABOUT THE ABOVE ACCOUNT, PLEASE CALL QWEST CUSTOMER SERVICE
AT ONE OF THE FOLLOWING NUMBERS:

| | |
|---|---|
| RESIDENTIAL: | 1-800-244-1111 |
| SMALL BUSINESS: | 1-800-603-6000 |
| LARGE BUSINESS: | 1-800-777-9594 |
| FEDERAL: | 1-800-878-1923 |
| GOVERNMENT & EDUCATION: | 1-800-777-9594 |

 Qwest.
*Spirit of Service®*

 

**BANK OF AMERICA NA**
**Bill Date:** Sep 9, 2009
**Account No:** 206-431-2794F 636B

**Visit qwest.com**

| Balance Forward | New Charges | Total Amount Due | Due Date for New Charges |
|---|---|---|---|
| $.00 | $51.18ₙ | $51.18ₙ | Do Not Pay |

## Account Summary

### Closing Statement

| | | | |
|---|---|---|---|
| **Previous Balance** | | | |
| Charges | Aug 29 | | 67.23 |
| Payment | | *Thank you for your payment.* | 67.23ₙ |
| **Balance Forward** | | | $.00 |
| **New Charges** | For questions, call: | Page | |
| Qwest | 1 800-863-1326 | 3 | 51.18ₙ |
| **Total New Charges** | | | |

003699 1/2

> Your communications needs are our top priority. Contact your Qwest dedicated business team to receive a FREE account review and information on tailored solutions for your business. Call 1 800-996-2506 or manage your account online by registering at www.qwest.com/myaccount. Thanks for choosing Qwest.

*Qwest, P O Box 91155, Seattle, WA 98111-9255*

---

*Please fold, tear here and return this portion with your payment.*

 Qwest.
*Spirit of Service®*

AT 01 003699 17598H 15 A**3DGT

BANK OF AMERICA NA
PO BOX 34029
SEATTLE WA 98124-1029

**Bill Date:** Sep 9, 2009
**Account No:** 206-431-2794F 636B

**New Charges:** $51.18ₙ
**TOTAL CREDIT:** $51.18ₙ

**NO PAYMENT IS REQUIRED.**

QWEST
P O BOX 91155
SEATTLE, WA 98111-9255

712064312794638510002090960000000000000051185

qwest.
Spirit of Service*
For questions, call 1 800 863-1328
Closing Statement

## New Charges

| | Qwest Local Services |
|---|---|
| **Taxes, Fees and Surcharges** | |
| City Occupation at 6.382% | 2.25% |
| Subtotal | $51.18% |
| **Total New Charges** | $51.18% |

## Qwest Local Services

### Monthly Charges

| | |
|---|---|
| Federal Universal Serv Fund at 14.2811% | 1.00% |
| *This charge recovers the amount Qwest contributes to the Federal Universal Service Fund. This fund helps keep local phone rates affordable for all Americans.* | |
| **Total Monthly Charges** | $1.00% |

### Service Additions & Changes

| Quantity | Description | Code | Item Rate | Amount |
|---|---|---|---|---|
| | Aug 26, 2009 Order Number D46158374 | | | |
| | Remove Service | | | |
| | 206 431-2794 | | | |
| 1 | Non-Published Service | NPU | .75%FSL | |
| 1 | Business Line | 1FB | 29.00%FSL | |
| 1 | Federal Access Charge | 9ZR | 6.84%FSL | |
| | | | 35.59% | |
| | 206 635-2187 | | | |
| 1 | Business Line | 1FB | 29.00%FSL | |
| 1 | Federal Access Charge | 9ZR | 6.84%FSL | |
| | | | 34.84% | |
| | Partial Month's Credit for 18 Days on Total of $70.43 from Aug 28 to Sep 16 | | | -42.26 |
| | **Total Service Additions and Changes** | | | $42.25% |

*continued on back* ⤵



# INVOICE

**Earthworks**
LANDSCAPE SERVICES, INC.

| DATE | INVOICE NO. |
|---|---|
| 9/1/2009 | 42045 |

BILL TO:
Lloyd David
C/o Bank of America RES
WA1-501-13-08
P.O. Box 34077
Seattle, WA 98124

| P.O. NUMBER | TERMS | PROJECT |
|---|---|---|
| | Net 30 | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| Contract Services | September 2009 landscape maintenance per contract | 270.00 | 270.00T |
| | Sales Tax | 9.50% | 25.65 |

6504080
480
9/8/09

Please put invoice number on your check.

| | TOTAL |
|---|---|
| | $295.65 |



# INVOICE

| | DATE | INVOICE NO. |
|---|---|---|
| | 1/2009 | 5-182 |

**BILL TO:**

Code Point
c/o Bank of America NTS
01A1-501-06-08
P.O. Box 11020
Seattle, WA 98104

| P.O. NUMBER | TERMS | PROJECT |
|---|---|---|
| | Net 30 | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| Contract Services | January 2009 landscape maintenance per contract | 260.00 | 260.00T |
| | Sales Tax | 9.00% | 23.40 |

not rec'd

6504080
480
9b1109

| | TOTAL | $283.40 |
|---|---|---|
| Please put invoice number on your check. | | |

EXHIBIT 18, p. 000085

**TRAVELERS**

07353 -L2

TRAVELERS SERVICE CENTER
P.O. BOX 1515
SPOKANE, WA 99210-1515

## Account Bill

Account No.    3119W6129

Date of This Bill 09/04/09

TOTAL BALANCE
$2,468.00

MINIMUM DUE
$2,468.00

CP 01 6640 6664OLKO 09246 07353 P1

CS & JH LEEDE, LLC
9539 NE 1ST ST.
BELLEVUE    WA  98004

PAYMENT MUST BE RECEIVED BY:

SEPTEMBER 24, 2009

---

### ACCOUNT BILLING SUMMARY

| POLICY | TYPE | POLICY PERIOD | MIN. DUE | BALANCE |
|---|---|---|---|---|
| 6729L566 680 | Commercial Package | 09/24/09 To 09/24/10 | $2,033.00 | $2,033.00 |
| 7881Y569 CUP | Umbrella Policy | 09/24/09 To 09/24/10 | 435.00 | 435.00 |
| TOTAL BALANCE | | | $2,468.00 | $2,468.00 |

---

### TRANSACTIONS SINCE LAST STATEMENT

| | | |
|---|---|---|
| Total Transactions (See Transaction Detail Section) | | +2,468.00 |
| TOTAL BALANCE | | $2,468.00 |

### TRANSACTION DETAIL

POLICY NUMBER 6729L566 680    Commercial Package
   09/24/09    Renewal                                       2,033.00

POLICY NUMBER 7881Y569 CUP    Umbrella Policy
   09/24/09    Renewal                                         435.00

TOTAL TRANSACTIONS                                          $2,468.00
CONTINUED ON NEXT PAGE

*OK to pay* [handwritten]

Please detach the payment coupon and mail with your payment in the enclosed envelope to:
TRAVELERS, CL REMITTANCE CENTER, HARTFORD, CT 06183-1008

648042H   2009247  6937  700 05V683

---

### Payment Coupon    *Make checks payable to:* TRAVELERS

KIBBLE & PRENTICE
CS & JH LEEDE, LLC

3119W6129

Include Account Number on the check.

☐ Change of Address?
Place an "X" here.
Print changes on reverse side.

| TOTAL BALANCE | $2,468.00 |
|---|---|
| MINIMUM DUE | $2,468.00 |

PAYMENT MUST BE RECEIVED BY
SEPTEMBER 24, 2009

AMOUNT ENCLOSED

TRAVELERS
CL REMITTANCE CENTER
HARTFORD, CT 06183-1008

993331313923363132394039393939050002468000002468000020

EXHIBIT 18, p. 000086

```
TA21 _____ ___  AC 1172766 AS 996298162 NA _____  B 73 R 01 O 100 091609 TH _____
K1 000010              K2 _____              TRAN CODE TC__ ID

                    - TRANSACTIONS HISTORY DETAIL -
                      IM CS & JH LEEDE LLC
   HISTORY       ASSET    TC TAX STD   POST DT   TRANS DT   SS        CHECK
 40070 00001              86 305 999   09/16/09  09/16/09           15324828
  PAYEE    BENE   PMT
 00 9998   0001  30
           CASH              UNITS        INVEST         RATE
         2,468.00-            .000          .00         .00000000




 BATCH             - - - - - - DESCRIPTION - - - - - - -
  104              TRAVELERS
                   A/C# 3119W6129
                   POLICY# 6729L566 680 COMMERCIAL PKG
                   POLICY# 7881Y569 CUP UMBRELLA RENEWALS
                   FOR PERIOD 9/24/2009 TO 09/24/2010
                   CS & JH LEEDE LLC
```

# ACORD EVIDENCE OF PROPERTY INSURANCE

DATE (MM/DD/YY)
08/19/2009

THIS IS EVIDENCE THAT INSURANCE AS IDENTIFIED BELOW HAS BEEN ISSUED, IS IN FORCE, AND CONVEYS ALL THE RIGHTS AND PRIVILEGES AFFORDED UNDER THE POLICY.

| PRODUCER PHONE (A/C, No, Ext): (888) 661-3938 | COMPANY |
|---|---|
| KIBBLE & PRENTICE PO BOX 370 SEATTLE, WA 98111 | TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA ONE TOWER SQUARE HARTFORD, CT 06183 |

| CODE: SV683 | SUB CODE: 882 | |
|---|---|---|

AGENCY CUSTOMER ID #: 3119W6129

| INSURED | LOAN NUMBER | POLICY NUMBER |
|---|---|---|
| CS & JH LEEDE, LLC 9539 NE 1ST ST. BELLEVUE, WA 98004 | | 680-6729L566-09 |

| EFFECTIVE DATE | EXPIRATION DATE | CONTINUED UNTIL TERMINATED IF CHECKED |
|---|---|---|
| 09/24/2009 | 09/24/2010 | |

THIS REPLACES PRIOR EVIDENCE DATED:

## PROPERTY INFORMATION

LOCATION/DESCRIPTION
406 EVANS BLACK DR.
TUKWILA, WA 98188

## COVERAGE INFORMATION

| COVERAGE/PERILS/FORMS | AMOUNT OF INSURANCE | DEDUCTIBLE |
|---|---|---|
| BUILDING - SPECIAL | $2,163,200 | $5,000 |

## REMARKS (Including Special Conditions)

IN THE EVENT OF NON-PAYMENT OF PREMIUM, ONLY TEN(10) DAYS NOTICE OF CANCELLATION SHALL BE GIVEN.

## CANCELLATION

THE POLICY IS SUBJECT TO THE PREMIUMS, FORMS, AND RULES IN EFFECT FOR EACH POLICY PERIOD. SHOULD THE POLICY BE TERMINATED, THE COMPANY WILL GIVE THE ADDITIONAL INTEREST IDENTIFIED BELOW 30 DAYS WRITTEN NOTICE, AND WILL SEND NOTIFICATION OF ANY CHANGES TO THE POLICY THAT WOULD AFFECT THAT INTEREST, IN ACCORDANCE WITH THE POLICY PROVISIONS OR AS REQUIRED BY LAW.

## ADDITIONAL INTEREST

| NAME AND ADDRESS | | |
|---|---|---|
| BANK OF AMERICA, N.A. PO BOX 34029 SEATTLE, WA 98124 | MORTGAGEE [X] LOSS PAYEE LOAN # | ADDITIONAL INSURED |

AUTHORIZED REPRESENTATIVE

ACORD 27 (3/93)

© ACORD CORPORATION 1993

EXHIBIT 18, p. 000088

# ACORD. CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YYYY)** 08/19/2009

**PRODUCER**

KIBBLE & PRENTICE
PO BOX 370
SEATTLE, WA 98111
(888) 661-3938

SV683          882

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.

**INSURED**

CS & JH LEEDE, LLC
9639 NE 1ST ST.
BELLEVUE, WA 98004

5/30/09

## INSURERS AFFORDING COVERAGE

| | NAIC # |
|---|---|
| INSURER A: TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA | |
| INSURER B: THE TRAVELERS INDEMNITY COMPANY | |
| INSURER C: | |
| INSURER D: | |
| INSURER E: | |

## COVERAGES

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | ADD'L INSRD | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|---|
| A | X | **GENERAL LIABILITY** | 680-6729L566-09 | 09/24/2009 | 09/24/2010 | EACH OCCURRENCE | $1,000,000 |
| | | X COMMERCIAL GENERAL LIABILITY | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $300,000 |
| | | CLAIMS MADE X OCCUR | | | | MED EXP (Any one person) | $5,000 |
| | | X HIRED AUTO | | | | PERSONAL & ADV INJURY | $1,000,000 |
| | | X NON-OWNED AUTO | | | | GENERAL AGGREGATE | $2,000,000 |
| | | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | PRODUCTS - COMP/OP AGG | $2,000,000 |
| | | X POLICY PRO-JECT LOC | | | | | |
| | | **AUTOMOBILE LIABILITY** | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | ANY AUTO | | | | | |
| | | ALL OWNED AUTOS | | | | BODILY INJURY (Per person) | $ |
| | | SCHEDULED AUTOS | | | | | |
| | | HIRED AUTOS | | | | BODILY INJURY (Per accident) | $ |
| | | NON-OWNED AUTOS | | | | | |
| | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | **GARAGE LIABILITY** | | | | AUTO ONLY - EA ACCIDENT | $ |
| | | ANY AUTO | | | | OTHER THAN EA ACC | $ |
| | | | | | | AUTO ONLY: AGG | $ |
| B | | **EXCESS/UMBRELLA LIABILITY** | CUP-7881Y569-09 | 09/24/2009 | 09/24/2010 | EACH OCCURRENCE | $1,000,000 |
| | | X OCCUR CLAIMS MADE | | | | AGGREGATE | $1,000,000 |
| | | | | | | | $ |
| | | DEDUCTIBLE | | | | | $ |
| | | X RETENTION $5,000 | | | | | $ |
| | | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** | | | | WC STATU- TORY LIMITS / OTHER | |
| | | ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? | | | | E.L. EACH ACCIDENT | $ |
| | | If yes, describe under SPECIAL PROVISIONS below | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| | | **OTHER** | | | | | |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES / EXCLUSIONS ADDED BY ENDORSEMENT / SPECIAL PROVISIONS**

IN THE EVENT OF NON-PAYMENT OF PREMIUM, ONLY TEN(10) DAYS NOTICE OF CANCELLATION SHALL BE GIVEN. RESPECTS TO GENERAL LIABILITY, CERTIFICATE HOLDER IS ADDITIONAL INSURED - MORTGAGEE/ASSIGNEE/SUCCESSOR/RECEIVER, CG D3 25 FOR LOCATION AT 406 EVANS BLACK DR. TUKWILA, WA 98188

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| BANK OF AMERICA N.A. PO BOX 34029 SEATTLE, WA 98124 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL 30 DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES. AUTHORIZED REPRESENTATIVE |

**ACORD 25 (2001/08)**                © ACORD CORPORATION 1988

# CITYWIDE LOCKSMITH & HANDYMAN SERVICE
### 11234 Tukwila International Blvd
### TUKWILA, WA 98168
### 206-363-0122 • 425-226-2207 • 206-248-0032

| NAME | John Mangeson | | DATE | 9/4/09 |
|---|---|---|---|---|
| ADDRESS | 800 5th AVE, 15th Floor PO Box 34029 | | | 358 3417 |
| | Seattle Wa 98124 | | BUS. PHONE | |
| LOCATION | 405 Evans Black Dr. | | | |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | Trip fee | | 55 00 |
| 2 | Rekeyed | | 45 00 |
| 1 | Key | | 2 00 |
| | Not | | |
| | | 6504080 | |
| | | 460 | 9/8/09 am |

CUSTOMER'S SIGNATURE  X

**AUTHORIZATION FOR SECURITY/EMERGENCY SERVICES**
I hereby certify that I have the authority to order the lock, key or security work designated above. Further, I agree to absolve the locksmith who bears this authorization from any and all claims arising from the performance of such work.

| | | |
|---|---|---|
| SIGNATURE | | DATE |
| ADDRESS | | |

**IF AUTOMOBILE**

| YEAR | MAKE | LICENSE/SERIAL NUMBER |
|---|---|---|

| | |
|---|---|
| TOTAL MATERIALS | |
| TOTAL LABOR | |
| SERVICE CHG. / TRIP CHG. | |
| SUBTOTAL | 102 00 |
| TAX | 9 67 |
| TOTAL | 111 67 |

## 0201066

# WORK ORDER INVOICE

LWOOD-245-3
PRINTED IN U.S.A.

# ASSOCIATED ROOFING™ INC

ASSOCRI16206

P.O. BOX 82894

Kenmore, WA 98028

Voice: 206-364-4445

Fax: 206-368-2303

*OCT 2009* (handwritten)

## INVOICE

Invoice Number: 09-10-52830

Invoice Date: Oct 27, 2009

| Customer | Job Name |
|---|---|
| Bank of America<br>P.O. Box 34029<br>Seattle, WA 98124 | Castle's Megastore<br>406 Evans Black Drive<br>Tukwila, WA |

| Customer ID | Associated Work Order # | Payment Terms | |
|---|---|---|---|
| Bank of America | 608 | Net 15 Days | |
| Sales Rep ID | Warranty | Completion date | Due Date |
| | n/a | 10/22/09 | 11/11/09 |

| Description | Amount |
|---|---|
| October roof maintenance completed. | 375.00 |

*6504080 406 9022 10/28/09* (handwritten)

We accept Master Card and Visa for your convenience!
Thank you for your business.

206-358-8918/nancys

206-358-3864

Check/Credit Memo No:

| | |
|---|---|
| Subtotal | 375.00 |
| Sales Tax | 35.63 |
| Total Invoice | 410.63 |
| Payment/Credit Applied | |
| TOTAL | 410.63 |

**PLEASE PAY FROM THIS INVOICE INCLUDING SALES TAX - NO STATEMENT WILL BE SENT. THANK YOU**



**Earthworks**
LANDSCAPE SERVICES, INC.

12516 Evergreen Drive • Mukilteo, WA 98275

(425) 493-1100 • FAX (425) 493-1715
TOLL FREE (866) 637-5296

**INVOICE**

| DATE | INVOICE NO. |
|------|-------------|
| 10/1/2009 | 42476 |

BILL TO:

Leede Fund
C/o Bank of America RES
WA1-501-15-08
P.O. Box 34029
Seattle, WA 98124

| P.O. NUMBER | TERMS | PROJECT |
|-------------|-------|---------|
| | Net 30 | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| Contract Services | October 2009 landscape maintenance per contract | 270.00 | 270.00 T |
| | Sales Tax | 9.50% | 25.65 |

650 4080
480
10/9/0   200

Please put invoice number on your check.

| TOTAL | $295.65 |
|-------|---------|

EXHIBIT 19, p. 000092



SEE REVERSE SIDE

PROPERTY TAX
ACCOUNT NUMBER    HP19

022310-0036-07
212600

2009 KING COUNTY, WA REAL ESTATE TAX
PAY TO: 500 FOURTH AVE, SEATTLE WA 98104-2387

1 EP

THIS

PORTION

**CURRENT TAX DISTRIBUTION**

| | |
|---|---|
| School | 3,543.19 |
| Local School Support | 7,744.90 |
| County | 1,284.18 |
| City | |
| Unincorporated Area's $ | |
| Port | 355.62 |
| Fire | |
| Hospital | 850.99 |
| Library | 713.60 |
| LID | |
| Flow | |
| Emergency Med Svc | 494.71 |
| Ferry | 90.59 |
| Flood Control | 164.68 |

**CURRENT BILLING INFORMATION**

| | |
|---|---|
| Land Value | 804.000 |
| Improvements | 1,001.200 |
| Total Assessed Value | 1,805.200 |
| TAXABLE VALUE | 1,805.200 |
| Levy Rate | 11.042923 |
| General Tax | 19,932.23 |
| *Other Charges | 2.14 |
| TOTAL CURRENT BILLING | 19,935.14 |
| Omitted Taxes | |
| Omitted Current Billing | |
| INCLUDING DETAILS | 19,935.14 |
| VOTER APPROVED | 8,507.15 |

BRING ALL PARTS WHEN PAYING IN PERSON

620040080

*OTHER CHARGES
NOX WEED          2.25          KING CD          9.98

720966

First half must be paid or postmarked
by April 30 or FULL AMOUNT
BECOMES DELINQUENT and accrues
interest and penalty as prescribed by
law. If first half paid by April 30,
second half must be paid by October
31 or it becomes delinquent and
accrues interest and penalty

FULL AMOUNT MAY BE
PAID APRIL 30th

| DELINQUENCY INFORMATION | | |
|---|---|---|
| YEAR | *INTEREST *PENALTY | PRINCIPAL |
| | | |

98124

DELINQUENT TOTAL

GRAND TOTAL          19,935.14

--- BANK OF AMERICA
--- WA1-501-15-08
    PO BOX 34009/LEEDE
    SEATTLE WA

| LOT | BLOCK | CODE | SEC | TWP | RG |
|---|---|---|---|---|---|
| | 2390 | | | | |

ANDOVER INDUSTRIAL PARK #3
S 200 FT N 210 FT OF W 201 FT
OF E 376 FT

PROPERTY ADDRESS 406 EVANS BLACK DR

2nd Half 9967.57 pd 10/5/09

EXHIBIT 19, p. 000093

The Energy To Do Great Things
Page     of 3

**STATEMENT SUMMARY AS OF OCT 26, 2009**

Account No.     028-811-410-7

| | Account Balance |
|---|---|
| Balance as of last billing | $.00 |
| Balance Forward | $.00 |
| Current Charges | $490.86 |
| CURRENT TOTAL AS OF OCT 26, 2009 | $490.86 |

NOV 2009

Statement Due Date Nov 13, 2009     AMOUNT DUE THIS STATEMENT     $490.86

Your natural gas bill this month reflects a Washington Utilities and Transportation Commission approved Oct. 1 rate decrease averaging 17 percent, overall. The rate change is a pass-through of lower wholesale prices Puget Sound Energy pays to purchase your natural gas supplies. Your bill also reflects a UTC approved Oct. 1 slight increase in the monthly charge PSE customers pay into an energy-assistance fund for low-income households.

Your bill this month reflects a Washington Utilities and Transportation Commission approved Oct. 1 slight increase in the monthly charge PSE customers pay into an energy-assistance fund for low-income households.

65 04080
430      Et6   10/30/09
9244            jw

For information, emergencies, to report an outage or for changes to your account, please call 1-888-225-5773.

When paying in person, please present both portions.  When mailing remittance, please mail to Puget Sound Energy, BOT-01H, P.O. Box 91269, Bellevue, WA 98009-9269



## Electric Detail:   408 EVANS BLACK DR, TUKWILA

| Rate/ Dates | Meter Number | Pres. Read | Prev. Read | Pres. Date | Prev. Date | Mult | KWH (Usage) | Bill Demand | KVAR Hours | Code | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 24E-C | 2006070817 | 05214 | 05161 | 08/26 | 07/27 | 40 | 1320 | | | ACTL | |
| 24E-C | 2006070817 | 05249 | 05214 | 09/24 | 08/26 | 40 | 1400 | | | ACTL | |
| 24E-C | 2006070817 | 05267 | 05249 | 10/23 | 09/24 | 40 | 720 | | | ACTL | |

| | | Amount |
|---|---|---|
| 07/28/09-08/25/09 | Basic Charge | $25.50 |
| 07/28/09-08/25/09 | Energy Charge | $112.22 |
| 07/28/09-08/25/09 | Electric Conservation Program Charge | 1,320 KWHS @ $.085043 Per KWH | $3.19 |
| 07/28/09-08/25/09 | Power Cost Adjustment | 1,320 KWHS @ $.002417 Per KWH | $.00 |
| 07/28/09-08/25/09 | Wind Power Production Credit | 1,320 KWHS @ $.00 Per KWH | $2.02CR |
| 07/28/09-08/25/09 | Merger Credit | 1,320 KWHS @ $.001534CR Per KWH | $.45CR |
| 07/28/09-08/25/09 | Effect Of Tukwila City Tax | 1,320 KWHS @ $.000342CR Per KWH | $9.10 |
| | | $136.44 @ $.0667 Per Dollar |
| | **Charge Total** | **$145.54** |
| 08/26/09-09/24/09 | Basic Charge | $23.50 |
| 08/26/09-09/24/09 | Energy Charge | $119.02 |
| 08/26/09-09/24/09 | Electric Conservation Program Charge | 1,400 KWHS @ $.085043 Per KWH | $3.38 |
| 08/26/09-09/24/09 | Power Cost Adjustment | 1,400 KWHS @ $.002417 Per KWH | $.00 |
| 08/26/09-09/24/09 | Wind Power Production Credit | 1,400 KWHS @ $.00 Per KWH | $2.15CR |
| 08/26/09-09/24/09 | Merger Credit | 1,400 KWHS @ $.001534CR Per KWH | $.48CR |
| 08/26/09-09/24/09 | Effect Of Tukwila City Tax | 1,400 KWHS @ $.000342CR Per KWH | $9.56 |
| | | $143.27 @ $.0667 Per Dollar |
| | **Charge Total** | **$152.83** |
| 09/25/09-09/30/09 | Basic Charge | $4.86 |
| 09/25/09-09/30/09 | Energy Charge | $12.66 |
| 09/25/09-09/30/09 | Electric Conservation Program Charge | 148.97 KWHS @ $.085043 Per KWH | $.36 |
| 09/25/09-09/30/09 | Power Cost Adjustment | 148.97 KWHS @ $.002417 Per KWH | $.00 |
| 09/25/09-09/30/09 | Wind Power Production Credit | 148.97 KWHS @ $.00 Per KWH | $.20CR |
| 09/25/09-09/30/09 | Merger Credit | 148.97 KWHS @ $.001534CR Per KWH | $.05CR |
| 09/25/09-09/30/09 | Effect Of Tukwila City Tax | 148.97 KWHS @ $.000342CR Per KWH | $1.17 |
| | | $17.60 @ $.0667 Per Dollar |
| | **Charge Total** | **$18.77** |
| 10/01/09-10/23/09 | Basic Charge | $18.84 |
| 10/01/09-10/23/09 | Energy Charge | $50.25 |
| 10/01/09-10/23/09 | Electric Conservation Program Charge | 571.03 KWHS @ $.087994 Per KWH | $1.38 |
| 10/01/09-10/23/09 | Power Cost Adjustment | 571.03 KWHS @ $.00 Per KWH | $.00 |
| 10/01/09-10/23/09 | Wind Power Production Credit | 571.03 KWHS @ $.001534CR Per KWH | $.88CR |
| 10/01/09-10/23/09 | Merger Credit | 571.03 KWHS @ $.000342CR Per KWH | $.20CR |
| 10/01/09-10/23/09 | Effect Of Tukwila City Tax | $69.19 @ $.0667 Per Dollar | $4.61 |
| | **Charge Total** | **$73.80** |
| | **Current Electricity Charges** | **$390.94** |

On October 01, 2009, a rate change became effective. Your usage charges for the periods before and after this date were calculated separately and are shown in separate sections, since these periods were billed at different rates.

| Copies of the rate schedules are available upon request. |

A late fee of 1% will apply to overdue charges, if any. Please see the reverse side for details on late payment charges.

A 3.873% state utility tax is included in electric rates charged.

| Description of One-Time Charges | Reference # | Amount |
|---|---|---|
| Billing Initiation Charge | 239114172332 | $1.40 |
| **Total of One-Time Charges** | | **$1.40** |



| ENERGY USAGE COMPARISON | |
|---|---|
| For Bill Period | This Year |
| Sep-Oct | |
| No. of days | 29 |
| KWH use | 720 |
| Avg. KWH use per day | 24.8 |
| Avg. temp. per day | 52F |

For information, emergencies, to report an outage or for changes to your account, please call 1-888-225-5773.

## Gas Detail:    406 EVANS BLACK DR. TUKWILA

| Rate/Class | Meter Number | Pres Read | Prev Read | Pres Date | Prev Date | CCF | BTU Factor | Therms (Usage) | Price per Therm | Code | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 31G-C | 000953251 | 21166 | 21166 | 08/28 | 07/27 | 0 | | | | ACTL | |
| 31G-C | 000953251 | 21166 | 21166 | 09/24 | 08/25 | 0 | | | | ACTL | |
| 31G-C | 000953251 | 21159 | 21159 | 10/23 | 09/24 | 1 @ | 1.0484 | 1.05 | | ACTL | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/28/09 08/25/09 Basic Charge | | | | | | | | | | | $30.00 |
| 07/28/09 08/25/09 Delivery Charge | | | | | | | | | | | $.00 |
| 07/28/09 08/25/09 Effect Of Tukwila City Tax | | | | | | | $30.00 @ $.0667 Per Dollar | | | | $2.00 |
| | | | | | | | | | Charge Total | | $32.00 |
| 08/26/09 09/24/09 Basic Charge | | | | | | | | | | | $30.00 |
| 08/26/09 09/24/09 Delivery Charge | | | | | | | | | | | $.00 |
| 08/26/09 09/24/09 Effect Of Tukwila City Tax | | | | | | | $30.00 @ $.0667 Per Dollar | | | | $2.00 |
| | | | | | | | | | Charge Total | | $32.00 |
| 09/25/09 09/30/09 Basic Charge | | | | | | | | | | | $6.21 |
| 09/25/09 09/30/09 Delivery Charge | | | | | | | .22 Therms @ $.2958 Per Therm | | | | $.06 |
| 09/25/09 09/30/09 Cost of Gas | | | | | | | .22 Therms @ $.8682 Per Therm | | | | $.19 |
| 09/25/09 09/30/09 Gas Conservation Program Charge | | | | | | | .22 Therms @ $.01447 Per Therm | | | | $.00 |
| 09/25/09 09/30/09 Merger Rate Credit | | | | | | | .22 Therms @ $.00456CR Per Therm | | | | $.00 |
| 09/25/09 09/30/09 Effect Of Tukwila City Tax | | | | | | | $6.46 @ $.0667 Per Dollar | | | | $.43 |
| | | | | | | | | | Charge Total | | $6.89 |
| 10/01/09 10/23/09 Basic Charge | | | | | | | | | | | $23.79 |
| 10/01/09 10/23/09 Delivery Charge | | | | | | | .83 Therms @ $.2963 Per Therm | | | | $.25 |
| 10/01/09 10/23/09 Cost of Gas | | | | | | | .83 Therms @ $.6491 Per Therm | | | | $.54 |
| 10/01/09 10/23/09 Gas Conservation Program Charge | | | | | | | .83 Therms @ $.01447 Per Therm | | | | $.01 |
| 10/01/09 10/23/09 Merger Rate Credit | | | | | | | .83 Therms @ $.00456CR Per Therm | | | | $.00 |
| 10/01/09 10/23/09 Effect Of Tukwila City Tax | | | | | | | $24.59 @ $.0667 Per Dollar | | | | $1.64 |
| | | | | | | | | | Charge Total | | $26.23 |

**Current Gas Charges**     **$97.12**

On October 01, 2009, a rate change became effective. Your usage charges for the periods before and after this date were calculated separately and are shown in separate sections, since these periods were billed at different rates.

Copies of the rate schedules are available upon request.

A late fee of 1% will apply to overdue charges, if any. Please see the reverse side for details on late payment charges.

A 3.852% state utility tax is included in gas rates charged.

### Description of One-Time Charges

| | Reference # | Amount |
|---|---|---|
| Billing Initiation Charge | 239114189921 | $1.40 |
| **Total of One-Time Charges** | | **$1.40** |



| ENERGY USAGE COMPARISON | |
|---|---|
| For Bill Period | This Year |
| Sep-Oct | |
| No. of days | 29 |
| THRM use | 1 |
| Avg. THRM use per day | |
| Avg. temp. per day | 52F |

Your bill contains a billing initiation charge as filed with the Washington Utilities and Transportation Commission. The charge covers the cost associated with establishing new service or with a change of service responsibility.

002435

For information, emergencies, to report an outage or for changes to your account, please call 1-888-225-5773.

EXHIBIT 20, p. 000096



Address: 405 EVANS BLACK DR TUKWILA, WA 98188

| Account Number | Billing Date | Due Date | Previous Balance | Payments | Current Activity | Amount Due |
|---|---|---|---|---|---|---|
| 08-0460-0000 | 10/31/2009 | Upon Receipt | 0.00 | 0.00 | 350.16 | 350.16 |

| Date | Service Description | | Charge | Amount |
|---|---|---|---|---|
| | Account #: 08-0460-0000 | Service Location: 405 EVANS BLACK DR | | |
| | Water - Water 1Inch | | 25.00 | |
| | Sewer - Commercial/Industrial Sewer | | 20.37 | |
| | Metro - Metro C/I and Multi Fam | | 31.90 | |
| | Fireline - Fireline 8 Inch | | 96.60 | |
| 10/31/2009 | Billing | | | 176.89 |
| | Water - Water 1Inch | | 28.62 | |
| | Sewer - Commercial/Industrial Sewer | | 20.37 | |
| | Metro - Metro C/I and Multi Fam | | 31.90 | |
| | Fireline - Fireline 8 Inch | | 96.00 | |

6504080
408 11/3/09

| | Due Date: | Amount Due: | 350.16 |
|---|---|---|---|

| Meter # | Prev Date | Prev Read 1 | Prev Read 2 | Curr Date | Curr Read 1 | Curr Read 2 | Totals Cons |
|---|---|---|---|---|---|---|---|
| 19539799 | 9/16/09 | 650 | 0 | 10/19/09 | 651 | 0 | 1 |

| Consumption Comparison | | | |
|---|---|---|---|
| | This Period | Same period last year | Change |
| Consumption | 1 | 0 | 1 |

WE ARE NOW ACCEPTING PAYMENTS ONLINE AT https://secure.ci.tukwila.wa.us/ OR www.ci.tukwila.wa.us
CLICK THE LINK ON MAIN PAGE OR GO TO FINANCE DEPARTMENT, UTILITIES, HOW TO PAY YOUR BILL AND THEN CLICK ON THE
BOLDED CITY OF TUKWILA ONLINE UTILITIES SERVICE.
IF YOU ARE EXPERIENCING DIFFICULTIES LOGGING ON PLEASE CALL 206-433-1849 DURING BUSINESS HOURS.
@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@
WE ARE STILL ACCEPTING VISA & MASTERCARD PAYMENTS IN PERSON OR OVER THE PHONE(No Fee).
WE ARE ALSO TAKING VISA AND MASTERCARD PAYMENTS VIA THE REMITTANCE STUB
PLEASE CALL 206-433-1835 TO MAKE PHONE PAYMENTS

Remit To : City of Tukwila · PO Box 58424, Tukwila, WA 98138-1424 · PH: (206) 433-1849



# INVOICE

**Earthworks**
LANDSCAPE SERVICES, INC.
16612 Evergreen Drive • Monroe, WA 98272

(425) 385-1105 • FAX (425) 393-1213
TOLL FREE (866) 537-6295

DATE 11/1/2009

INVOICE NO. 4394

BILL TO:
Leeds Fund
C/o Bank of America (BS)
WA1-501-13-08
P.O. Box 34029
Seattle, WA 98124

| P.O. NUMBER | TERMS | PROJECT |
|---|---|---|
| | Net 30 | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| Contract Services | November 2009 landscape maintenance per contract | 270.00 | 270.00T |
| | Sales Tax | 9.50% | 25.65 |

6504080
480 11/12/09 pw

Please put invoice number on your check.

**TOTAL** $295.65

**Margeson, John T**

| | |
|---|---|
| From: | Chuck CDA [chuck@cda-group.net] |
| Sent: | Wednesday, November 04, 2009 3:11 PM |
| To: | Margeson, John T |
| Cc: | Frieberg, Barbara J |
| Subject: | Monthly Building Service - Pest Control |

Please pay to
Village Partners Southcenter, LLC
2756 NE 45th, Suite 104
Seattle 98105

Payment now $159
And Monthly payments of $48.

beg 12/1/09    65041080
                412    11/5/09

Thank you,
Chuck

1

EXHIBIT 20, p. 000099

**Margeson, John T**

| | |
|---|---|
| **From:** | Chuck CDA [chuck@cda-group.net] |
| **Sent:** | Thursday, November 12, 2009 11:23 AM |
| **To:** | Margeson, John T |
| **Cc:** | Frieberg, Barbara J |
| **Subject:** | Pest Maintenance |

Please issue/ revise:

We are paying Village Partners Southcenter, LLC (prior memo) for Pest Control – unfortunately their original quote did not include the sales tax....

They need a check for $19.67 for the tax on the initial treatment, and

Monthly checks –due on the 1st of the month, starting Dec 1 will be $52.26 (revised from $48 in the prior memo).

Thank you,
Chuck

6504080
1112
11/16/09

1

Co-Op Air Conditioning & Heating
6424 S. 143rd Pl.
Tukwila, WA 98168-4604

# Invoice

| Date | Invoice/Job # |
|------|---------------|
| 11/10/2009 | 7699S |

Bank of America Real Estate Services
WA1-501-15-08
P.O. Box 34029
Seattle WA 98124

**Job Location**
405 Evans Black Dr.
Tukwila WA 98188

| P.O. No. | Terms | Rep |
|----------|-------|-----|
| | Net 30 days | Al |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| Member | SCOPE OF WORK: CHECK OUT 4 REZNOR UNITS<br><br>--#1 REZNOR - HAD TO LIGHT PILOT - MUST ORDER LIMITS MOD-XL140-3 SERIAL# AMG31H3N42329 RETURN & INSTALL<br>--#2 REZNOR - REMOVED BOTTOM PANEL AND STRAIGHTENED, LOOKED LIKE IT WAS HIT BY A FORK LIFT, UNIT WORKING OK<br>--#3 REZNOR - LIT PILOT & INSTALLED NEW T-STAT, OLD T-STAT HAD NO NUMBER ON IT FOR SETTING TEMP - UNIT RUNNING OK<br>--#4 REZNOR - INSTALLED MISSING T-STAT AND LIT PILOT - UNIT RUNNING OK | 3 | 82.00 | 246.00T |
| Service-P... | TH31101008 PRO 3000 -T-STAT | 2 | 79.63 | 159.26T |
| Fuel Surc... | FUEL SURCHARGE | 1 | 6.00 | 6.00T |
| Rags, Scr... | RAGS, SCRUBS, ETC | 1 | 4.70 | 4.70T |

*6504080*
*420*
*11/23/09*

*Thank you for putting your trust in our company.*
*We appreciate your business!*

**PLEASE PAY FROM THIS INVOICE**
**NO STATEMENT WILL BE SENT**

| | |
|---|---|
| **Subtotal** | $415.96 |
| **Sales Tax (9.5%)** | $39.52 |
| **Total** | $455.48 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $455.48 |

*271.78*
*727.26*

| Office | E-mail Address |
|--------|----------------|
| 206-241-1535 | info@coachnw.net |

# Co-Op Air Conditioning & Heating
6424 S. 143rd Pl.
Tukwila, WA 98168-4604

# Invoice

| Date | Invoice/Job # |
|------|---------------|
| 11/11/2009 | 7700S |

Bank of America Real Estate Services
WA1-501-15-08
P.O. Box 34029
Seattle WA 98124

**Job Location**

| P.O. No. | Terms | Rep |
|----------|-------|-----|
|  | Net 30 days | Al |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| Member | SCOPE OF WORK: FOLLOW UP TO PREVIOUS DAY – SEE INVOICE #7699S<br>--PICKED UP PARTS AT PARTS HOUSE AND RETURNED TO JOB<br>--REMOVED FAN TO GET TO LIMIT SWITCHES<br>--AFTER I REMOVED FAN PROP I COULD SEE THAT UNIT HAS CRACKS IN THE HEAT EXCHANGER<br>--THIS UNIT STILL WANTS TO GO OFF ON LIMIT<br>--CHECKED MANIFOLD PRESSURE AND FOUND AT 4" WATER COLUMN, RESET TO 3.5 AS IT SHOULD BE<br>--UNIT STILL GOING OFF ON LIMIT, UNIT COOLS DOWN AND STARTS AGAIN, THIS COULD BE DUE TO CRACKS<br>--CHECKED OTHER THREE UNITS AND FOUND 2 WITH CRACKS IN HEAT EXCHANGERS<br>--N.E. UNIT, S.E. UNIT AND S.W. UNIT ALL HAVE HAIR LINE CRACKS, THE N.W. UNIT APPEARS TO BE OK<br>--ALL 4 UNITS SHOULD BE REPLACED | 2.5 | 82.00 | 205.00T |
| Service-P... | 082414 ECO DEVICE ONE TIME LIMIT | 1 | 20.00 | 20.00T |
| Service-P... | 045602 LIMIT CONTROL AUTO RESET | 1 | 12.50 | 12.50T |
| Fuel Surc... | FUEL SURCHARGE | 1 | 6.00 | 6.00T |
| Rags, Scr... | RAGS, SCRUBS, ETC | 1 | 4.70 | 4.70T |

*Thank you for putting your trust in our company.*
*We appreciate your business!*

**PLEASE PAY FROM THIS INVOICE**
**NO STATEMENT WILL BE SENT**

| Office<br>206-241-1535 | E-mail Address<br>info@coachnw.net |
|---|---|

| | |
|---|---|
| Subtotal | $248.20 |
| Sales Tax (9.5%) | $23.58 |
| Total | $271.78 |
| Payments/Credits | $0.00 |
| Balance Due | $271.78 |

DESK TOPS
STORE FRONTS
MIRRORS

**PERKINS GLASS & MIRROR CO. INC.**
MANUFACTURERS AND JOBBERS

PLATE GLASS
WINDOW GLASS
OBSCURE GLASS

DATE: *10-22-09*

1420 BROADWAY    SEATTLE, WASHINGTON 98122
TELEPHONE: (206) 322-2040

FAX: 322-7015

Proposal & Estimate

No:

Proposal Submitted To:                                    Work To Be Performed At: *Commercial Space*

Name: *Chuck Deland*                    Street: *405 Eanes Block Drive*

Street:                                    City: *Tukwila*                    State: *WA*

City:                    State:        Zip:

Telephone Number: *206 595 8091*                    Arch./Contractor:

We hereby propose to furnish all the materials and perform all the labor necessary for the completion of:

Cell #:

Fax #: *425-454-7408*                    Materials & Labor only as herein described:

*glass replacements - (1" overall - Low/E over clear insulated, annealed units.*
*Set in aluminum frames - 3 way thick set.*

*1- 46 x 70 1/4*
*3- 46 x 70 5/8*            *Labor + Materials $ 2350.ºº*
*2- 46 1/2 x 70 5/8*            *Sales Tax    223.²⁵*
*1- 32 3/4 x 70 7/16*                    *$ 2573.²⁵*

50% Deposit required without open account.
Balance due in full upon installation completion without an existing account.
Cash or Check only. NO Credit Cards accepted!

Please sign and return the white copy as acceptance of this proposal & terms.

X  *Chuck Deland*                                    Date *10/20/2009*

FOR THE NET SUM OF: _____        Dollars, $ *2573.²⁵*

Terms of payment: Upon established account status. Net 10th proximo, meaning the 10th of the month following date of invoice and not to exceed 30 days from date of billing. Maximum allowable interest on delinquent balances over 60 days. Otherwise, all quotes are COD upon completion only.

Any alteration or deviation from above specifications involving extra costs, will be executed only upon written orders, and will become an extra charge over and above the estimate.

Notice: Orders are accepted by this Company subject in every instance to delays resulting from Fires, Strikes, or other causes beyond its control. In the examples of ordinary prudence. No order for special goods will be cancelled after work has been commenced thereunder. In quoting prices delivered, freight only is guaranteed, and all other responsibility is disclaimed beyond the delivery of the goods to the transportation company in good order.

Respectfully submitted: *Pat Perkins*

This proposal may be withdrawn by us if not accepted within: *30* days.

## Margeson, John T

| | |
|---|---|
| **From:** | Chuck CDA [chuck@cda-group.net] |
| **Sent:** | Friday, October 30, 2009 5:40 PM |
| **To:** | Frieberg, Barbara J |
| **Cc:** | Margeson, John T |
| **Subject:** | Checks Needed |
| **Attachments:** | Perkins Glass 102209.PDF |

Barbara,

Would you issue CS&JH Leede, LLC checks as follows:

~~Perkins Glass & Mirror Co., 1420 Broadway, Seattle 98122, $1800.00, deposit on quote dated 10/22/09.~~
Would you also issue a second check to Perkins for ~~$700.29.~~

And

~~a reimbursement $7700.00~~

~~Both are expenses related to the building and design and to repair or enhance the Lake Castle Mansion~~

Please ~~mail the checks directly to Perkins with a copy of the estimate attached~~.

Thank you,
Chuck

6504080
425

11/2/09
pv

*send*
*1273.25*
*& 70 to Chuck*

1