

**STATEMENT SUMMARY AS OF NOV 24, 2009** Account No. 023-911-412-7

DEC
2009

| | Account Balance |
|---|---|
| Balance as of last billing | $490.86 |
| Thank you for your payment(s) | $490.86CR |
| Balance Forward | $.00 |
| Current Charges | $664.26 |
| CURRENT TOTAL AS OF NOV 24, 2009 | $664.26 |

Statement Due Date Dec 16, 2009 | AMOUNT DUE THIS STATEMENT | $664.26

**Electric Detail:** 406 EVANS BLACK DR, TUKWILA

| Rate/ Dates | Meter Number | Pres Read | Prev Read | Pres Date | Prev Date | Mult | KWH (Usage) | Bill Demand | KVAR Hours | Code | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 24E-C | Z006070617 | 05316 | 05267 | 11/23 | 10/23 | 40 | 1960 | | | ACTL | |

| Dates | Description | Calculation | Amount |
|---|---|---|---|
| 10/24/09 11/23/09 | Basic Charge | | $23.50 |
| 10/24/09 11/23/09 | Energy Charge | 1,960 KWHS @ $.087994 Per KWH | $172.47 |
| 10/24/09 11/23/09 | Electric Conservation Program Charge | 1,960 KWHS @ $.002417 Per KWH | $4.74 |
| 10/24/09 11/23/09 | Power Cost Adjustment | 1,960 KWHS @ $.00 Per KWH | $.00 |
| 10/24/09 11/23/09 | Wind Power Production Credit | 1,960 KWHS @ $.001534CR Per KWH | $3.01CR |
| 10/24/09 11/23/09 | Merger Credit | 1,960 KWHS @ $.000342CR Per KWH | $.67CR |
| 10/24/09 11/23/09 | Effect Of Tukwila City Tax | $197.03 @ $.0667 Per Dollar | $13.14 |
| | **Current Electricity Charges** | | **$210.17** |

A late fee of 1% will apply to overdue charges, if any. Please see the reverse side for details on late payment charges.

A 3.873% state utility tax is included in electric rates charged.

AVG KWH PER DAY
70
60
50
40
30
20
10
0
Aug Sep Oct Nov
2009
Months
2009
ENERGY USAGE COMPARISON
For Bill Period This Year
Oct-Nov
No. of days 31
KWH use 1960
Avg. KWH use per day 63.2
Avg. temp. per day 45F

For information, emergencies, to report an outage or for changes to your account, please call 1-888-225-5773.

When paying in person, please present both portions. When mailing remittance, please mail to Puget Sound Energy, BOT-01H, P.O. Box 91269, Bellevue, WA 98009-9269


Customer BANK OF AMERICA LEEDE TRUST

**Account No.** 023-911-412-7

**Gas Detail:** 406 EVANS BLACK DR, TUKWILA

| Rate/ Dates | Meter Number | Pres Read | Prev Read | Pres Date | Prev Date | CCF | BTU Factor | Therms (Usage) | Price per Therm | Code | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 31G-C | 000953251 | 21554 | 21159 | 11/23 | 10/23 | 395 @ | 1.0484 | 414.12 | | ACTL | |

| | | | |
|---|---|---|---|
| 10/24/09 11/23/09 | Basic Charge | | $30.00 |
| 10/24/09 11/23/09 | Delivery Charge | 414.12 Therms @ $.29631 Per Therm | $122.71 |
| 10/24/09 11/23/09 | Cost of Gas | 414.12 Therms @ $.64931 Per Therm | $268.89 |
| 10/24/09 11/23/09 | Gas Conservation Program Charge | 414.12 Therms @ $.01447 Per Therm | $5.99 |
| 10/24/09 11/23/09 | Merger Rate Credit | 414.12 Therms @ $.00456CR Per Therm | $1.89CR |
| 10/24/09 11/23/09 | Effect Of Tukwila City Tax | $425.70 @ $.0667 Per Dollar | $28.39 |
| | **Current Gas Charges** | | **$454.09** |

A late fee of 1% will apply to overdue charges, if any. Please see the reverse side for details on late payment charges.

A 3.852% state utility tax is included in gas rates charged.

ENERGY USAGE COMPARISON

| For Bill Period | This Year |
|---|---|
| Oct-Nov | |
| No. of days | 31 |
| THRM use | 414.1 |
| Avg. THRM use per day | 13.4 |
| Avg. temp. per day | 45F |

025763

For information, emergencies, to report an outage or for changes to your account, please call 1-888-225-5773.

**STATEMENT SUMMARY AS OF DEC 24, 2009** | **Account No.** 023-911-412-7

| | Account Balance |
|---|---|
| Balance as of last billing | $664.26 |
| Thank you for your payment(s) | $664.26CR |
| Balance Forward | $.00 |
| Current Charges | $1,205.06 |
| CURRENT TOTAL AS OF DEC 24, 2009 | $1,205.06 |

6504080 430 9244 12/29/09

Statement Due Date Jan 15, 2010 | AMOUNT DUE THIS STATEMENT $1,205.06

**Electric Detail:** 406 EVANS BLACK DR, TUKWILA

| Rate/ Dates | Meter Number | Pres Read | Prev Read | Pres Date | Prev Date | Mult | KWH (Usage) | Bill Demand | KVAR Hours | Code | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 24E-C | Z006070617 | 05360 | 05316 | 12/23 | 11/23 | 40 | 1760 | | | ACTL | |

| Dates | Description | Calculation | Amount |
|---|---|---|---|
| 11/24/09 12/23/09 | Basic Charge | | $23.50 |
| 11/24/09 12/23/09 | Energy Charge | 1,760 KWHS @ $.087994 Per KWH | $154.87 |
| 11/24/09 12/23/09 | Electric Conservation Program Charge | 1,760 KWHS @ $.002417 Per KWH | $4.25 |
| 11/24/09 12/23/09 | Power Cost Adjustment | 1,760 KWHS @ $.00 Per KWH | $.00 |
| 11/24/09 12/23/09 | Wind Power Production Credit | 1,760 KWHS @ $.001534CR Per KWH | $2.70CR |
| 11/24/09 12/23/09 | Merger Credit | 1,760 KWHS @ $.000342CR Per KWH | $.60CR |
| 11/24/09 12/23/09 | Effect Of Tukwila City Tax | $179.32 @ $.0667 Per Dollar | $11.96 |
| | **Current Electricity Charges** | | **$191.28** |

A late fee of 1% will apply to overdue charges, if any. Please see the reverse side for details on late payment charges.

A 3.873% state utility tax is included in electric rates charged.

ENERGY USAGE COMPARISON

| For Bill Period | This Year |
|---|---|
| Nov-Dec | |
| No. of days | 30 |
| KWH use | 1760 |
| Avg. KWH use per day | 58.7 |
| Avg. temp. per day | 38F |

**For information, emergencies, to report an outage or for changes to your account, please call 1-888-225-5773.**

When paying in person, please present both portions. When mailing remittance, please mail to Puget Sound Energy, BOT-01H, P.O. Box 91269, Bellevue, WA 98009-9269


Customer BANK OF AMERICA LEEDE TRUST

**Account No.** 023-911-412-7

**Gas Detail:** 406 EVANS BLACK DR, TUKWILA

| Rate/ Dates | Meter Number | Pres Read | Prev Read | Pres Date | Prev Date | CCF | BTU Factor | Therms (Usage) | Price per Therm | Code | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 31G-C | 000953251 | 22471 | 21554 | 12/23 | 11/23 | 917 @ | 1.0504 | 963.22 | | ACTL | |

| Dates | Description | Calculation | Amount |
|---|---|---|---|
| 11/24/09 12/23/09 | Basic Charge | | $30.00 |
| 11/24/09 12/23/09 | Delivery Charge | 963.22 Therms @ $.29631 Per Therm | $285.41 |
| 11/24/09 12/23/09 | Cost of Gas | 963.22 Therms @ $.64931 Per Therm | $625.43 |
| 11/24/09 12/23/09 | Gas Conservation Program Charge | 963.22 Therms @ $.01447 Per Therm | $13.94 |
| 11/24/09 12/23/09 | Merger Rate Credit | 963.22 Therms @ $.00456CR Per Therm | $4.39CR |
| 11/24/09 12/23/09 | Effect Of Tukwila City Tax | $950.39 @ $.0667 Per Dollar | $63.39 |
| | **Current Gas Charges** | | **$1,013.78** |

A late fee of 1% will apply to overdue charges, if any. Please see the reverse side for details on late payment charges.

A 3.852% state utility tax is included in gas rates charged.

ENERGY USAGE COMPARISON

| For Bill Period | This Year |
|---|---|
| Nov-Dec | |
| No. of days | 30 |
| THRM use | 963.2 |
| Avg. THRM use per day | 32.1 |
| Avg. temp. per day | 38F |

088439

For information, emergencies, to report an outage or for changes to your account, please call 1-888-225-5773.



| Address | 405 EVANS BLACK DR TUKWILA, WA 98188 |
|---|---|

| Account # | Billing Date | Due Date | Prev Balance | Payments | Cur Activity | Amount Due |
|---|---|---|---|---|---|---|
| 08-0460-0000 | 11/30/2009 | 12/10/2009 | 350.16 | 350.16 | 176.89 | 176.89 |

| Date | Service Fee | Credit Balance 0.00 | Amount |
|---|---|---|---|
| 10/31/2009 | **Previous Balance** | | **350.16** |
| 11/09/2009 | **Payment/Credit Applied - Thank You** | | **350.16** CR |
| Account #: | **08-0460-0000** Service Location: **405 EVANS BLACK DR** | | |
| 11/30/2009 | **Billing** | | **176.89** |
| | Water - Water 1Inch | 28.62 | |
| | Sewer - Commercial/Industrial Sewer | 20.37 | |
| | Metro - Metro C/I and Multi Fam | 31.90 | |
| | Fireline - Fireline 8 Inch | 96.00 | |

6504080 428 12/10/09

**Due Date: 12/10/2009** **Amount Due: 176.89**

| Meter # | Prev Date | Prev Read 1 | Prev Read 2 | Curr Date | Curr Read 1 | Curr Read 2 | Totals Cons |
|---|---|---|---|---|---|---|---|
| 19539799 | 10/19/09 | 551 | 0 | 11/13/09 | 552 | 0 | 1 |

| Consumption Comparison | | | |
|---|---|---|---|
| | This Period | Same period last year | Change |
| Consumption | 1 | 0 | 1 |

WE ARE NOW ACCEPTING PAYMENTS ONLINE AT https://secure.ci.tukwila.wa.us/ OR www.ci.tukwila.wa.us
CLICK THE LINK ON MAIN PAGE OR GO TO FINANCE DEPARTMENT, UTILITIES, HOW TO PAY YOUR BILL AND THEN CLICK ON THE BOLDED CITY OF TUKWILA ONLINE UTILITIES SERVICE.
IF YOU ARE EXPERIENCING DIFFICULTIES LOGGING ON PLEASE CALL 206-433-1849 DURING BUSINESS HOURS.
@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@
WE ARE STILL ACCEPTING VISA & MASTERCARD PAYMENTS IN PERSON OR OVER THE PHONE(No Fee).
WE ARE ALSO TAKING VISA AND MASTERCARD PAYMENTS VIA THE REMITTANCE STUB
PLEASE CALL 206-433-1835 TO MAKE PHONE PAYMENTS

*Remit To* : **City of Tukwila** · PO Box 58424, Tukwila, WA 98138-1424 · PH: (206) 433-1849



Earthworks
LANDSCAPE SERVICES, INC.

12516 Evergreen Drive • Mukilteo, WA 98275

(425) 493-1100 • FAX (425) 493-1715
TOLL FREE (866) 637-5296

# INVOICE

| DATE | INVOICE NO. |
|---|---|
| 12/1/2009 | 43365 |

BILL TO:

Leede Fund
C/o Bank of America RES
WA1-501-15-08
P.O. Box 34029
Seattle, WA 98124

| P.O. NUMBER | TERMS | PROJECT |
|---|---|---|
| | Net 30 | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | December 2009 landscape maintenance per contract | 270.00 | 270.00T |
| | Sales Tax | 9.50% | 25.65 |

6504080
480
12/1/09

Please put invoice number on your check.

| TOTAL | $295.65 |
|---|---|

## Margeson, John T

**From:** Chuck CDA [chuck@cda-group.net]
**Sent:** Thursday, November 12, 2009 11:23 AM
**To:** Margeson, John T
**Cc:** Frieberg, Barbara J
**Subject:** Pest Maintenance

Please issue/ revise:
We are paying Village Partners Southcenter, LLC (prior memo) for Pest Control – unfortunately their original quote did not include the sales tax...
They need a check for $19.67 for the tax on the initial treatment, and
Monthly checks –due on the 1st of the month, starting Dec 1 will be $52.26 (revised from $48 in the prior memo).

Thank you,
Chuck

all months beg 12/09

6504080
11/16/09



6622 112th St E
Puyallup, WA 98373
Phone: 1-888-565-5665

# Invoice

**Invoice Number:** 091214-008
**Invoice Date:** 12/21/2009
**Page:** 1 of 1

**Bill To:** 005344
Bank of America N.A as Trustee
Attention: Account Payable
PO Box 34029
Seattle, WA 98124

**Service** 010709
**Location:** Bank of America/Vacant Bldg
406 Evens Black Dr
Tukwila, WA 98188

| Work Order ID | Complete Date | PO Number | Terms | Called In By |
|---|---|---|---|---|
| 091214-008 | 12 /16/2009 | | Net 30 Days | |

## Description of Work

Eductor truck to clean storm system as per proposal

| Qty/Hrs | Item ID | Description | Date | Unit Price | Disc % | Amount |
|---|---|---|---|---|---|---|
| 1.00 | ET | Clean storm system | | 850.00 | | 850.00 |

6504080
460 12/24/09

We now offer full service septic, rooter, and plumbing services.

| | |
|---|---|
| **Invoice Subtotal** | **850.00** |
| **Sales Tax** | **80.75** |
| **Invoice Total** | **930.75** |
| **Payment Received** | **0.00** |
| **Balance Due** | **$930.75** |



Address: 405 EVANS BLACK DR TUKWILA WA 98188

| Account # | Billing Date | Due Date | Previous Balance | Payments | Current Activity | Amount Due |
|---|---|---|---|---|---|---|
| 02-2310-0036 | 01/20/2010 | 03/15/2010 | 332.82 | 332.82 | 382.73 | 382.73 |

| Date | Service Fees | Credit Balance | Amount |
|---|---|---|---|
| 07/24/2009 | **Previous Balance** | | 332.82 |
| 08/05/2009 | **Payment/Credit Applied - Thank You** | | 332.82 CR |
| Account # | **02-2310-0036** Service Location: **405 EVANS BLACK DR** | | |
| 01/20/2010 | **Billing** | | 382.73 |
| | Surface Water - 100 Impervious | 2.73 | |

JAN 2010

Due Da[illegible] ... Due: 382.73

| Meter # | Prev Date | Prev Read 1 | Prev Read 2 | Curr Date | Curr Read 1 | Curr Read 2 | Totals Cons |
|---|---|---|---|---|---|---|---|
| | | 0 | 0 | | 0 | 0 | |

WE ARE NOW ACCEPTING PAYMENTS ONLINE AT https://secure.ci.tukwila.wa.us/ OR www.ci.tukwila.wa.us
CLICK THE LINK ON MAIN PAGE OR GO TO FINANCE DEPARTMENT, UTILITIES, HOW TO PAY YOUR BILL AND THEN CLICK ON THE BOLDED CITY OF TUKWILA ONLINE UTILITIES SERVICE.
IF YOU ARE EXPERIENCING DIFFICULTIES LOGGING ON PLEASE CALL 206-433-1835 DURING BUSINESS HOURS.

VISA & MASTERCARD PAYMENTS ARE NOW ACCEPTED AT CITY HALL & BY TELEPHONE
PLEASE CALL 206-433-1835 TO MAKE PAYMENTS (No Fee)
@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@
This bill reflects a rate increase that was adopted January 1, 2010

***Remit To*: City of Tukwila** · PO Box 58424, Tukwila, WA 98138-1424 · PH: (206) 433-1849



Address: 405 EVANS BLACK DR TUKWILA, WA 98188

| Account # | Billing Date | Due Date | Prev Balance | Payments | Curr Activity | Amount Due |
|---|---|---|---|---|---|---|
| 08-0460-0000 | 12/31/2009 | 01/10/2010 | 176.89 | 176.89 | 180.61 | 180.61 |

| Date | Service Fee | Credit Balance | 0.00 | Amount |
|---|---|---|---|---|
| 11/30/2009 | **Previous Balance** | | | **176.89** |
| 12/09/2009 | **Payment/Credit Applied - Thank You** | | | **176.89** CR |

Account #: **08-0460-0000** Service Location: **405 EVANS BLACK DR**

| | | | |
|---|---|---|---|
| 12/31/2009 | **Billing** | | **180.51** |
| | Water - Water 1Inch | 32.24 | |
| | Sewer - Commercial/Industrial Sewer | 20.37 | |
| | Metro - Metro C/I and Multi Fam | 31.90 | |
| | Fireline - Fireline 8 Inch | 96.00 | |

6504080 428 1/4/10

**Due Date: 01/10/2010** **Amount Due: 180.51**

| Meter # | Prev Date | Prev Read 1 | Prev Read 2 | Curr Date | Curr Read 1 | Curr Read 2 | Totals Cons |
|---|---|---|---|---|---|---|---|
| 18539799 | 11/13/09 | 552 | 0 | 12/16/09 | 554 | 0 | 2 |

| Consumption Comparison | | | |
|---|---|---|---|
| | This Period | Same period last year | Change |
| Consumption | 2 | 0 | 2 |

**************************************HAPPY NEW EAR**************************************

NEW RATES FOR 2010

WE ARE NOW ACCEPTING PAYMENTS ONLINE AT https://secure.ci.tukwila.wa.us/ OR www.ci.tukwila.wa.us
CLICK THE LINK ON MAIN PAGE OR GO TO FINANCE DEPARTMENT, UTILITIES, HOW TO PAY YOUR BILL AND THEN CLICK ON THE BOLDED CITY OF TUKWILA ONLINE UTILITIES SERVICE.
IF YOU ARE EXPERIENCING DIFFICULTIES LOGGING ON PLEASE CALL 206-433-1849 DURING BUSINESS HOURS.

***Remit To***: **City of Tukwila** · PO Box 58424, Tukwila, WA 98138-1424 · PH: (206) 433-1849



Earthworks
[illegible]

[illegible]

[illegible]

INVOICE

| DATE | INVOICE NO. |
| --- | --- |
| 1/1/2010 | 43265 |

BILL TO

[illegible]

| P.O. NUMBER | TERMS | PROJECT |
| --- | --- | --- |
|  | Net 30 |  |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
| --- | --- | --- | --- |
|  | January 2010 landscape maintenance per contract | 270.00 | 270.00T |
|  | Sales Tax | 9.50% | 25.65 |

6504080
480
1/1/10

Please put invoice number on your check.

| TOTAL | $295.65 |
| --- | --- |

EXHIBIT 22, p. 000115

## Margeson, John T

**From:** Chuck CDA [chuck@cda-group.net]
**Sent:** Thursday, November 12, 2009 11:23 AM
**To:** Margeson, John T
**Cc:** Frieberg, Barbara J
**Subject:** Pest Maintenance

Please issue/ revise:
We are paying Village Partners Southcenter, LLC (prior memo) for Pest Control – unfortunately their original quote did not include the sales tax...
They need a check for $19.67 for the tax on the initial treatment, and
Monthly checks – due on the 1st of the month starting Dec 1 will be $52.26 (revised from $48 in the prior memo).

Thank you,
Chuck

all months beg 12/09

6504080
H17
11/16/09

1

*Corrys Fine Drycleaning*
*Fuzzy Wuzzy Rug Co.*
*4640 Union Bay Pl. NE*
*Seattle WA 98105*
*206-364-6644*
*M-F 7am to 7pm / Sat 8am to 5pm*

21692

U.S. Trust Real Estate,, 38726

Jan 13,10 8:15a
SB

Graffiti Busters

Wa1-501-33-51 P.O. Box 34029
Seattle WA 98124

No Star Hang

1-11-10 Grafitti Removal Services @ 406 Evans Black Dr. Tukwila
Grafitti Removal 214.50

6504080
425
1/27/10
[initials]

**0 Pcs**

| | |
|---|---|
| Subtotal | 224.60 |
| Environmental Waste Fee | 10.00 |
| Tax | 20.38 |
| **Total** | **244.88** |

*Please make payments to: Graffiti Busters.*

**Ready: Thu Jan 21, 2010 4:00p**

38726

EXHIBIT 22, p. 000117

# STATEMENT

Corrys Fine Dry Cleaning
4640 Union Bay Pl. NE
Seattle WA 98105

Statement Date: January 19,2010
Account: 119747
Payment Due By: February 18,2010
Balance Due: $244.88

*Questions about your account? Contact us at:*
*Phone 206-364-6644*

*To:* Attn. John Margeson U.S. Trust Real Estate,
Wa1-501-33-51
P.O. Box 34029
Seattle WA 98124

| Store | Date | Reference | Description | Pieces | Amount |
|---|---|---|---|---|---|
| | | | Previous Balance: | | $244.88 |
| | | | **Balance Due:** | | **$244.88** |

*Thank you for your business!*

PUGET SOUND ENERGY

The Energy To Do Great Things

**STATEMENT SUMMARY AS OF JAN 26, 2010** — Account No. 023-811-412-7

FEB 2010

| | Account Balance |
|---|---|
| Balance as of last billing | $1,205.08 |
| Thank you for your payment(s) | $1,205.08CR |
| Balance Forward | $.00 |
| Current Charges | $937.98 |
| CURRENT TOTAL AS OF JAN 26, 2010 | $937.98 |

Statement Due Date Feb 16, 2010 — AMOUNT DUE THIS STATEMENT $937.98

Your bill reflects a change in the merger credit that went into effect Jan. 1, 2010.

**Electric Detail:** 406 EVANS BLACK DR, TUKWILA

| Rate/Dates | Meter Number | Pres Read | Prev Read | Pres Date | Prev Date | Mult | KWH (Usage) | Bill Demand | KVAR Hours | Code | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 24E-C | Z00070617 | 05394 | 05360 | 01/25 | 12/23 | 40 | 1360 | | | ACTL | |

| Dates | Description | Calculation | Amount |
|---|---|---|---|
| 12/24/09 12/31/09 | Basic Charge | | $5.70 |
| 12/24/09 12/31/09 | Energy Charge | 329.69 KWHS @ $.087994 Per KWH | $29.01 |
| 12/24/09 12/31/09 | Electric Conservation Program Charge | 329.69 KWHS @ $.002417 Per KWH | $.80 |
| 12/24/09 12/31/09 | Power Cost Adjustment | 329.69 KWHS @ $.00 Per KWH | $.00 |
| 12/24/09 12/31/09 | Wind Power Production Credit | 329.69 KWHS @ $.001534CR Per KWH | $.51CR |
| 12/24/09 12/31/09 | Merger Credit | 329.69 KWHS @ $.000342CR Per KWH | $.11CR |
| 12/24/09 12/31/09 | Effect Of Tukwila City Tax | $34.89 @ $.0667 Per Dollar | $2.33 |
| | | **Charge Total** | **$37.22** |
| 01/01/10 01/25/10 | Basic Charge | | $17.80 |
| 01/01/10 01/25/10 | Energy Charge | 1,030.31 KWHS @ $.087994 Per KWH | $90.66 |
| 01/01/10 01/25/10 | Electric Conservation Program Charge | 1,030.31 KWHS @ $.002417 Per KWH | $2.49 |
| 01/01/10 01/25/10 | Power Cost Adjustment | 1,030.31 KWHS @ $.00 Per KWH | $.00 |
| 01/01/10 01/25/10 | Wind Power Production Credit | 1,030.31 KWHS @ $.001534CR Per KWH | $1.58CR |
| 01/01/10 01/25/10 | Merger Credit | 1,030.31 KWHS @ $.000285CR Per KWH | $.29CR |
| 01/01/10 01/25/10 | Effect Of Tukwila City Tax | $109.03 @ $.0667 Per Dollar | $7.28 |
| | | **Charge Total** | **$116.36** |
| | **Current Electricity Charges** | | $153.58 |

On January 01, 2010, a rate change became effective. Your usage charges for the periods before and after this date were calculated separately and are shown in separate sections, since these periods were billed at different rates.

Copies of the rate schedules are available upon request.

A late fee of 1% will apply to overdue charges, if any. Please see the reverse side for details on late payment charges.

A 3.873% state utility tax is included in electric rates charged.

**For information, emergencies, to report an outage or for changes to your account, please call 1-888-225-5773.**

When paying in person, please present both portions. When mailing remittance, please mail to Puget Sound Energy, BOT-01H, P.O. Box 91269, Bellevue, WA 98009-9269



Customer BANK OF AMERICA LEEDS TRUST **PSE PUGET SOUND ENERGY**

*The Energy To Do Great Things*

Account No. 023-011-410-7

**Gas Detail:** 406 EVANS BLACK DR, TUKWILA

| Rate/ Dates | Meter Number | Pres Read. | Prev Read | Pres Date | Prev Date | CCF | BTU Factor | Therms (Usage) | Price per Therm | Code | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 31G-C | 000953251 | 22845 | 22471 | 01/06 | 12/23 | 374 @ | 1.0504 | 392.85 | | ACTL | |
| 31G-C | 000958251 | 23173 | 22845 | 01/25 | 01/06 | 328 @ | 1.0514 | 344.86 | | ACTL | |

| | | |
|---|---|---|
| 12/24/09 12/31/09 Basic Charge | | $7.27 |
| 12/24/09 12/31/09 Delivery Charge | 178.84 Therms @ $.29631 Per Therm | $52.99 |
| 12/24/09 12/31/09 Cost of Gas | 178.84 Therms @ $.64931 Per Therm | $116.12 |
| 12/24/09 12/31/09 Gas Conservation Program Charge | 178.84 Therms @ $.01447 Per Therm | $2.59 |
| 12/24/09 12/31/09 Merger Rate Credit | 178.84 Therms @ $.00450CR Per Therm | $.82CR |
| 12/24/09 12/31/09 Effect Of Tukwila City Tax | $178.15 @ $.0667 Per Dollar | $11.88 |
| | **Charge Total** | **$190.03** |
| 01/01/10 01/25/10 Basic Charge | | $22.73 |
| 01/01/10 01/25/10 Delivery Charge | 558.87 Therms @ $.29631 Per Therm | $165.60 |
| 01/01/10 01/25/10 Cost of Gas | 558.87 Therms @ $.64931 Per Therm | $362.86 |
| 01/01/10 01/25/10 Gas Conservation Program Charge | 558.87 Therms @ $.01447 Per Therm | $8.09 |
| 01/01/10 01/25/10 Merger Rate Credit | 558.87 Therms @ $.00376CR Per Therm | $2.10CR |
| 01/01/10 01/25/10 Effect Of Tukwila City Tax | $557.20 @ $.0667 Per Dollar | $37.17 |
| | **Charge Total** | **$594.37** |
| **Current Gas Charges** | | **$784.40** |

On January 01, 2010, a rate change became effective. Your usage charges for the periods before and after this date were calculated separately and are shown in separate sections, since these periods were billed at different rates.

Copies of the rate schedules are available upon request.

A late fee of 1% will apply to overdue charges, if any. Please see the reverse side for details on late payment charges.

A 3.852% state utility tax is included in gas rates charged.

092888



| Address | 405 EVANS BLACK DR TUKWILA, WA 98188 |
|---|---|

| Account | Billing Date | Due Date | Prev Balance | Payments | Cur Activity | Amount Due |
|---|---|---|---|---|---|---|
| 08-0460-0000 | 01/31/2010 | 02/10/2010 | 180.51 | 180.51 | 186.33 | 186.33 |

| Date | Service Period | Credit Balance | 0.00 | Amount |
|---|---|---|---|---|
| 12/31/2009 | **Previous Balance** | | | **180.51** |
| 01/11/2010 | **Payment/Credit Applied - Thank You** | | | **180.51** CR |

Account #: **08-0460-0000** Service Location: **405 EVANS BLACK DR**

| | | | |
|---|---|---|---|
| 01/31/2010 | **Billing** | | **186.33** |
| | Water - Water 1inch | 35.00 | |
| | Sewer - Commercial/Industrial Sewer | 23.43 | |
| | Metro - Metro C/I and Multi Fam | 31.90 | |
| | Fireline - Fireline 8 Inch | 96.00 | |

6504080
2/1/10
428

**Due Date: 02/10/2010** **Amount Due: 186.33**

| Meter # | Prev Date | Prev Read 1 | Prev Read 2 | Curr Date | Curr Read 1 | Curr Read 2 | Totals Cons |
|---|---|---|---|---|---|---|---|
| 19639799 | 12/16/09 | 564 | 0 | 1/15/10 | 564 | 0 | 0 |

| Consumption Comparison | | | |
|---|---|---|---|
| | This Period | Same period last year | Change |
| Consumption | 0 | 0 | 0 |

JANUARY 2010 BILL REFLECTS THE NEW RATE INCREASE

WE ARE NOW ACCEPTING PAYMENTS ONLINE AT https://secure.ci.tukwila.wa.us/ OR www.ci.tukwila.wa.us
CLICK THE LINK ON MAIN PAGE OR GO TO FINANCE DEPARTMENT, UTILITIES, HOW TO PAY YOUR BILL AND THEN CLICK ON THE BOLDED CITY OF TUKWILA ONLINE UTILITIES SERVICE.
IF YOU ARE EXPERIENCING DIFFICULTIES LOGGING ON PLEASE CALL 206-433-1835 DURING BUSINESS HOURS.

***Remit To*:** **City of Tukwila** · PO Box 58424, Tukwila, WA 98138-1424 · PH: (206) 433-1849



Earthworks

[illegible] SERVICES, INC.

[illegible]

[illegible]

TOLL FREE [illegible]

# INVOICE

| DATE | INVOICE NO. |
|---|---|
| [illegible]/2010 | [illegible] |

BILL TO:

[illegible]
C/o Bank of America [illegible]
WA1-501-[illegible]
P.O. Box [illegible]
Seattle, WA [illegible]

| P.O. NUMBER | TERMS | PROJECT |
|---|---|---|
| | Net 30 | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | February 2010 landscape maintenance per contract | 270.00 | 270.00T |
| | Sales Tax | 9.50% | 25.65 |

65-040 80
480
2/8/10 [illegible]

Please put invoice number on your check.

| TOTAL | $295.65 |
|---|---|

## Margeson, John T

**From:** Chuck CDA [chuck@cda-group.net]
**Sent:** Thursday, November 12, 2009 11:23 AM
**To:** Margeson, John T
**Cc:** Frieberg, Barbara J
**Subject:** Pest Maintenance

Please issue/ revise:
We are paying Village Partners Southcenter, LLC (prior memo) for Pest Control – unfortunately their original quote did not include the sales tax...
They need a check for $19.67 for the tax on the initial treatment, and
Monthly checks due on the 1st of the month starting Dec 1 will be $52.26 (revised from $48 in the prior memo).

Thank you,
Chuck

all months beg 12/09

650 4080
41
11/16/09

MAR 2010

**STATEMENT SUMMARY AS OF FEB 25, 2010**

023-911-412-7

| | Account Balance |
|---|---|
| Balance as of last billing | $937.98 |
| Thank you for your payment(s) | $937.98CR |
| Balance Forward | $.00 |
| Current Charges | $736.25 |
| CURRENT TOTAL AS OF FEB 25, 2010 | $736.25 |

Statement Due Date Mar 17, 2010 — AMOUNT DUE THIS STATEMENT $736.25

**Electric Detail:** 406 EVANS BLACK DR, TUKWILA

| Rate/ Dates | Meter Number | Pres Read | Prev Read | Pres Date | Prev Date | Mult | KWH (Usage) | Bill Demand | KVAR Hours | Code | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 24E-C | Z008070617 | 05422 | 05394 | 02/24 | 01/25 | 40 | 1120 | | | ACTL | |

| Dates | Description | Detail | Amount |
|---|---|---|---|
| 01/26/10 02/24/10 | Basic Charge | | $23.50 |
| 01/26/10 02/24/10 | Energy Charge | 1,120 KWHS @ $.087994 Per KWH | $98.55 |
| 01/26/10 02/24/10 | Electric Conservation Program Charge | 1,120 KWHS @ $.002417 Per KWH | $2.71 |
| 01/26/10 02/24/10 | Power Cost Adjustment | 1,120 KWHS @ $.00 Per KWH | $.00 |
| 01/26/10 02/24/10 | Wind Power Production Credit | 1,120 KWHS @ $.001534CR Per KWH | $1.72CR |
| 01/26/10 02/24/10 | Merger Credit | 1,120 KWHS @ $.000285CR Per KWH | $.32CR |
| 01/26/10 02/24/10 | Effect Of Tukwila City Tax | $122.72 @ $.0667 Per Dollar | $8.19 |
| | **Current Electricity Charges** | | **$130.91** |

A late fee of 1% will apply to overdue charges, if any. Please see the reverse side for details on late payment charges.

A 3.873% state utility tax is included in electric rates charged.

AVG KWH PER DAY
70
60
50
40
30
20
10
0
Aug Sep Oct Nov Dec Jan Feb
2009
Months
2010
ENERGY USAGE COMPARISON
For Bill Period This Year
Jan-Feb
No. of days 30
KWH use 1120
Avg. KWH use per day 37.3
Avg. temp. per day 44F

For information, emergencies, to report an outage or for changes to your account, please call 1-888-225-5773.

When paying in person, please present both portions. When mailing remittance, please mail to Puget Sound Energy, BOT-01H, P.O. Box 91269, Bellevue, WA 98009-9269


Customer BANK OF AMERICA LEEDE TRUST

PSE
PUGET SOUND ENERGY
The Energy To Do Great Things

Page 2 of 2

**Account No:** 023-911-412-7

**Gas Detail:** 408 EVANS BLACK DR, TUKWILA

| Rate/ Dates | Meter Number | Pres Read | Prev Read | Pres Date | Prev Date | CCF | BTU Factor | Therms (Usage) | Price per Therm | Code | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 31G-C | 000953251 | 23707 | 23173 | 02/24 | 01/25 | 534 @ | 1.0525 | 562.04 | | ACTL | |

| Dates | Description | Calculation | Amount |
|---|---|---|---|
| 01/26/10 02/24/10 | Basic Charge | | $30.00 |
| 01/26/10 02/24/10 | Delivery Charge | 562.04 Therms @ $.29631 Per Therm | $166.54 |
| 01/26/10 02/24/10 | Cost of Gas | 562.04 Therms @ $.64934 Per Therm | $364.93 |
| 01/26/10 02/24/10 | Gas Conservation Program Charge | 562.04 Therms @ $.01447 Per Therm | $8.13 |
| 01/26/10 02/24/10 | Merger Rate Credit | 562.04 Therms @ $.00376CR Per Therm | $2.11CR |
| 01/26/10 02/24/10 | Effect Of Tukwila City Tax | $567.49 @ $.0667 Per Dollar | $37.85 |
| | **Current Gas Charges** | | **$605.34** |

A late fee of 1% will apply to overdue charges, if any. Please see the reverse side for details on late payment charges.

A 3.852% state utility tax is included in gas rates charged.

AVG THERM PER DAY
35
30
25
20
15
10
5
0
Aug Sep Oct Nov Dec Jan Feb
2009
Months
2010
ENERGY USAGE COMPARISON
For Bill Period
This Year
Jan-Feb
No. of days 30
THRM use 562
Avg. THRM use per day 18.7
Avg. temp. per day 44F

067781

For information, emergencies, to report an outage or for changes to your account, please call 1-888-225-5773.

EXHIBIT 24, p. 000125



| Address | 405 EVANS BLACK DR TUKWILA, WA 98188 | | | | | |
|---|---|---|---|---|---|---|
| Account # | Billing Date | Due Date | Prev Balance | Payments | Cur Activity | Amount Due |
| 08-0460-0000 | 02/28/2010 | 03/10/2010 | 186.33 | 186.33 | 186.33 | 186.33 |

| Date | Description | Credit Balance | Amount |
|---|---|---|---|
| 01/31/2010 | **Previous Balance** | | **186.33** |
| 02/05/2010 | **Payment/Credit Applied - Thank You** | | **186.33** CR |
| Account #: | **08-0460-0000** Service Location: **408 EVANS BLACK DR** | | |
| 02/28/2010 | **Billing** | | **186.33** |
| | Water - Water 1Inch | 35.00 | |
| | Sewer - Commercial/Industrial Sewer | 23.43 | |
| | Metro - Metro C/I and Multi Fam | 31.90 | |
| | Fireline - Fireline 8 Inch | 96.00 | |

6504080
428
3/1/10

| Due Date: 03/10/2010 | Amount Due: | 186.33 |
|---|---|---|

| Meter # | Prev Date | Prev Read 1 | Prev Read 2 | Curr Date | Curr Read 1 | Curr Read 2 | Totals Cons |
|---|---|---|---|---|---|---|---|
| 18539799 | 1/15/10 | 554 | 0 | 2/12/10 | 554 | 0 | 0 |

| Consumption Comparison | | | |
|---|---|---|---|
| | This Period | Same period last year | Change |
| Consumption | 0 | 0 | 0 |

ACCEPTING PAYMENTS ONLINE @ https://secure.ci.tukwila.wa.us/

IF YOU ARE EXPERIENCING DIFFICULTIES LOGGING ON PLEASE CALL 206-433-1885 DURING BUSINESS HOURS.

***Remit To*** **: City of Tukwila** · PO Box 58424, Tukwila, WA 98138-1424 · PH: (206) 433-1849



Earthworks
LANDSCAPE SERVICES, INC.

12516 Evergreen Drive • Mukilteo, WA 98275

(425) 493-1100 • FAX (425) 493-1715 • TOLL FREE (888) 837-8898
www.earthworkslsi.com

# INVOICE

| DATE | INVOICE NO. |
|---|---|
| 3/1/2010 | 44559 |

BILL TO:

Leeds Fund
C/o Bank of America RES
WA1-501-15-08
P.O. Box 34020
Seattle, WA 98124

| P.O. NUMBER | TERMS | PROJECT |
|---|---|---|
| | Net 30 | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | March 2010 landscape maintenance per contract | 270.00 | 270.00T |
| | Sales Tax | 9.50% | 25.65 |

6504080
480
3/15/10

Please put invoice number on your check.

| TOTAL | $295.65 |
|---|---|

EXHIBIT 24, p. 000127

## Margeson, John T

**From:** Chuck CDA [chuck@cda-group.net]
**Sent:** Thursday, November 12, 2009 11:23 AM
**To:** Margeson, John T
**Cc:** Frieberg, Barbara J
**Subject:** Pest Maintenance

Please issue/ revise:
We are paying Village Partners Southcenter LLC (prior memo) for Pest Control – unfortunately their original quote did not include the sales tax...
They need a check for $19.67 for the tax on the initial treatment, and
Monthly checks - due on the 1st of the month starting Dec 1 will be $52.26 (revised from $48 in the prior memo).

Thank you,
Chuck

all months beg 12/09

650408 0
11/17
11/16/09
JW

EXHIBIT 24, p. 000128

**Margeson, John T**

**From:** Chuck CDA [chuck@cda-group.net]
**Sent:** Wednesday, March 17, 2010 11:39 AM
**To:** Margeson, John T; Frieberg, Barbara J
**Subject:** Carroll Construction Bill

Please pay $28,000 against the bill I sent you the First of March. That represents about 10% discount that I am negotiating.

Thank you,
Chuck

3/17/10
6504080
1-425
tenant clean-up

EXHIBIT 24, p. 000129

# INVOICE

**Carroll Construction, Inc.**
P.O. Box 21
Mercer Island, WA 98040

Phone: 206.818.9556

**INVOICE NO: 2010-06**

DATE: February 19, 2010

To: Mr. Chuck Doland
CDA Group
9539 NE First St.
Bellevue, WA 98004

Project :
406 Evans Black Rd
Space Prep

| JOB NO. | P.O. NUMBER | COMPLETE THRU | | | TERMS |
|---|---|---|---|---|---|
| 109-27 | | 2-15-2010 | | | Due upon receipt |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Tenant Improvements T&M at 406 Evans Black Road, Tukwila | $24,949.91 | $24,949.91 |
| 1 | General Conditions @ 7% | $1,746.49 | $1,746.49 |
| 1 | Overhead & Fee @ 7% | $1,868.75 | $1,868.75 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | SUBTOTAL: | $28,565.15 |
| | | SALES TAX @ 9.5%: | 2,713.68 |
| | | SHIPPING & HANDLING: | |
| | | TOTAL: | $31,278.83 |

Make all checks payable to: Carroll Construction, Inc.
Federal Identification No. 91-1683138

**THANK YOU FOR YOUR BUSINESS!**

The Energy To Do Great Things

**STATEMENT SUMMARY AS OF MAR 26, 2010**

Account No. 023-911-412-7

| | Account Balance |
|---|---|
| Balance as of last billing | $736.25 |
| Thank you for your payment(s) | $736.25CR |
| Balance Forward | $.00 |
| Current Charges | $857.92 |
| CURRENT TOTAL AS OF MAR 26 | $857.92 |

APR 2010

Statement Due Date Apr 15, 2010 ... IS STATEMENT $857.92

**Electric Detail:** 406 EVANS BLACK DR, TUKWILA

| Rate/ Dates | Meter Number | Pres Read | Prev Read | Pres Date | Prev Date | Mult | KWH (Usage) | Bill Demand | KVAR Hours | Code | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 245-C | Z006070617 | 05451 | 05422 | 03/25 | 02/24 | 40 | 1160 | | | ACTL | |

| Dates | Description | Rate | Amount |
|---|---|---|---|
| 02/25/10 03/25/10 | Basic Charge | | $23.50 |
| 02/25/10 03/25/10 | Energy Charge | 1,160 KWHS @ $.087994 Per KWH | $102.07 |
| 02/25/10 03/25/10 | Electric Conservation Program Charge | 1,160 KWHS @ $.002417 Per KWH | $2.80 |
| 02/25/10 03/25/10 | Power Cost Adjustment | 1,160 KWHS @ $.00 Per KWH | $.00 |
| 02/25/10 03/25/10 | Wind Power Production Credit | 1,160 KWHS @ $.001534CR Per KWH | $1.78CR |
| 02/25/10 03/25/10 | Merger Credit | 1,160 KWHS @ $.000285CR Per KWH | $.33CR |
| 02/25/10 03/25/10 | Effect Of Tukwila City Tax | $126.26 @ $.0667 Per Dollar | $8.42 |
| | **Current Electricity Charges** | | **$134.68** |

A late fee of 1% will apply to overdue charges, if any. Please see the reverse side for details on late payment charges.

A 3.873% state utility tax is included in electric rates charged.

**ENERGY USAGE COMPARISON**

| For Bill Period | This Year |
|---|---|
| Feb-Mar | |
| No. of days | 29 |
| KWH use | 1160 |
| Avg. KWH use per day | 40 |
| Avg. temp. per day | 45F |

**For information, emergencies, to report an outage or for changes to your account, please call 1-888-225-5773.**

**When paying in person, please present both portions. When mailing remittance, please mail to Puget Sound Energy, BOT-01H, P.O. Box 91269, Bellevue, WA 98009-9269**

Customer BANK OF AMERICA LEEDE TRUST

PSE PUGET SOUND ENERGY
*The Energy To Do Great Things*

Page 2 of 2

**Account No.** 023-971-412-7

**Gas Detail:** 406 EVANS BLACK DR, TUKWILA

| Rate/Dates | Meter Number | Pres Read | Prev Read | Pres Date | Prev Date | CCF | BTU Factor | Therms (Usage) | Price per Therm | Code | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 31G-C | 000953251 | 24165 | 23707 | 03/24 | 02/24 | 458 @ | 1.0514 | 481.54 | | ACTL | |

| Dates | Description | Calculation | Amount |
|---|---|---|---|
| 02/25/10 03/25/10 | Basic Charge | | $30.00 |
| 02/25/10 03/25/10 | Delivery Charge | 481.54 Therms @ $.29631 Per Therm | $142.69 |
| 02/25/10 03/25/10 | Cost of Gas | 481.54 Therms @ $.64931 Per Therm | $312.67 |
| 02/25/10 03/25/10 | Gas Conservation Program Charge | 481.54 Therms @ $.01447 Per Therm | $6.97 |
| 02/25/10 03/25/10 | Merger Rate Credit | 481.54 Therms @ $.00376CR Per Therm | $1.81CR |
| 02/25/10 03/25/10 | Effect Of Tukwila City Tax | $490.52 @ $.0667 Per Dollar | $32.72 |
| | **Current Gas Charges** | | **$523.24** |

A late fee of 1% will apply to overdue charges, if any. Please see the reverse side for details on late payment charges.

A 3.852% state utility tax is included in gas rates charged.

AVG THERM PER DAY
35
30
25
20
15
10
5
0
Aug Sep Oct Nov Dec Jan Feb Mar
2009
Months
2010
ENERGY USAGE COMPARISON
For Bill Period This Year
Feb-Mar
No. of days 29
THRM use 481.5
Avg. THRM use per day 16.6
Avg. temp. per day 45F

065328

For information, emergencies, to report an outage or for changes to your account, please call 1-888-225-5773.

EXHIBIT 25, p. 000132

405 EVANS BLACK DR TUKWILA, WA 98168

| Acct No | Billing Date | Due Date | Prev Balance | Payments | Curr Activity | Amount Due |
|---|---|---|---|---|---|---|
| 08-0460-0000 | 03/31/2010 | 04/10/2010 | 186.33 | 186.33 | 186.33 | 186.33 |

| Date | Description | Amount |
|---|---|---|
| 02/28/2010 | **Previous Balance** | **186.33** |
| 03/05/2010 | **Payment/Credit Applied - Thank You** | **186.33** CR |
| Account #: **08-0460-0000** | Service Location: **405 EVANS BLACK DR** | |
| 03/31/2010 | **Billing** | **186.33** |
| | Fireline - Fireline 8 Inch | 96.00 |
| | Metro - Metro C/I and Multi Fam | 31.90 |
| | Sewer - Commercial/Industrial Sewer | 23.43 |
| | Water - Water 1Inch | 35.00 |

6504280
428 4/2/10

**Due Date: 04/10/2010** **Amount Due: 186.33**

| Meter # | Prev Date | Prev Read 1 | Prev Read 2 | Curr Date | Curr Read 1 | Curr Read 2 | Totals Cons |
|---|---|---|---|---|---|---|---|
| 19538799 | 2/12/10 | 554 | 0 | 3/18/10 | 554 | 0 | 0 |

| Consumption Comparison | This Period | Same period last year | Change |
|---|---|---|---|
| Consumption | 0 | 0 | 0 |

PLEASE TRY PAYING YOUR BILL ONLINE @ https://secure.ci.tukwila.wa.us/
BY UTILIZING THIS FEATURE YOUR PAYMENT WILL BE AUTOMATICALLY POSTED TO YOUR ACCOUNT AND YOU WON'T HAVE TO WORRY ABOUT WHETHER WE RECEIVED YOUR CHECK IN THE MAIL.
IF YOU ARE EXPERIENCING DIFFICULTIES LOGGING ON PLEASE CALL 206-433-1835 DURING BUSINESS HOURS. (8:30AM - 5:00PM)

*Remit To*: **City of Tukwila** · PO Box 58424, Tukwila, WA 98138-1424 · PH: (206) 433-1849



LANDSCAPE SERVICES, INC.

12516 Evergreen Drive • Mukilteo, WA 98275

(425) 493-1100 • FAX (425) 493-1715 • TOLL FREE (888) 687-5298

www.earthworksisi.com

# INVOICE

| DATE | INVOICE NO. |
|---|---|
| 4/1/2010 | 44958 |

BILL TO:

Leeds Fund
C/o Bank of America RES
WA1-501-15-08
P.O. Box 34029
Seattle, WA 98124

| P.O. NUMBER | TERMS | PROJECT |
|---|---|---|
| | Net 30 | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | April 2010 landscape maintenance per contract | 270.00 | 270.00T |
| | Sales Tax | 9.50% | 25.65 |

6504080
480 4/6/10

Please put invoice number on your check.

| TOTAL | $295.65 |
|---|---|

EXHIBIT 25, p. 000134

## Margeson, John T

**From:** Chuck CDA [chuck@cda-group.net]
**Sent:** Thursday, November 12, 2009 11:23 AM
**To:** Margeson, John T
**Cc:** Frieberg, Barbara J
**Subject:** Pest Maintenance

Please issue/ revise:
We are paying Village Partners Southcenter LLC (prior memo) for Pest Control – unfortunately their original quote did not include the sales tax...
They need a check for $19.67 for the tax on the initial treatment, and
Monthly checks due on the 1st of the month starting Dec 1 will be $52.25 (revised from $48 in the prior memo).

Thank you,
Chuck

all months
beg 12/09

65041080
1117
11/16/09



SEE REVERSE SIDE

PROPERTY TAX ACCOUNT NUMBER RP10

022310-0036-07
21129C

**KEEP THIS PORTION**

BRING ALL PARTS WHEN PAYING IN PERSON

650408D

BANK OF AMERICA 720966
WA1-501-15-08
PO BOX 34029/LEEDE
SEATTLE WA 98124

| LOT | BLOCK | CODE | SEC | TWP | RG |
|---|---|---|---|---|---|
| 3 | | 2390 | | | |

ANDOVER INDUSTRIAL PARK # 2
S 200 FT OF N 210 FT OF W 201 FT
OF E 376 FT

PROPERTY ADDRESS 406 EVANS BLACK DR

**2010 KING COUNTY, WA, REAL ESTATE TAX**
RM.600 - 500 FOURTH AVE SEATTLE WA 98104-2387

| CURRENT TAX DISTRIBUTION | |
|---|---|
| State | 4,012.13 |
| Local School Support | 7,025.53 |
| County | 2,319.68 |
| City | 4,808.05 |
| Unincorporated/Road | |
| Port | 389.87 |
| Fire | |
| Hospital | 961.98 |
| Library | 831.98 |
| Other | |
| Emergency Med Svc | 541.55 |
| Ferry | 6.28 |
| Flood Control | 189.80 |

| CURRENT BILLING INFORMATION | |
|---|---|
| Land Value | 804,000 |
| Improvements | 1,001,200 |
| Less: Exempt Value | |
| TAXABLE VALUE | 1,805,200 |
| Levy Rate | 11.68117 |
| General Tax | 21,086.85 |
| *Other Charges | 12.23 |
| TOTAL CURRENT BILLING | 21,099.08 |
| Omitted Taxes | |
| TOTAL CURRENT BILLING INCLUDING OMITS | 21,0[illegible].08 |
| VOTER APPROVED | 8,131.23 |

*OTHER CHARGES
NOX WEED 2.25 KING CD 9.98

First half must be paid or postmarked by April 30, or FULL AMOUNT BECOMES DELINQUENT and accrues interest and penalty as prescribed by law. If first half paid by April 30 second half must be paid by October 31 or it becomes delinquent and accrues interest and penalty.

FULL AMOUNT MAY BE PAID APRIL 30th.

| DELINQUENCY INFORMATION | | |
|---|---|---|
| YEAR | INTEREST PENALTY | PRINCIPAL |
| | | |

DELINQUENT TOTAL

GRAND TOTAL 21,099.08

1st Half 10,549.54 pd 4/15/10

Leeda – Pat please pay.

~~66201~~
6504080
460

Fax 206-???-1002

**No.** 1518

Davis & Sons Tree Services, LLC
Kent: 253.631.9252
Seattle: 206.244.2877
Toll Free: 1.800.281.0696
Email: southend2@comcast.net
Claude Davis
Cell: 206.618.4857

Licensed, Bonded
Insured and
Owner Operated

Date 3-15-10

Contractor # DAVISST929P3

To John

Address 405 Even Block Dr

City TW Phone 206 358-3417

Estimate ☐ Invoice ☒

| | | |
|---|---|---|
| Removeal 7 Cotton | | |
| Wood Trees | | |
| | | |
| Chipped brush | | |
| | | |
| Hauled Wood | $1500 | 00 |
| | | |
| Billing | | |
| 28435 SE 224 St | | |
| Maple Valley Wa. 98038 | | |
| | | |
| Claude Davis + Tax | 142 | 00 |
| Visa / Mastercard | $1642 | 00 |

If not paid within 30 days, a 15% service charge will be applied

4/2/10 [initials]

Marvin Stein & Associates, LLC
planning & design

2221 Fifth Avenue
Seattle, WA 98121
(206) 441-1449

# Invoice

| Date | Invoice # |
|---|---|
| 3/26/2010 | 46874 |

| Bill To |
|---|
| 406 Evans Black Drive<br>CDA Group<br>Chuck Doford<br>9539 NE First Street<br>Bellevue, WA 98004 |

| Building Name |
|---|
| 406 Evans Black Drive |

| Job # | Project Name |
|---|---|
| 10037.b50 | WesTower Communications |

| Item | Staff Title | Description | Qty | Rate | U/M | Amount |
|---|---|---|---|---|---|---|
| Space Study | Principal | | 2.5 | 100.00 | Hrs | 250.00 |
| Space Study | Sr Project Manager | | 10 | 90.00 | Hrs | 900.00 |
| Space Study | Designer | | 0.5 | 60.00 | Hrs | 30.00 |
| As Built | Project Manager | | 2.5 | 80.00 | Hrs | 200.00 |
| As Built | Designer | | 1 | 60.00 | Hrs | 60.00 |
| Design Development | Designer | | 1 | 60.00 | Hrs | 60.00 |
| | | Total Professional Fees | | | | 1,500.00 |
| Reimbursable | Prints - 8 1/2 x 11 | 8 1/2 x 11 Prints | 5 | 0.20 | Each | 1.00 |
| Reimbursable | Prints - 11 x 17 | 11 x 17 Prints | 1 | 0.40 | Each | 0.40 |
| Reimbursable | Mileage | Mileage | 61 | 0.50 | Miles | 30.50 |
| | | Total Reimbursable Expenses | | | | 31.90 |

| | |
|---|---|
| **Total** | $1,531.90 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,531.90 |

Services performed through March 26, 2010

650408[?]
402
4/12/10 JW

EXHIBIT 25, p. 000138