## STATEMENT SUMMARY AS OF APR 27, 2010

| | Account No. | 023-911-419-7 |
|---|---|---|

**MAY 2010**

| | Account Balance |
|---|---|
| Balance as of last billing | $657.82 |
| Thank you for your payment(s) | $657.82CR |
| Balance Forward | $.00 |
| | |
| Current Charges | $724.27 |
| CURRENT TOTAL AS OF APR 27, 2010 | $724.27 |

Statement Due Date May 17, 201    EMENT    ($724.27)

65 04080
430
9244
5/4/10
pw

For information, emergencies, to report an outage or for changes to your account, please call 1-888-225-5773.

When paying in person, please present both portions. When mailing remittance, please mail to Puget Sound Energy, BOT-01H, P.O. Box 91269, Bellevue, WA 98009-9269

EXHIBIT 26, p. 000139


## Electric Detail: 408 EVANS BLACK DR, TUKWILA

| Rate/ Dates | Meter Number | Pres Read | Prev Read | Pres Date | Prev Date | Mult | KWH (Usage) | Bill Demand | KVAR Hours | Code | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 24E-C | 2006070617 | 06495 | 05451 | 04/26 | 03/26 | 40 | 1760 | | | ACTL | |
| 03/26/10 03/31/10 Basic Charge | | | | | | | | | | | $4.41 |
| 03/26/10 03/31/10 Energy Charge | | | | | | 330 KWHS @ $.087954 Per KWH | | | | | $29.04 |
| 03/26/10 03/31/10 Electric Conservation Program Charge | | | | | | 330 KWHS @ $.006412 Per KWH | | | | | $.80 |
| 03/26/10 03/31/10 Power Cost Adjustment | | | | | | 330 KWHS @ $.00 Per KWH | | | | | $.00 |
| 03/26/10 03/31/10 Wind Power Production Credit | | | | | | 330 KWHS @ $.001534CR Per KWH | | | | | $.51CR |
| 03/26/10 03/31/10 Merger Credit | | | | | | 330 KWHS @ $.000288CR Per KWH | | | | | $.09CR |
| 03/26/10 03/31/10 Effect Of Tukwila City Tax | | | | | | $33.65 @ $.0657 Per Dollar | | | | | $2.24 |
| | | | | | | **Charge Total** | | | | | **$35.89** |
| 04/01/10 04/07/10 Basic Charge | | | | | | | | | | | $5.14 |
| 04/01/10 04/07/10 Energy Charge | | | | | | 385 KWHS @ $.085028 Per KWH | | | | | $32.74 |
| 04/01/10 04/07/10 Electric Conservation Program Charge | | | | | | 385 KWHS @ $.003981 Per KWH | | | | | $1.53 |
| 04/01/10 04/07/10 Power Cost Adjustment | | | | | | 385 KWHS @ $.00 Per KWH | | | | | $.00 |
| 04/01/10 04/07/10 Wind Power Production Credit | | | | | | 385 KWHS @ $.001534CR Per KWH | | | | | $.59CR |
| 04/01/10 04/07/10 Merger Credit | | | | | | 385 KWHS @ $.000265CR Per KWH | | | | | $.11CR |
| 04/01/10 04/07/10 Effect Of Tukwila City Tax | | | | | | $38.71 @ $.0657 Per Dollar | | | | | $2.55 |
| | | | | | | **Charge Total** | | | | | **$41.28** |
| 04/08/10 04/26/10 Basic Charge | | | | | | | | | | | $14.11 |
| 04/08/10 04/26/10 Energy Charge | | | | | | 1,045 KWHS @ $.088475 Per KWH | | | | | $92.46 |
| 04/08/10 04/26/10 Electric Conservation Program Charge | | | | | | 1,045 KWHS @ $.003981 Per KWH | | | | | $4.16 |
| 04/08/10 04/26/10 Power Cost Adjustment | | | | | | 1,045 KWHS @ $.00 Per KWH | | | | | $.00 |
| 04/08/10 04/26/10 Wind Power Production Credit | | | | | | 1,045 KWHS @ $.001534CR Per KWH | | | | | $1.60CR |
| 04/08/10 04/26/10 Merger Credit | | | | | | 1,045 KWHS @ $.000265CR Per KWH | | | | | $.30CR |
| 04/08/10 04/26/10 Effect Of Tukwila City Tax | | | | | | $106.83 @ $.0657 Per Dollar | | | | | $7.26 |
| | | | | | | **Charge Total** | | | | | **$116.09** |

**Current Electricity Charges** $193.27

On April 08, 2010, a rate change became effective. Your usage charges for the periods before and after this date were calculated separately and are shown in separate sections, since these periods were billed at different rates.

Copies of the rate schedules are available upon request.

A late fee of 1% will apply to overdue charges, if any. Please see the reverse side for details on late payment charges.

A 3.873% state utility tax is included in electric rates charged.



| ENERGY USAGE COMPARISON | |
|---|---|
| For Bill Period | This Year |
| Mar-Apr | |
| No. of days | 32 |
| KWH use | 1760 |
| Avg. KWH use per day | 55 |
| Avg. temp. per day | 47F |

105813

For information, emergencies, to report an outage or for changes to your account, please call 1-888-225-5773.

EXHIBIT 26, p. 000140



Customer    BANK OF AMERICA LEEDE TRUST    **PSE** PUGET SOUND ENERGY

The Energy To Do Great Things

### Gas Detail:    408 EVANS BLACK DR. TUKWILA

| Meter Dates | Meter Number | Pres Read | Prev Read | Pres Date | Prev Date | DCF | BTU Factor | Therms (Usage) | Price per Therm | Code | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 31G-C | 000353951 | 24563 | 24155 | 04/22 | 03/24 | 396 @ | 1.0514 | 416.46 | | ACTL | |
| 31G-C | 000353951 | 24625 | 24563 | 04/26 | 04/22 | 82 @ | 1.0514 | 86.19 | | PRRT | |

| | | | | |
|---|---|---|---|---|
| 03/26/10 03/31/10 | Basic Charge | | | $5.69 |
| 03/26/10 03/31/10 | Delivery Charge | 90.68 Therms @ $.29631 Per Therm | | $26.87 |
| 03/26/10 03/31/10 | Cost of Gas | 90.68 Therms @ $.64931 Per Therm | | $58.88 |
| 03/26/10 03/31/10 | Gas Conservation Program Charge | 90.68 Therms @ $.01447 Per Therm | | $1.31 |
| 03/26/10 03/31/10 | Merger Rate Credit | $0.68 Therms @ $.00376CR Per Therm | | $.34CR |
| 03/26/10 03/31/10 | Effect Of Tukwila City Tax | $92.25 @ $.0657 Per Dollar | | $6.16 |
| | | **Charge Total** | | **$98.51** |
| 04/01/10 04/07/10 | Basic Charge | | | $6.56 |
| 04/01/10 04/07/10 | Delivery Charge | 105.8 Therms @ $.29631 Per Therm | | $31.35 |
| 04/01/10 04/07/10 | Cost of Gas | 105.8 Therms @ $.64931 Per Therm | | $68.70 |
| 04/01/10 04/07/10 | Gas Conservation Program Charge | 105.8 Therms @ $.02097 Per Therm | | $2.22 |
| 04/01/10 04/07/10 | Merger Rate Credit | 105.8 Therms @ $.00376CR Per Therm | | $.40CR |
| 04/01/10 04/07/10 | Effect Of Tukwila City Tax | $108.43 @ $.0667 Per Dollar | | $7.23 |
| | | **Charge Total** | | **$115.66** |
| 04/08/10 04/26/10 | Basic Charge | | | $18.29 |
| 04/08/10 04/26/10 | Delivery Charge | 287.16 Therms @ $.30412 Per Therm | | $87.33 |
| 04/08/10 04/26/10 | Cost of Gas | 287.16 Therms @ $.64931 Per Therm | | $186.48 |
| 04/08/10 04/26/10 | Gas Conservation Program Charge | 287.16 Therms @ $.02097 Per Therm | | $6.02 |
| 04/08/10 04/26/10 | Merger Rate Credit | 287.16 Therms @ $.00376CR Per Therm | | $1.08CR |
| 04/08/10 04/26/10 | Effect Of Tukwila City Tax | $297.02 @ $.0667 Per Dollar | | $19.81 |
| | | **Charge Total** | | **$316.83** |
| | **Current Gas Charges** | | | **$531.00** |

On April 08, 2010, a rate change became effective. Your usage charges for the period before and after this date were calculated separately and are shown in separate sections, since these periods were billed at different rates.

Copies of the rate schedules are available upon request.

A late fee of 1% will apply to overdue charges, if any. Please see the reverse side for details on late payment charges.

A 3.852% state utility tax is included in gas rates charged.



| ENERGY USAGE COMPARISON | |
|---|---|
| For Bill Period | This Year |
| Mar-Apr | |
| No. of days | 32 |
| THRM use | 483.6 |
| Avg. THRM use per day | 15.1 |
| Avg. temp. per day | 47F |

For information, emergencies, to report an outage or for changes to your account, please call 1-888-225-5773.

EXHIBIT 26, p. 000141



405 EVANS BLACK DR TUKWILA, WA 98168

| Account | Billing Date | Due Date | Balance | Payment | Bal Adjust | Amount Due |
|---|---|---|---|---|---|---|
| 08-0460-0000 | 04/30/2010 | 05/10/2010 | 186.33 | 186.33 | 218.98 | 218.98 |

| Date | Service Fees | | Transaction Balance | | Amount |
|---|---|---|---|---|---|
| 03/31/2010 | **Previous Balance** | | | | 186.33 |
| 04/08/2010 | **Payment/Credit Applied - Thank You** | | | | 186.33 CR |
| | Account #: 08-0460-0000 | Service Location: **405 EVANS BLACK DR** | | | |
| 04/30/2010 | **Billing** | | | | 218.98 |
| | Fireline - Fireline 8 Inch | | | | 96.00 |
| | Metro - Metro C/I and Multi Fam | | | | 34.03 |
| | Sewer - Commercial/Industrial Sewer | | | | 24.99 |
| | Water - Water 1 Inch | | | | 63.96 |

6504080

400 428

| | Due Date: 05/10/2010 | Amount Due: | 218.98 |
|---|---|---|---|

| Meter # | Prev Date | Prev Read 1 | Prev Read 2 | Curr Date | Curr Read 1 | Curr Read 2 | Totals Cons |
|---|---|---|---|---|---|---|---|
| 19539799 | 3/16/10 | 554 | 0 | 4/15/10 | 562 | 0 | 8 |

| | Consumption Comparison | | |
|---|---|---|---|
| | This Period | Same period last year | Change |
| Consumption | 8 | 0 | 8 |

PLEASE TRY PAYING YOUR BILL ONLINE @ https://secure.ci.tukwila.wa.us/
BY UTILIZING THIS FEATURE YOUR PAYMENT WILL BE AUTOMATICALLY POSTED TO YOUR ACCOUNT AND YOU WON'T HAVE TO
WORRY ABOUT WHETHER WE RECEIVED YOUR CHECK IN THE MAIL.
IF YOU ARE EXPERIENCING DIFFICULTIES LOGGING ON PLEASE CALL 206-433-1835 DURING BUSINESS HOURS.
8:30AM - 5:00PM
Please keep water meter free of all debris.

*Remit To :* City of Tukwila · PO Box 58424, Tukwila, WA 98138-1424 · PH: (206) 433-1849



# Earthworks
### LANDSCAPE SERVICES, INC.
12518 Evergreen Drive • Mukilteo, WA 98275

(425) 493-1100 • FAX (425) 493-1718 • TOLL FREE (866) 637-8998
www.earthworkslsi.com

**INVOICE**

| DATE | INVOICE NO. |
|---|---|
| 5/1/2010 | 45335 |

BILL TO:

Leede Fund
C/o Bank of America RES
WA1-501-15-08
P.O. Box 34629
Seattle, WA 98124

| P.O. NUMBER | TERMS | PROJECT |
|---|---|---|
| | Net 30 | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | May 2010 landscape maintenance per contract. | 270.00 | 270.00T |
| | Sales Tax | 9.50% | 25.65 |

6504080
480
51010

| | TOTAL |
|---|---|
| Please put invoice number on your check. | $295.65 |

## Margeson, John T

| | |
|---|---|
| **From:** | Chuck CDA [chuck@cda-group.net] |
| **Sent:** | Thursday, November 12, 2009 11:23 AM |
| **To:** | Margeson, John T |
| **Cc:** | Frieberg, Barbara J |
| **Subject:** | Pest Maintenance |

Please issue/ revise:

We are paying Village Partners Southcenter LLC (prior memo) for Pest Control – unfortunately their original quote did not include the sales tax.

They need a check for $19.57 for the tax on the initial treatment, and

Monthly checks – due on the 1st of the month, starting Dec 1 will be $52.76 (revised from $48 in the prior memo).

Thank you,
Chuck

*all months beg 12/09*

*650H080*
*11/16/09*

1

# PERKINS
## GLASS & MIRROR CO., INS.

WINDOW GLASS
WIRE GLASS
OBSCURE GLASS

PLATE GLASS
ALUM. DOORS
MIRRORS

(206) 322-4949

1420 Broadway
Seattle, Wash. 98122
E-mail: perkinsglassseattle.com

FAX: (206) 322-7013

Customer's
Order No.

Name _Luder, LLC_    Date _5/4_ 20 _10_

Address _Church Inter_    206 525 3041

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RETD. | PAID OUT |
|---|---|---|---|---|---|---|
| | | ✓ | | | | |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | at: _906 Edgars Black Dark_ | | |
| | _Take it w/m._ | | |
| | | | |
| | _Call Mike Hemphill @ 206 336 53 85_ | | |
| | _for access to bldg._ | | |
| | _(or Shane Cook -)_ | | |
| | _-> cell # 206 550 4174 Mike_ | | |
| | _remove stop on header no doors can_ | | |
| | _swing in -_ | | |
| | _Place stop on outside so they shut_ | | |
| | _swing out_ | | |
| | _Provide push/pull signs - attach to_ | 10 | |
| | _glass -_ | 24 | |
| | | 100 | |
| | FAX | 9 | |
| | TOTAL | 141 25 | |

NOT RESPONSIBLE FOR ARTICLES LEFT ON PREMISES.
FOR GLASS OR MIRROR REPLACEMENTS.
All claims and returned goods MUST be accompanied by this bill.

143015    Received
By

FOR REORDER CALL BUSINESS FORMS PLUS • (425) 672-9595

6504080.
425   5/14/10




**CB RICHARD ELLIS**



# INVOICE

1420 Fifth Avenue, Suite 1700
Seattle, WA 98101
Phone 206.292.1600
Fax 206.292.6033

VOUCHER ID: B10-298
DATE: May 6, 2010
BROKERS: Geoff Pendergast
Kevin Murray

BILL TO: The Andover Company
Attn: Mike Hemphill
815 Baker Blvd. Suite 200
Tukwila, WA 98188

LESSOR: CS & JH Leede, LLC

LESSEE: WesTower Communications, Inc..

| PROPERTY INFORMATION |
|---|
| Address: 406 Evans Black Drive, Tukwila, WA |

| CONSIDERATION | | | | | |
|---|---|---|---|---|---|
| DESCRIPTION | # PAYMENTS | PAYMENT AMOUNT | CONSIDERATION | COMMISSION | COMMISSION AMOUNT |
| Monthly Rent | 2 | $ - | $ - | 0.00% | $ - |
| Monthly Rent | 1 | $ 3,185.00 | $ 3,185.00 | 5.00% | $ 159.25 |
| Monthly Rent | 9 | $ 8,500.00 | $ 76,500.00 | 5.00% | $ 3,825.00 |
| Monthly Rent | 12 | $ 8,755.00 | $ 105,060.00 | 5.00% | $ 5,253.00 |
| Monthly Rent | 12 | $ 9,017.00 | $ 108,204.00 | 5.00% | $ 5,410.20 |
| Monthly Rent | 12 | $ 9,288.00 | $ 111,456.00 | 5.00% | $ 5,572.80 |
| Monthly Rent | 12 | $ 9,586.00 | $ 114,792.00 | 5.00% | $ 5,739.60 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | TOTAL CONSIDERATION | $ 519,197.00 | TOTAL | $ 25,959.85 |

| COMMISSION CALCULATION | |
|---|---|
| TOTAL COMMISSION | $ 25,959.85 |
| OUTSIDE BROKER PAID DIRECT | |
| TOTAL AMOUNT DUE TO CB RICHARD ELLIS | $ 25,959.85 |
| AMOUNT PAID | |
| 1/2 at Lease signature | $ 12,979.93 |
| 1/2 at Lease Effectivity (Rent as paid) | $ 12,979.93 |

CWD
CWD

6504080
434
5/14/10

| REMITTANCE | |
|---|---|
| Lockbox | CB RICHARD ELLIS, Inc. |
| Information | File N054043 Los Angeles 2103 |
| | LA Angeles CA 90074-2103 |

If you have any questions, please call
Carolann Andrews 206-292-6011 or
email carolann.andrews@cbre.com

Note: Please include a copy of the billing invoice and refer to Voucher ID on your check upon remittance.



**THE ANDOVER COMPANY, INC.**
CORPORATE REAL ESTATE

415 Baker Boulevard, Suite 200
Seattle, WA 98188
Office (206) 244-0770 Fax (206) 246-9229
www.andoverco.com

| Statement No. | 3662 |
| Date: | 5/5/2010 |

**INDUSTRIAL LEASE STATEMENT**

| CS&H Leede, LLC |
| 9539 NE First St. |
| Bellevue, WA 98004 |
| ATTN: Chuck Doland |

Andover Agent: Mike Hemphill
Andover Agent: Shane Crook
Lessee: WestTower Communications Inc.
Lessor: CS&H Leede, LLC
SF: 15,860
Commencement Date: 6/15/2010

**PROPERTY INFORMATION:**

| Name | | | | |
|---|---|---|---|---|
| Evans Black Building | | | 406 Evans Black Drive | |
| | | | Tukwila, WA 98188 | |

**CONSIDERATION:**

| Months | Amount | | | Amount | | | % Commission | |
|---|---|---|---|---|---|---|---|---|
| Months 1-2 | $0.00 | 2 | | $0.00 | | 2.50% | | $0.00 |
| Month 3 | $3,185.00 | 1 | | $3,185.00 | | 2.50% | | $79.63 |
| Months 4-12 | $8,500.00 | 9 | | $76,500.00 | | 2.50% | | $1,912.50 |
| Months 13-24 | $8,755.00 | 12 | | $105,060.00 | | 2.50% | | $2,626.50 |
| Months 25-36 | $9,017.00 | 12 | | $108,204.00 | | 2.50% | | $2,705.10 |
| Months 37-48 | $9,288.00 | 12 | | $111,456.00 | | 2.50% | | $2,786.40 |
| Months 49-60 | $9,566.00 | 12 | | $114,792.00 | | 2.50% | | $2,869.80 |
| | | Total: | | $519,197.00 | | Total: | | $12,979.93 |

| Total Amount Due The Andover Company: | $12,979.93 |
|---|---|

Payment Due Date: first half due upon receipt
second half due June 15, 2010

6504080

½ due now.  $6,489.97
434

**COMMENTS:**

5/7/10

Please remit payment to:
The Andover Company
c/o Leslie Harper
415 Baker Boulevard, Suite 200
Tukwila, WA 98188
Phone: 206-244-0770
E-mail: lharper@andoverco.com

Note: Please include a copy of this billing invoice and refer to the Statement No. on your check upon remittance

**CORFAC** International

EXHIBIT 26, p. 000147



**CDA Group**
9539 NE 1st St
Bellevue WA 98004
EIN: 37-1449722

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 5/12/2010 | 76009.09 |

| BILL TO |
|---------|
| CS&JH Leede, LLC<br>9539 NE 1st St<br>Bellevue WA |

| P.O. NO. | TERMS | PROJECT |
|----------|-------|---------|

| Hours | DESCRIPTION | RATE | AMOUNT |
|-------|-------------|------|--------|
| | Install and Wood Heater, Expansion Tank, Repair Wall | 900.00 | 900.00 |
| | Sales Tax | 8.80% = 79.20 | 0.00 |

| **Total** | |
|-----------|-|

| Phone # | E-mail |
|---------|--------|
| 206-595-3041 | chuck@cda-gropup.net |

6504080
425
5/14/10

## Margeson, John T

| | |
|---|---|
| **From:** | Chuck CDA [chuck@cda-group.net] |
| **Sent:** | Thursday, May 13, 2010 9:44 AM |
| **To:** | Margeson, John T |
| **Subject:** | Fwd: Westower 406 Evans Black Drive - Progress Permit Set |

John
Please prepare a check for Tukwila as noted
Send to George at Marvin Stein

Chuck Doland
From my iPhone
206.595.3041

Begin forwarded message:

> **From:** "George Goodfellow" <g.goodfellow@marvinstein.com>
> **Date:** May 13, 2010 8:34:06 AM PDT
> **To:** "Chuck CDA" <chuck@cda-group.net>
> **Cc:** "Steve Navarro" <S.Navarro@marvinstein.com>
> **Subject: RE: Westower 406 Evans Black Drive - Progress Permit Set**
>
> Hi Chuck,
>
> The total construction cost less MPE & FP is about $61,000.00
> The City of Tukwila permit fee is quoted at:
>
> Intake fee: $695.96
> Balance due on issuance: $1,075.20
> Total building permit fee: $1,771.16
>
> The MPE & FP permits are purchased and pulled by the GC.
> Make check payable to the City of Tukwila for the intake fee.
> Provide general contractors registration & City of Tukwila business license numbers.
> Forward the check for permit intake to may attention here at MSA.
>
> Permit review period is 3 to 4 weeks.
>
> Thank you.
>
> George Goodfellow
> g.goodfellow@marvinstein.com

---

**From:** Chuck CDA [mailto:chuck@cda-group.net]
**Sent:** Thursday, May 13, 2010 6:53 AM
**To:** George Goodfellow
**Subject:** RE: Westower 406 Evans Black Drive - Progress Permit Set

George,

1

EXHIBIT 26, p. 000149

**STATEMENT SUMMARY AS OF MAY 28, 2010**

Account No. 033-911-4127

Account Balance

Balance as of last billing .......... $724.37

Thank you for your payment(s) .......... $724.37CR

Balance Forward .......... $.00

JUN
2010

Current Charges .......... $480.65

CURRENT TOTAL AS OF MAY 28, 2010 .......... $480.65

Statement Due Date Jun 18, 2010 .......... $480.65

Your electric bill, effective May 1, includes a new line item, Regulatory Asset Tracker, related to charges associated with a generating plant previously included in the Energy Charge. This transfer does not affect the total rate you pay for electricity.

6504080
443430
9244
6/9/10

For information, emergencies, to report an outage or for changes to your account, please call 1-888-225-5773.

When paying in person, please present both portions. When mailing remittance, please mail to Puget Sound Energy, BOT-01H, P.O. Box 91269, Bellevue, WA 98009-9269.

EXHIBIT 27, p. 000150

Customer    BANK OF AMERICA LEEDE TRUST  **PUGET SOUND ENERGY**

*The Energy To Do Great Things*

Page 2 of 3

Account No.   028-011-419-7

## Electric Detail:    406 EVANS BLACK DR, TUKWILA

| Rate/ Dates | Meter Number | Pres Read | Prev Read | Pres Date | Prev Date | Mult | Kwh (Usage) | Bill Demand | KVAR Hours | Code | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 24E-C | 20060708I7 | 05612 | 05495 | 05/25 | 04/26 | 40 | 680 | | | ACTL | |
| 04/27/10 04/30/10 Basic Charge | | | | | | | | | | | $3.26 |
| 04/27/10 04/30/10 Energy Charge | | | | | | | 93.79 KWHS @ $.089475 Per KWH | | | | $8.39 |
| 04/27/10 04/30/10 Electric Conservation Program Charge | | | | | | | 93.79 KWHS @ $.003961 Per KWH | | | | $.37 |
| 04/27/10 04/30/10 Power Cost Adjustment | | | | | | | 93.79 KWHS @ $.00 Per KWH | | | | $.00 |
| 04/27/10 04/30/10 Wind Power Production Credit | | | | | | | 93.79 KWHS @ $.001594CR Per KWH | | | | $.14CR |
| 04/27/10 04/30/50 Merger Credit | | | | | | | 93.79 KWHS @ $.000285CR Per KWH | | | | $.03CR |
| 04/27/10 04/30/10 Effect Of Tukwila City Tax | | | | | | | $11.78 @ $.0667 Per Dollar | | | | $.79 |
| | | | | | | | **Charge Total** | | | | **$12.57** |
| 05/01/10 05/25/10 Basic Charge | | | | | | | | | | | $20.45 |
| 05/01/10 05/25/10 Energy Charge | | | | | | | 586.21 KWHS @ $.086963 Per KWH | | | | $50.35 |
| 05/01/10 05/25/10 Electric Conservation Program Charge | | | | | | | 586.21 KWHS @ $.003961 Per KWH | | | | $2.32 |
| 05/01/10 05/25/10 Power Cost Adjustment | | | | | | | 586.21 KWHS @ $.00 Per KWH | | | | $.00 |
| 05/01/10 05/25/10 Wind Power Production Credit | | | | | | | 586.21 KWHS @ $.001534CR Per KWH | | | | $.90CR |
| 05/01/10 05/25/10 Merger Credit | | | | | | | 586.21 KWHS @ $.000285CR Per KWH | | | | $.17CR |
| 05/01/10 05/25/10 Regulatory Asset Tracker | | | | | | | 586.21 KWHS @ $.002512 Per KWH | | | | $1.47 |
| 05/01/10 05/25/10 Effect Of Tukwila City Tax | | | | | | | $72.60 @ $.0667 per Dollar | | | | $4.61 |
| | | | | | | | **Charge Total** | | | | **$78.51** |
| | | | | | | | **Current Electricity Charges** | | | | **$91.08** |

On May 01, 2010, a change to your bill became effective. Your usage charges for the periods before and after this date were calculated separately and are shown in separate sections, since these periods were billed differently.

Copies of the rate schedules are available upon request.

A late fee of 1% will apply to overdue charges, if any. Please see the reverse side for details on late payment charges.

A 3.873% state utility tax is included in electric rates charged.



| ENERGY USAGE COMPARISON | |
|---|---|
| For Bill Period | This Year |
| Apr-May | |
| No. of days | 29 |
| KWH use | 680 |
| Avg. KWH use per day | 23.4 |
| Avg. temp. per day | 51F |

## Gas Detail:    406 EVANS BLACK DR, TUKWILA

| Rate/ Dates | Meter Number | Pres Read | Prev Read | Pres Date | Prev Date | CCF | BTU Factor | Therms (Usage) | Price per Therm | Code | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 31G-C | 000953261 | 24953 | 24625 | 05/24 | 04/26 | 328 @ | 1.0504 | 344.53 | | ACTL | |
| 04/27/10 05/25/10 Basic Charge | | | | | | | | | | | $30.80 |
| 04/27/10 05/25/10 Delivery Charge | | | | | | | | 344.53 Therms @ $.30412 Per Therm | | | $104.76 |
| 04/27/10 05/25/10 Cost of Gas | | | | | | | | 344.53 Therms @ $.64931 Per Therm | | | $223.71 |
| 04/27/10 05/25/10 Gas Conservation Program Charge | | | | | | | | 344.53 Therms @ $.02097 Per Therm | | | $7.22 |
| 04/27/10 05/25/10 Merger Rate Credit | | | | | | | | 344.53 Therms @ $.00376CR Per Therm | | | $1.30CR |
| 04/27/10 05/25/10 Effect Of Tukwila City Tax | | | | | | | | $365.21 @ $.0667 Per Dollar | | | $24.36 |
| | | | | | | | | **Current Gas Charges** | | | **$389.57** |

A late fee of 1% will apply to overdue charges, if any. Please see the reverse side for details on late payment charges.

A 3.852% state utility tax is included in gas rates charged.

063496

For information, emergencies, to report an outage or for changes to your account, please call 1-888-225-5773.

**PSE** **PUGET SOUND ENERGY**
*The Energy To Do Great Things*
Page 3 of 3

Account No.   028-911-412-7



| ENERGY USAGE COMPARISON | |
|---|---|
| For Bill Period | This Year |
| Apr-May | |
| No. of days | 29 |
| THRM use | 344.5 |
| Avg. THRM use per day | 11.6 |
| Avg. temp. per day | 51.8 |

063500

For information, emergencies, to report an outage or for changes to your account, please call 1-888-225-5773.

EXHIBIT 27, p. 000152



405 EVANS BLACK DR, TUKWILA, WA 98188

| Account | Bill Date | Due Date | Previous | Payments | Balance | Amount Due |
|---|---|---|---|---|---|---|
| 08-0460-0000 | 05/31/2010 | 06/10/2010 | 218.98 | 218.98 | 273.96 | 273.96 |

| Date | | Amount |
|---|---|---|
| 04/30/2010 | Previous Balance | 218.98 |
| 05/10/2010 | Payment/Credit Applied - Thank You | 218.98 CR |
| | Account #: 08-0460-0000   Service Location: 405 EVANS BLACK DR | |
| 05/31/2010 | Billing | 273.96 |
| | Fireline - Fireline 8 Inch | 96.00 |
| | Metro - Metro C/I and Multi Fam | 55.29 |
| | Sewer - Commercial/Industrial Sewer | 40.61 |
| | Water - Water 1 Inch | 82.06 |

*(handwritten: 6504080, 428, 6/11/0)*

| | Due Date: 06/10/2010 | Amount Due: | 273.96 |
|---|---|---|---|

| Meter #<br>19538799 | Prev Date<br>4/15/10 | Prev Read 1<br>662 | Prev Read 2<br>0 | Curr Date<br>5/14/10 | Curr Read 1<br>675 | Curr Read 2<br>0 | Totals Cons<br>13 |
|---|---|---|---|---|---|---|---|

| Consumption Comparison | | | |
|---|---|---|---|
| | This Period | Same period last year | Change |
| Consumption | 13 | 0 | 13 |

Pay your bill online August, September & October and you could be eligible for a $100.00 credit to your account.
See July Hazelnut or City of Tukwila's website for contest details.

TRY PAYING YOUR BILL ONLINE @      https://secure.ci.tukwila.wa.us/
BY UTILIZING THIS FEATURE YOUR PAYMENT WILL BE AUTOMATICALLY POSTED TO YOUR ACCOUNT
IF YOU ARE EXPERIENCING DIFFICULTIES LOGGING ON PLEASE CALL 206-433-1835 DURING BUSINESS HOURS.
8:30AM - 5:00PM
The next billing will reflect Summer Rates.

Remit To : City of Tukwila · PO Box 58424, Tukwila, WA 98138-1424 · PH: (206) 433-1849



**Earthworks**
LANDSCAPE SERVICES, INC.

12518 Evergreen Drive • Mukilteo, WA 98275

(425) 493-1100 • FAX (425) 493-1715 • TOLL FREE (866) 637-5296
www.earthworkslsi.com

BILL TO:

Leeds Fund
C/o Bank of America RES
WA1-501-15-08
P.O. Box 34938
Seattle, WA 98124

# INVOICE

| DATE | INVOICE NO. |
|------|-------------|
| 6/1/2010 | 43846 |

| P.O. NUMBER | TERMS | PROJECT |
|-------------|-------|---------|
|  | Net 30 |  |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
|  | June 2010 landscape maintenance per contract | 270.00 | 270.00T |
|  | Sales Tax | 9.50% | 25.65 |

6504080
480  6/7/10

Please put invoice number on your check.

| TOTAL | $295.65 |
|-------|---------|

| | |
|---|---|
| From: | Chuck CDA [chuck@cda-group.net] |
| Sent: | Thursday, November 12, 2009 11:23 AM |
| To: | Margeson, John T |
| Cc: | Frieberg, Barbara J |
| Subject: | Pest Maintenance |

Please issue/ revise:

We are paying Village Partners Southcenter, LLC (prior memo) for Pest Control – unfortunately their original quote did not include the sales tax....

They need a check for $19.67 for the tax on the initial treatment, and

Monthly checks - due on the 1st of the month starting Dec. will be $52.26 (revised from $48 in the prior memo).

Thank you,
Chuck

*[handwritten notes: "all months beg 12/09", "650.0 00", "11", "11/16/09"]*

1

Co-Op Air Conditioning & Heating
6424 S. 143rd Pl.
Tukwila, WA 98168-4604

# Invoice

| Date | Invoice/Job # |
|------|---------------|
| 6/9/2010 | 8376S |

**Bank of America Real Estate Services**
WA1-501-15-08
P.O. Box 34029
Seattle WA 98124

Job Location

| P.O. No. | Terms | Rep |
|----------|-------|-----|
|  | Net 30 days | Al |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| Member | SCOPE OF WORK: HEAT WILL NOT SHUT OFF<br>--FOUND TIME DELAY SEQUENCER WOULD NOT LET UNIT SHUT OFF IN HEATING<br>--CHECKED T-STAT AND FOUND NO CALL FOR HEAT<br>--WENT TO UNIT AND REMOVED T-STAT WIRES AND UNIT STILL RAN<br>--CHECKED AND FOUND 24 VOLTS COMING FROM TIME DELAY SEQUENCER KEEPING UNIT ON<br>--NEED TO ORDER & RETURN WITH NEW SEQUENCER<br>--ALSO REMOVED PLUGGED FILTERS - NEED TO RETURN WITH (1) 20X25X2 & (1) 14X25X2<br><br>06/10<br>--PICKED UP TIME DELAY SEQ. AND FILTERS AND RETURNED TO JOB<br>--REPLACED SEQUENCER AND FOUND SHORTED WIRE AT CONTROL BOARD - REPAIRED<br>--TESTED UNIT AFTER REPAIR - UNIT IS WORKING PROPERLY AT THIS TIME<br>--INSTALLED NEW FILTERS | 5.5 | 82.00 | 451.00T |
| Service-P... | 3 STACK 24 VOLT SEQUENCER | 1 | 112.50 | 112.50T |
| Filters | 14X25X2 PLEATED FILTER | 1 | 9.35 | 9.35T |
| Filters | 20X25X2 PLEATED FILTER | 1 | 10.68 | 10.68T |
| Fuel Surc... | FUEL SURCHARGE | 1 | 6.00 | 6.00T |
| Rags, Scr... | RAGS, SCRUBS, ETC | 1 | 4.70 | 4.70T |

*6504080 6/23/10*
*420 JW*

*Thank you for putting your trust in our company.*
*We appreciate your business!*

**PLEASE PAY FROM THIS INVOICE**
**NO STATEMENT WILL BE SENT**

| Office<br>206-241-1535 | E-mail Address<br>info@coachnw.net |
|---|---|

| | |
|---|---|
| Subtotal | $594.23 |
| Sales Tax (9.5%) | $56.45 |
| Total | $650.68 |
| Payments/Credits | $0.00 |
| Balance Due | $650.68 |

Marvin Stein Associates llc                                Invoice

9221 156th Avenue
Seattle, WA 98311
(206) 941-1445

404 Brian Black B/AC
CDA Group
Chris Doland
5520 NE 33rd Street
Bellevue, WA 98000

EXHIBIT 27, p. 000157



Marvin Stein **&** Associates, LLC
planning & design

2221 Fifth Avenue
Seattle, WA 98121
(206) 441-1449
(206) 441-4361 Fax

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 4/30/2010 | 46999 |

**Bill To**

406 Evans Black Drive
CDA Group
Chuck Doland
9539 NE First Street
Bellevue, WA 98004

**Ship To**

406 Evans Black Drive

| | |
|---|---|
| 10017.000 | WesTower Communications |

| Item | Description | Amount Due |
|------|-------------|------------|
| Working Drawings | Fixed Fee at $4850.00 for Working Drawings see Contract dated 4/5/2010 30% Complete | 1,455.00 |
| | Total Professional Fees | 1,455.00 |

6504080
402
6/17/10

| | |
|---|---|
| **Total** | $1,455.00 |
| **Balance Due** | $1,455.00 |

EXHIBIT 27, p. 000158

**From:** Chuck CDA [chuck@cda-group.net]
**Sent:** Thursday, May 13, 2010 9:44 AM
**To:** Margeson, John T
**Subject:** Fwd: Westower 406 Evans Black Drive - Progress Permit Set

John
Please prepare a check for Tukwila as noted
Send to George at Marvin Stein

Chuck Doland
From my iPhone
206.595.3041

Begin forwarded message:

> **From:** "George Goodfellow" <g.goodfellow@marvinstein.com>
> **Date:** May 13, 2010 8:34:06 AM PDT
> **To:** "Chuck CDA" <chuck@cda-group.net>
> **Cc:** "Steve Navarro" <S.Navarro@marvinstein.com>
> **Subject:** RE: Westower 406 Evans Black Drive - Progress Permit Set

> Hi Chuck,

> The total construction cost less MPE & FP is about $61,000.00
> The City of Tukwila permit fee is quoted at:

> Intake fee: $695.96
> Balance due on Issuance: $1,075.20
> Total building permit fee: $1,771.16

> The MPE & FP permits are purchased and pulled by the GC.
> Make check payable to the City of Tukwila for the Intake fee.
> Provide general contractors registration & City of Tukwila business license numbers.
> Forward the check for permit intake to my attention here at MSA.

> Permit review period is 3 to 4 weeks.

> Thank you.

> George Goodfellow
> g.goodfellow@marvinstein.com

> ---

> **From:** Chuck CDA [mailto:chuck@cda-group.net]
> **Sent:** Thursday, May 13, 2010 6:53 AM
> **To:** George Goodfellow
> **Subject:** RE: Westower 406 Evans Black Drive - Progress Permit Set

> George,

1

EXHIBIT 27, p. 000159

 STRUCTURAL ENGINEERS

**Engineers Northwest Inc., P.S.**

May 17, 2010

C S & J H *LEEDE, LLC*
~~CDA GROUP~~
9539 NE First St.
Bellevue, WA 98004

ATTN: Chuck Doland

RE:  Westower Communication
     406 Evan Black Drive, Tukwila, WA
     Rooftop Mechanical Unit
     ENW Project No. 10-000037

Mr. Doland:

The following proposal is for ~~structural engineering services to be~~ provided by Engineers Northwest for the above referenced project. The following is my understanding of the scope of work:

- Review existing structure.
- Review existing roof framing to accommodate new rooftop mechanical unit.
- Provide calculations and drawings to the Building Department.
- Provide CAD drawing on 24x36 sheets for Building Department review.
- One (1) site visit.

Our compensation shall be ~~$675.00 lump sum fee~~ Fees are subject to an hourly rate adjustment if services provided have not been completed within one (1) year from the date of building permit submittal. Extra services will be billed on an hourly basis. Printing and deliveries will be billed as reimbursables with 15% markup. Invoices will be submitted once per month and are payable upon receipt. If this proposal meets with your approval, please sign one copy and return it to our office.

Sincerely,

ENGINEERS NORTHWEST, INC., P.S.

*[signature]*

Dale Kaemingk, P.E.
Vice President

*[handwritten: 65040 80]*
*[handwritten: 402]*
*[handwritten: 6/8/10]*

*[signature]*                                      6/1/2010
Accepted and Approved                              Date
~~CDA GROUP~~
C S & J H *LEEDE, LLC*

DK:jk

We get
buildings
built.

6869 Woodlawn Avenue NE • Seattle, WA 98115
206.525.7560 • fax 206.522.8599
www.engineersnw.com

EXHIBIT 27, p. 000160



# SUNSET BUILDERS

### I·N·C·O·R·P·O·R·A·T·E·D

COMMERCIAL TENANT IMPROVEMENT CONTRACTOR
www.sunsetbuildersinc.com

## INVOICE/STATEMENT

| DATE | INVOICE# |
|---|---|
| 06/24/2010 | #1 |

| PO NUMBER | CONTRACT # |
|---|---|
| Contract | 10-014.06 |

**BILL TO:**
CS & JH Leede, LLC
9539 NE First St.
Bellevue, WA 98004
Attn: Chuck Deland

**PROJECT LOCATION:**
WesTower Communications
406 Evans-Black Drive
Tukwila, WA

Progress Billing #1 for work completed per SBI
Contract #10-014.06 thru June 30, 2010.

| DESCRIPTION | | BASE BID | % | | AMOUNT |
|---|---|---|---|---|---|
| Demolition | $ | 7,611.00 | 100% | $ | 7,611.00 |
| Framing & Sheetrock | $ | 13,163.00 | 70% | $ | 9,214.10 |
| T-Bar Ceilings | $ | 4,558.00 | 70% | $ | 3,190.60 |
| Sprinklers | $ | 4,846.00 | 80% | $ | 3,876.80 |
| Electrical | $ | 9,390.00 | 75% | $ | 7,042.50 |
| Plumbing | $ | 2,650.00 | 100% | $ | 2,650.00 |
| HVAC | $ | 14,631.00 | 100% | $ | 14,631.00 |
| Roofing | $ | 595.00 | 100% | $ | 595.00 |
| Fire Alarms | $ | 4,502.00 | 90% | $ | 4,051.80 |
| Doors & Trim | $ | 6,192.00 | 60% | $ | 3,715.20 |
| Painting | $ | 2,977.00 | 0% | $ | - |
| Glass Entry Doors | | N/C | 100% | $ | - |
| Flooring | $ | 6,988.00 | 50% | $ | 3,494.00 |
| Overhead Garage Door Installation | $ | 2,758.00 | 100% | $ | 2,758.00 |
| Contractor's Supervision | $ | 2,000.00 | 84% | $ | 1,680.00 |
| Clean Up | $ | 791.00 | 0% | $ | - |
| Contractor's Overhead & Fee | $ | 7,703.00 | 84% | $ | 6,470.52 |
| | | | | | |
| *Add'l Items* | | | | | |
| Change Order #1 | $ | 274.00 | 100% | $ | 274.00 |
| | | | | | |
| | | | | | |
| **Job Subtotal** | | | | $ | 71,254.52 |
| WSST @ 9.5% (LOC 1729) | | | | $ | 6,769.18 |
| **JOB BILLING TOTAL:** | | | | $ | 78,023.70 |

8/9/10
pw 650 4080
P-450
Tenant Improvements

**This Amount Now Due**          $ 78,023.70
Thank you, Chuck, for your business!
Terms: Payable Upon Receipt, 1.5% Late Fee After 15 Days.

---

SUNSET BUILDERS INC. • "Building Around the Sound Since 1980" • WA Lic.# SUNSEBI*140L5 • OR Lic.# 184976
3108 "C" St. SE • Auburn, WA 98002 • (253) 939-8474 • TACOMA (253) 863-3888 • FAX (253) 735-6302