| STATEMENT SUMMARY AS OF JUN 25, 2010 | Account No. | 023-911-412-7 |
| --- | --- | --- |

**Account Balance**

| Balance as of last billing | $480.65 |
| --- | --- |
| Thank you for your payment(s) | $480.65CR |
| Balance Forward | $.00 |
| Current Charges | $344.60 |
| CURRENT TOTAL AS OF JUN 25, 20 | $344.60 |

JUL 2010

| Statement Due Date Jul 16, 2010 | AMOUNT DUE THIS STATEMENT | $344.60 |
| --- | --- | --- |

Due to the expiration of a 12-month credit passed through to customers, your natural gas bill this month reflects an increase averaging 2.2 percent, effective June 1.

**Electric Detail:**  406 EVANS BLACK DR, TUKWILA

| Rate/ Dates | Meter Number | Pres Read | Prev Read | Pres Date | Prev Date | Mult | KWH (Usage) | Bill Demand | KVAR Hours | Code | Amount |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 24E-C | Z006070617 | 05531 | 05512 | 06/24 | 05/25 | 40 | 760 | | | ACTL | |
| 05/26/10 06/24/10 | Basic Charge | | | | | | | | | | $23.76 |
| 05/26/10 06/24/10 | Energy Charge | | | | 760 KWHS @ $.085963 Per KWH | | | | | | $65.33 |
| 05/26/10 06/24/10 | Electric Conservation Program Charge | | | | 760 KWHS @ $.003981 Per KWH | | | | | | $3.03 |
| 05/26/10 06/24/10 | Power Cost Adjustment | | | | 760 KWHS @ $.00 Per KWH | | | | | | $.00 |
| 05/26/10 06/24/10 | Wind Power Production Credit | | | | 760 KWHS @ $.001534CR Per KWH | | | | | | $1.17CR |
| 05/26/10 06/24/10 | Merger Credit | | | | 760 KWHS @ $.000285CR Per KWH | | | | | | $.22CR |
| 05/26/10 06/24/10 | Regulatory Asset Tracker | | | | 760 KWHS @ $.002512 Per KWH | | | | | | $1.91 |
| 05/26/10 06/24/10 | Effect Of Tukwila City Tax | | | | $92.64 @ $.0667 Per Dollar | | | | | | $6.18 |

**Current Electricity Charges**  $98.82

A late fee of 1% will apply to overdue charges, if any.  Please see the reverse side for details on late payment charges.

A 3.873% state utility tax is included in electric rates charged.



| ENERGY USAGE COMPARISON | |
| --- | --- |
| For Bill Period | This Year |
| May-Jun | |
| No. of days | 30 |
| KWH use | 760 |
| Avg. KWH use per day | 25.3 |
| Avg. temp. per day | 55F |

**For information, emergencies, to report an outage or for changes to your account, please call 1-888-225-5773.**

When paying in person, please present both portions.  When mailing remittance, please mail to Puget Sound Energy, BOT-01H, P.O. Box 91269, Bellevue, WA 98009-9269

EXHIBIT 28, p. 000162


Account No.     023-911-412-7

**Gas Detail:**     406 EVANS BLACK DR, TUKWILA

| Rate/ Dates | Meter Number | Pres Read | Prev Read | Pres Date | Prev Date | CCF | BTU Factor | Therms (Usage) | Price per Therm | Code | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 31G-C | 000953251 | 25145 | 24953 | 06/23 | 05/24 | 192 @ | 1.0504 | 201.68 | | ACTL | |

| | | | |
|---|---|---|---|
| 05/26/10 05/31/10 | Basic Charge | | $6.16 |
| 05/26/10 05/31/10 | Delivery Charge | 40.34 Therms @ $.30412 Per Therm | $12.27 |
| 05/26/10 05/31/10 | Cost of Gas | 40.34 Therms @ $.64931 Per Therm | $26.19 |
| 05/26/10 05/31/10 | Gas Conservation Program Charge | 40.34 Therms @ $.02097 Per Therm | $.85 |
| 05/26/10 05/31/10 | Merger Rate Credit | 40.34 Therms @ $.00376CR Per Therm | $.15CR |
| 05/26/10 05/31/10 | Effect Of Tukwila City Tax | $45.32 @ $.0667 Per Dollar | $3.02 |
| | **Charge Total** | | **$48.34** |
| 06/01/10 06/24/10 | Basic Charge | | $24.64 |
| 06/01/10 06/24/10 | Delivery Charge | 161.34 Therms @ $.30412 Per Therm | $49.07 |
| 06/01/10 06/24/10 | Cost of Gas | 161.34 Therms @ $.67319 Per Therm | $108.61 |
| 06/01/10 06/24/10 | Gas Conservation Program Charge | 161.34 Therms @ $.02097 Per Therm | $3.38 |
| 06/01/10 06/24/10 | Merger Rate Credit | 161.34 Therms @ $.00376CR Per Therm | $.61CR |
| 06/01/10 06/24/10 | Effect Of Tukwila City Tax | $185.09 @ $.0667 Per Dollar | $12.35 |
| | **Charge Total** | | **$197.44** |
| | **Current Gas Charges** | | **$245.78** |

On June 01, 2010, a change to your bill became effective. Your usage charges for the periods before and after this date were calculated separately and are shown in separate sections, since these periods were billed differently.

Copies of the rate schedules are available upon request.

A late fee of 1% will apply to overdue charges, if any. Please see the reverse side for details on late payment charges.

A 3.852% state utility tax is included in gas rates charged.



| ENERGY USAGE COMPARISON | |
|---|---|
| For Bill Period | This Year |
| May-Jun | |
| No. of days | 30 |
| THRM use | 201.7 |
| Avg. THRM use per day | 6.7 |
| Avg. temp. per day | 55F |

082167



Address: 405 EVANS BLACK DR TUKWILA, WA 98188

| Account # | Billing Date | Due Date | Prev. Balance | Payments | Cur Activity | Amount Due |
|---|---|---|---|---|---|---|
| 08-0460-0000 | 06/30/2010 | 07/10/2010 | 273.96 | 273.96 | 216.21 | 216.21 |

| Date | Service Fee | Credit Balance | 0.00 | Amount |
|---|---|---|---|---|
| 05/31/2010 | **Previous Balance** | | | **273.96** |
| 06/08/2010 | **Payment/Credit Applied - Thank You** | | | **273.96** CR |
| Account #: | **08-0460-0000**    Service Location: **405 EVANS BLACK DR** | | | |
| 06/30/2010 | **Billing** | | | **216.21** |
| | Fireline - Fireline 8 Inch | | | 96.00 |
| | Metro - Metro C/I and Multi Fam | | | 31.90 |
| | Sewer - Commercial/Industrial Sewer | | | 23.43 |
| | Water - Water 1Inch | | | 64.88 |

*(handwritten: 6 504080 7/1/10 pw 428)*

| | Due Date: 07/10/2010 | Amount Due: | 216.21 |
|---|---|---|---|

| Meter # | Prev Date | Prev Read 1 | Prev Read 2 | Curr Date | Curr Read 1 | Curr Read 2 | Totals Cons |
|---|---|---|---|---|---|---|---|
| 19539799 | 5/14/10 | 575 | 0 | 6/15/10 | 581 | 0 | 6 |

| Consumption Comparison | | | |
|---|---|---|---|
| | This Period | Same period last year | Change |
| Consumption | 6 | 0 | 6 |

==========================================================================================================
Pay your bill online August, September & October and you could be eligible for a $100.00 credit to your account.
See July Hazelnut or City of Tukwila's website for contest details.
PAY YOUR BILL ONLINE @       https://secure.ci.tukwila.wa.us/
BY UTILIZING THIS FEATURE YOUR PAYMENT WILL BE AUTOMATICALLY POSTED TO YOUR ACCOUNT.
IF YOU ARE EXPERIENCING DIFFICULTIES LOGGING ON PLEASE CALL 206-433-1835 DURING BUSINESS HOURS.
8:30AM - 5:00PM
Summer Rates in effect.
==========================================================================================================

*Remit To :* **City of Tukwila** · PO Box 58424, Tukwila, WA 98138-1424 · PH: (206) 433-1849

EXHIBIT 28, p. 000164



**Earthworks**
LANDSCAPE SERVICES, INC.

12516 Evergreen Drive • Mukilteo, WA 98275

(425) 493-1100 • FAX (425) 493-1715 • TOLL FREE (866) 637-5296
www.earthworkslsi.com



| DATE | INVOICE NO. |
|------|-------------|
| 7/1/2010 | 46339 |

BILL TO:

Leede Fund
C/o Bank of America RES
WA1-501-15-08
P.O. Box 34029
Seattle, WA 98124

| P.O. NUMBER | TERMS | PROJECT |
|-------------|-------|---------|
| | Net 30 | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| | July 2010 landscape maintenance per contract | 270.00 | 270.00T |
| | Sales Tax | 9.50% | 25.65 |

GS04080
408
7/13/10

Please put invoice number on your check.

**TOTAL** $295.65

**EXHIBIT 28, p. 000165**



Address 405 EVANS BLACK DR  TUKWILA, WA  98188

| Account # | Billing Date | Due Date | Prev Balance | Payments | Cur Activity | Amount Due |
|---|---|---|---|---|---|---|
| 02-2310-0036 | 07/09/2010 | 09/15/2010 | 382.73 | 382.73 | 382.73 | 382.73 |

| Date | Service Fee | | Credit Balance | 0.00 | Amount |
|---|---|---|---|---|---|
| 01/20/2010 | Previous Balance | | | | 382.73 |
| 01/29/2010 | Payment/Credit Applied - Thank You | | | | 382.73 CR |
| Account #: | 02-2310-0036 | Service Location: **405 EVANS BLACK DR** | | | |
| 07/09/2010 | Billing | | | | 382.73 |
| | Surface Water - 100 Impervious | | | 382.73 | |

| | Due Date: 09/15/2010 | Amount Due: | 382.73 |
|---|---|---|---|

| Meter # | Prev Date | Prev Read 1 | Prev Read 2 | Curr Date | Curr Read 1 | Curr Read 2 | Totals Cons |
|---|---|---|---|---|---|---|---|
| | | 0 | 0 | | 0 | 0 | |

*********************************************************************************************************************

PAY YOUR BILL ONLINE @        https://secure.ci.tukwila.wa.us/
BY UTILIZING THIS FEATURE YOUR PAYMENT WILL BE AUTOMATICALLY POSTED TO YOUR ACCOUNT.
IF YOU ARE EXPERIENCING DIFFICULTIES LOGGING ON PLEASE CALL 206-433-1835 DURING BUSINESS HOURS.
8:30AM - 5:00PM
*********************************************************************************************************************

65040800
430  7/24/10

---

*Remit To :* **City of Tukwila**  ·  PO Box 58424, Tukwila, WA 98138-1424  ·  PH: (206) 433-1849

EXHIBIT 28, p. 000166



## CB RICHARD ELLIS



# INVOICE

1420 Fifth Avenue, Suite 1700
Seattle, WA 98101
Phone 206.292.1600
Fax 206.292.6033

**VOUCHER ID:** B10-298
**DATE:** May 6, 2010
**BROKERS:** Geoff Pendergast
Kevin Murray

**BILL TO:**  The Andover Company
Attn: Mike Hemphill
415 Baker Blvd. Suite 200
Tukwila, WA 98188

**LESSOR:** CS & JH Leede, LLC

**LESSEE:** WesTower Communications, Inc.

---

### PROPERTY INFORMATION

Address: 406 Evans Black Drive, Tukwila, WA

---

### CONSIDERATION

| DESCRIPTION | # PAYMENTS/sf | PAYMENT AMOUNT/psf | CONSIDERATION | % COMMISSION | COMMISSION AMOUNT |
|---|---|---|---|---|---|
| Monthly Rent | 2 | $          - | $          - | 0.00% | $          - |
| Monthly Rent | 1 | $   3,185.00 | $   3,185.00 | 5.00% | $     159.25 |
| Monthly Rent | 9 | $   8,500.00 | $  76,500.00 | 5.00% | $   3,825.00 |
| Monthly Rent | 12 | $   8,755.00 | $ 105,060.00 | 5.00% | $   5,253.00 |
| Monthly Rent | 12 | $   9,017.00 | $ 108,204.00 | 5.00% | $   5,410.20 |
| Monthly Rent | 12 | $   9,288.00 | $ 111,456.00 | 5.00% | $   5,572.80 |
| Monthly Rent | 12 | $   9,566.00 | $ 114,792.00 | 5.00% | $   5,739.60 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | **TOTAL CONSIDERATION** | $ 519,197.00 | **TOTAL** | $  25,959.85 |

---

| COMMISSION CALCULATION | |
|---|---|
| TOTAL COMMISSION | $   25,959.85 |
| OUTSIDE BROKER PAID DIRECT | |
| TOTAL AMOUNT DUE TO CB RICHARD ELLIS | $   25,959.85 |
| AMOUNT PAID | |
| 1/2 at Lease Signature | $   12,979.93 |
| 1/2 at Lease Effectivity (June 15 prox) | $   12,979.93 |

CWD
CWD

*handwritten: × 65 04080  434  × 5/14/10*

*handwritten: ×× 7/20/10 pw*

| REMITTANCE | |
|---|---|
| **Lockbox** | CB Richard Ellis, Inc. |
| **Information** | File #050482, Location #2103 |
| | Los Angeles, CA 90074-0482 |

If you have any questions, please call
Carolann Andrews 206-292-6011 or
email carolann.andrews@cbre.com

Note: Please include a copy of the billing invoice and refer to Voucher ID on your check upon remittance.

EXHIBIT 28, p. 000167



THE ANDOVER COMPANY, INC.

CORPORATE REAL ESTATE

415 Baker Boulevard, Suite 200
Seattle, WA 98188
Office (206) 244-0770 Fax (206) 246-9299
www.andoverco.com

| Statement No. | 3602 | INDUSTRIAL LEASE |
| Date: | 5/3/2010 | STATEMENT |

| CS&JH Leede, LLC |
| 9539 NE First St. |
| Bellevue, WA 98004 |
| ATTN: Chuck Doland |

Andover Agent: Mike Hemphill
Andover Agent: Shane Crook
　　Lessee: WesTower Communications Inc.
　　Lessor: CS&JH Leede, LLC
　　　　SF: 15,860
Commencement Date: 5/15/2010

PROPERTY INFORMATION:

| Name | | Address | |
|---|---|---|---|
| Evans Black Building | | 406 Evans Black Drive Tukwila, WA 98188 | |

CONSIDERATION:

| Months of Rent | Rent/Mo. | Months/Yr | Total | Comm. % | Total Commission |
|---|---|---|---|---|---|
| Months 1-2 | $0.00 | 2 | $0.00 | 2.50% | $0.00 |
| Month 3 | $3,185.00 | 1 | $3,185.00 | 2.50% | $79.63 |
| Months 4-12 | $8,500.00 | 9 | $76,500.00 | 2.50% | $1,912.50 |
| Months 13-24 | $8,755.00 | 12 | $105,060.00 | 2.50% | $2,626.50 |
| Months 25-36 | $9,017.00 | 12 | $108,204.00 | 2.50% | $2,705.10 |
| Months 37-48 | $9,288.00 | 12 | $111,456.00 | 2.50% | $2,786.40 |
| Months 49-60 | $9,566.00 | 12 | $114,792.00 | 2.50% | $2,869.80 |
| | | Total: | $519,197.00 | Total: | $12,979.93 |

| Total Amount Due The Andover Company: | $12,979.93 |

Payment Due Date: first half due upon receipt
　　　　　　　　　second half due June 15, 2010

COMMENTS:

6504080

½ due now. $6,489.97
434
5/7/10
pur

Please remit payment to:
The Andover Company
c/o Leslie Harper
415 Baker Boulevard, Suite 200
Tukwila, WA 98188
Phone: 206-244-0770
E-mail: lharper@andoverco.com

6489.96
7/20/10
pur

Note: Please include a copy of this billing invoice and refer to the Statement No. on your check upon remittance

CORFAC
International

EXHIBIT 28, p. 000168



**SUNSET BUILDERS**
INCORPORATED
COMMERCIAL TENANT IMPROVEMENT CONTRACTOR
www.sunsetbuildersinc.com

## INVOICE/STATEMENT

| DATE | INVOICE# |
|------|----------|
| 07/22/2010 | # 2 |
| PO NUMBER | CONTRACT # |
| Contract | 10-014.06 |

**BILL TO:**
CS & JH Leede, LLC
9539 NE First St.
Bellevue, WA 98004
Attn: Chuck Doland

**PROJECT LOCATION:**
Wes Tower Communications
406 Evans-Black Drive
Tukwila, WA

| DESCRIPTION | BASE BID | % | AMOUNT |
|-------------|----------|---|--------|
| **Progress Billing #1** for work completed per SBI Contract #10-014.05 thru June 30, 2010. | | | |
| Demolition | $ 7,611.00 | 100% | $ 7,611.00 |
| Framing & Sheetrock | $ 14,307.00 | 100% | $ 14,307.00 |
| T-Bar Ceilings | $ 4,558.00 | 100% | $ 4,558.00 |
| Sprinklers | $ 4,846.00 | 100% | $ 4,846.00 |
| Electrical | $ 9,990.00 | 100% | $ 9,990.00 |
| Plumbing | $ 2,650.00 | 100% | $ 2,650.00 |
| HVAC | $ 14,631.00 | 100% | $ 14,631.00 |
| Roofing | $ 595.00 | 100% | $ 595.00 |
| Fire Alarms | $ 4,502.00 | 100% | $ 4,502.00 |
| Doors & Trim | $ 6,872.00 | 100% | $ 6,872.00 |
| Painting | $ 3,096.00 | 100% | $ 3,096.00 |
| Glass Entry Doors | N/C | 100% | $ - |
| Flooring | $ 6,988.00 | 100% | $ 6,988.00 |
| Overhead Garage Door Installation | $ 2,758.00 | 100% | $ 2,758.00 |
| Contractor's Supervision | $ 2,000.00 | 100% | $ 2,000.00 |
| Clean Up | $ 791.00 | 100% | $ 791.00 |
| Contractor's Overhead & Fee | $ 7,913.00 | 100% | $ 7,913.00 |
| | | | |
| *Add'l Items* | | | |
| Change Order #1 | $ 274.00 | 100% | $ 274.00 |
| Change Order # 2 | $ 3,907.10 | 100% | $ 3,907.10 |
| Change Order # 3 | $ 2,984.64 | 100% | $ 2,984.64 |
| **Job Subtotal** | | | $ 101,273.74 |
| WSST @ 9.5% (LOC 1729) | | | $ 9,621.01 |
| **JOB BILLING TOTAL:** | | | $ 110,894.75 |
| **Less Progress Payment Received** | | | $ (78,023.70) |
| | | | |
| **This Amount Now Due** | | | **$ 32,871.05** |

6504680
P-450
7/27/10

Thank you, Chuck, for your business!
Terms: Payable Upon Receipt, 1.5% Late Fee After 15 Days.

SUNSET BUILDERS INC. • "Building Around the Sound Since 1900" • WA Lic.# SUNSEBI•140L5 • OR Lic.# 164976
3109 "C" St. SE • Auburn, WA 98002 • (253) 939-8474 • TA OLA 253) 863-3668 • FAX (253) 735-8302

EXHIBIT 28, p. 000169

SUNSET BUILDERS
I · N · C · O · R · P · O · R · A · T · E · D
COMMERCIAL TENANT IMPROVEMENT CONTRACTOR
www.sunsetbuildersinc.com

10-014.06
Page 1 of 1
07-22-10
Lic# SUNSEBI 140L5

# Revised CHANGE ORDER REQUEST #3

**PROJECT NAME:** Wes Tower Communications **S.B.I. CONTRACT #:** 10-014.06
**PROJECT ADDRESS:** 405 Evans Black Drive **DATE:** 7-22-10
Tukwila, WA **PHONE:** 206-595-3041
**PROJECT CONTACT:** Chuck Doland **FAX:** 425-454-7408

## Additional Items Required by Fire Department

1. **Fire Alarm Changes**: Furnish and install the following:
   - Remove and upgrade (6) horn strobes in warehouse required to synchronize per code. $ 106.95 each x 6 =    $ 641.70
   - Hook HVAC duct detector in to fire panel (to be performed on a time and material contract. Labor estimated at 5 hours @ $ 85.00 =    $ 425.00
   - Material estimated at    $ 95.00
   - Knox box was priced at $ 225.00 Actual price was $ 294.72 =    $ 69.72
   **Price**    $ 1,231.42

2. **Fire Sprinkler Changes**: Furnish and install the following:
   - Remove and replace sprinkler drain line from office area to warehouse as requested. 4 hours @ $ 93.40 per hour =    $ 373.60
   - Materials and fabrication    $ 95.00
   - Engineering ½ hour @ $ 64.00    $ 32.00
   - Subcontractors overhead and fee    $ 132.00
   **Price**    $ 633.00

3. **Electrical Extras**: Furnish and install the following:
   - Install a new emergency bug eye over the warehouse exit door    $ 265.00
   - Replace light ballast in two strip lights in electrical room    $ 190.00
   - Replace light tubes for above lights    $ 38.90
   - Trouble shoot electrical panel (replaced 2 breakers that were shot 2 hours @ $ 85.00 plus 2 breakers =    $ 185.00
   **Price**    $ 678.90

4. **Fire Extinguishers: Furnish and install the following:**
   - Round up brackets and hang 9 existing fire extinguishers in warehouse As directed by Fire Marshal 2 hours @ $ 85.00 =    $ 170.00
   **Price**    $ 170.00

5. **Contractor's Overhead and Fee @ 10 %**    $ 271.32

6. **Change Order #3 Subtotal**    $ 2,984.64

| | |
|---|---:|
| **Original Contract Amount** | $ 94,108.00 |
| **Change Order #1** | $ 274.00 |
| **Change Order #2** | $ 3,907.10 |
| **Revised Change Order #3** | $ 2,984.64 |
| **New Revised Contract Amount** | $ 101,273.64 |

**APPROVAL OF ABOVE WORK**
I hereby agree to pay for the above changes at the stated cost plus W.S.S.T.

Approved By:          Date:

SUNSET BUILDERS INC. • "Building Around the Sound Since 1980" • WA Lic.# SUNSEBI 140L5 • OR Lic.# 131976
3108 "C" St. SE • Auburn, WA 98002 • (253) 939-8474 • TACOMA (253) 863-3868 • FAX (253) 735-5302

EXHIBIT 28, p. 000170

**TRAVELERS** 07353-L2
TRAVELERS SERVICE CENTER
P.O. BOX 1515
SPOKANE, WA 99210-1515

## Account Bill

Account No.    3119W6129
Date of This Bill  09/04/09

| TOTAL BALANCE |
| $2,468.00 |
| MINIMUM DUE |
| $2,468.00 |

CP 01 6640 6664OLK0 09246 07353 P1

CS 8 JH LEEDE, LLC
9539 NE 1ST ST.
BELLEVUE   WA  98004

**PAYMENT MUST BE RECEIVED BY:**

**SEPTEMBER 24, 2009**

---

ACCOUNT BILLING SUMMARY

| POLICY | TYPE | POLICY PERIOD | MIN. DUE | BALANCE |
|--------|------|---------------|----------|---------|
| 6729L566 680 | Commercial Package | 09/24/09 To 09/24/10 | $2,033.00 | $2,033.00 |
| 7881Y569 CUP | Umbrella Policy | 09/24/09 To 09/24/10 | 435.00 | 435.00 |
| TOTAL BALANCE | | | $2,468.00 | $2,468.00 |

TRANSACTIONS SINCE LAST STATEMENT

Total Transactions (See Transaction Detail Section)  +2,468.00

TOTAL BALANCE  $2,468.00

TRANSACTION DETAIL

POLICY NUMBER 6729L566 680   Commercial Package
  09/24/09   Renewal                                     2,033.00

POLICY NUMBER 7881Y569 CUP   Umbrella Policy
  09/24/09   Renewal                                       435.00

TOTAL TRANSACTIONS                                       $2,468.00
CONTINUED ON NEXT PAGE

*Please detach the payment coupon and mail with your payment in the enclosed envelope to:*
TRAVELERS, CL REMITTANCE CENTER, HARTFORD, CT.06183-1008

648842H   2009247   6937   700 0SV683

**Payment Coupon**  |  *Make checks payable to:* TRAVELERS

KIBBLE & PRENTICE
CS 8 JH LEEDE, LLC

3119W6129

Include Account Number on the check.

☐  Change of Address?
    Place an "X" here.
    Print changes on reverse side.

**PAYMENT MUST BE RECEIVED BY**
**SEPTEMBER 24, 2009**

| TOTAL BALANCE |
| $2,468.00 |
| MINIMUM DUE |
| $2,468.00 |
| AMOUNT ENCLOSED |

TRAVELERS
CL REMITTANCE CENTER
HARTFORD, CT 06183-1008

993331313923363132394039393939050002468000002468002O

---

EXHIBIT 28, p. 000171

PUGET SOUND ENERGY

*The Energy To Do Great Things*

**STATEMENT SUMMARY AS OF JUL 27, 2010**

*Au6 2010*

*27, 2010  7/30/10  ew 4 30 py4*

*66624080*

| Account No. | 023-911-412-7 |
|---|---|
| **Account Balance** | |
| | $344.60 |
| | $344.60CR |
| | $.00 |
| | $215.55 |
| | $215.55 |

Statement Due Date Aug 16, 2010 | AMOUNT DUE THIS STATEMENT | $215.55

**Electric Detail:** 406 EVANS BLACK DR, TUKWILA

| Rate/ Dates | Meter Number | Pres Read | Prev Read | Pres Date | Prev Date | Mult | KWH (Usage) | Bill Demand | KVAR Hours | Code | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 24E-C | Z006070617 | 05564 | 05531 | 07/20 | 06/24 | 40 | 1320 | | | ACTL | |

| 06/25/10 06/30/10 Basic Charge | | $5.48 |
|---|---|---|
| 06/25/10 06/30/10 Energy Charge | 304.62 KWHS @ $.085963 Per KWH | $26.19 |
| 06/25/10 06/30/10 Electric Conservation Program Charge | 304.62 KWHS @ $.003981 Per KWH | $1.21 |
| 06/25/10 06/30/10 Power Cost Adjustment | 304.62 KWHS @ $.00 Per KWH | $.00 |
| 06/25/10 06/30/10 Wind Power Production Credit | 304.62 KWHS @ $.001534CR Per KWH | $.47CR |
| 06/25/10 06/30/10 Merger Credit | 304.62 KWHS @ $.000285CR Per KWH | $.09CR |
| 06/25/10 06/30/10 Regulatory Asset Tracker | 304.62 KWHS @ $.002512 Per KWH | $.77 |
| 06/25/10 06/30/10 Effect Of Tukwila City Tax | $33.09 @ $.0667 Per Dollar | $2.21 |
| | **Charge Total** | **$35.30** |

| 07/01/10 07/20/10 Basic Charge | | $18.26 |
|---|---|---|
| 07/01/10 07/20/10 Energy Charge | 1,015.38 KWHS @ $.085963 Per KWH | $87.29 |
| 07/01/10 07/20/10 Electric Conservation Program Charge | 1,015.38 KWHS @ $.003981 Per KWH | $4.04 |
| 07/01/10 07/20/10 Power Cost Adjustment | 1,015.38 KWHS @ $.00 Per KWH | $.00 |
| 07/01/10 07/20/10 Wind Power Production Credit | 1,015.38 KWHS @ $.00 Per KWH | $.00 |
| 07/01/10 07/20/10 Merger Credit | 1,015.38 KWHS @ $.000285CR Per KWH | $.29CR |
| 07/01/10 07/20/10 Regulatory Asset Tracker | 1,015.38 KWHS @ $.002512 Per KWH | $2.55 |
| 07/01/10 07/20/10 Effect Of Tukwila City Tax | $111.87 @ $.0667 Per Dollar | $7.46 |
| | **Charge Total** | **$119.33** |

| **Current Electricity Charges** | **$154.63** |
|---|---|

This is the final charge for your current electric service at this address.
On July 01, 2010, a change to your bill became effective. Your usage charges for the periods before and after this date were calculated separately and are shown in separate sections, since these periods were billed differently.

A late fee of 1% will apply to overdue charges, if any. Please see the reverse side for details on late payment charges.

A 3.873% state utility tax is included in electric rates charged.

**For information, emergencies, to report an outage or for changes to your account, please call 1-888-225-5773.**

When paying in person, please present both portions. When mailing remittance, please mail to Puget Sound Energy, BOT-01H, P.O. Box 91269, Bellevue, WA 98009-9269

EXHIBIT 29, p. 000172

**Account No.**    023-911-412-7



| ENERGY USAGE COMPARISON | |
|---|---|
| For Bill Period | This Year |
| Jun-Jul | |
| No. of days | 26 |
| KWH use | 1320 |
| Avg. KWH use per day | 50.8 |
| Avg. temp. per day | 62F |

**Gas Detail:**    406 EVANS BLACK DR, TUKWILA

| Rate/Dates | Meter Number | Pres Read | Prev Read | Pres Date | Prev Date | CCF | BTU Factor | Therms (Usage) | Price per Therm | Code | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 31G-C | 000953251 | 25170 | 25145 | 07/20 | 06/23 | 25 @ | 1.0585 | 26.46 | | PRRT | |
| 06/25/10 07/20/10 Basic Charge | | | | | | | | | | | $30.80 |
| 06/25/10 07/20/10 Delivery Charge | | | | | | | | 26.46 Therms @ $.30412 Per Therm | | | $8.05 |
| 06/25/10 07/20/10 Cost of Gas | | | | | | | | 26.46 Therms @ $.67319 Per Therm | | | $17.81 |
| 06/25/10 07/20/10 Gas Conservation Program Charge | | | | | | | | 26.46 Therms @ $.02097 Per Therm | | | $.55 |
| 06/25/10 07/20/10 Merger Rate Credit | | | | | | | | 26.46 Therms @ $.00376CR Per Therm | | | $.10CR |
| 06/25/10 07/20/10 Effect Of Tukwila City Tax | | | | | | | | $57.11 @ $.0667 Per Dollar | | | $3.81 |
| **Current Gas Charges** | | | | | | | | | | | **$60.92** |

This is the final charge for your current gas service at this address.

A late fee of 1% will apply to overdue charges, if any.  Please see the reverse side for details on late payment charges.

A 3.852% state utility tax is included in gas rates charged.



| ENERGY USAGE COMPARISON | |
|---|---|
| For Bill Period | This Year |
| Jun-Jul | |
| No. of days | 26 |
| THRM use | 26.5 |
| Avg. THRM use per day | 1 |
| Avg. temp. per day | 62F |

081185

For information, emergencies, to report an outage or for changes to your account, please call 1-888-225-5773.

EXHIBIT 29, p. 000173



**Address** | 405 EVANS BLACK DR  TUKWILA, WA  98188

| Account # | Billing Date | Due Date | Prev Balance | Payments | Cur Activity | Amount Due |
|---|---|---|---|---|---|---|
| 08-0460-0000 | 07/31/2010 | 08/10/2010 | 216.21 | 216.21 | 191.31 | 191.31 |

| Date | Service Fee | | | Credit Balance | 0.00 | Amount |
|---|---|---|---|---|---|---|
| 06/30/2010 | **Previous Balance** | | | | | **216.21** |
| 07/08/2010 | **Payment/Credit Applied - Thank You** | | | | | **216.21** CR |
| Account #: | **08-0460-0000** | Service Location: **405 EVANS BLACK DR** | | | | |
| 07/31/2010 | **Billing** | | | | | **191.31** |
| | Fireline - Fireline 8 Inch | | | | 96.00 | |
| | Metro - Metro C/I and Multi Fam | | | | 31.90 | |
| | Sewer - Commercial/Industrial Sewer | | | | 23.43 | |
| | Water - Water 1Inch | | | | 39.98 | |

*handwritten: 65704080   428   8/10 pv*

| | Due Date: 08/10/2010 | Amount Due: | 191.31 |
|---|---|---|---|

| Meter # | Prev Date | Prev Read 1 | Prev Read 2 | Curr Date | Curr Read 1 | Curr Read 2 | Totals Cons |
|---|---|---|---|---|---|---|---|
| 19539799 | 6/15/10 | 581 | 0 | 7/15/10 | 582 | 0 | 1 |

| Consumption Comparison | | | |
|---|---|---|---|
| | This Period | Same period last year | Change |
| Consumption | 1 | 0 | 1 |

Pay your bill online August, September & October and you could be eligible for a $100.00 credit to your account.
See July Hazelnut or City of Tukwila's website (www.ci.tukwila.wa.us) for contest details.
========================================================================================================================
Pay your bill online @ https://secure.ci.tukwila.wa.us/
If you are experiencing difficulties logging on Please Call 206-433-1849 during business hours (8:30AM - 5:00PM).

**Remit To :  City of Tukwila  ·  PO Box 58424, Tukwila, WA 98138-1424  ·  PH: (206) 433-1849**

EXHIBIT 29, p. 000174

## Sky-Hi, Inc.

4027 South 128th Street
Tukwila, WA 98168

# Invoice

Phone #  (206) 923.0459

| Date | Invoice # |
|------|-----------|
| 8/2/2010 | 1899 |

**Bill To**

405 Evans Black Dr
Seattle, WA 98168
C/o John Margeson

| Description | Amount |
|-------------|--------|
| Interior and exterior window cleaning including wiping of frames to remove all cobwebs $150.00 per cleaning. | 200.00T |
| Additional work: Silicone removal $50.00 per. | |
| Thank you for your business. | |
| Sales Tax (9.5%) | $19.00 |

6504/080
401
8/3/10 *gw*

| **Total** | $219.00 |
|-----------|---------|

*All work has been completed in a professional, timely and workman-like manner
according to standard buisiness practices.*

**Tukwila Utilities**

| 2006 | |
|---|---|
| 1/9/06 | 142.6 |
| 2/9/06 | 144.6 |
| 3/8/06 | 144.6 |
| 4/11/06 | 144.6 |
| 5/8/06 | 144.6 |
| 6/9/06 | 144.6 |
| 7/12/06 | 144.6 |
| 8/6/06 | 144.6 |
| 10/10/06 | 289.2 |
| 10/31/06 | 144.6 |
| 11/27/06 | 144.6 |
| 12/30/06 | 144.6 |
| | 1877.8 |

| 2007 | |
|---|---|
| 1/22/07 | 158.5 |
| 2/26/07 | 172.93 |
| 4/4/07 | 172.93 |
| 4/23/07 | 172.93 |
| 5/22/07 | 175.79 |
| 6/18/07 | 170.07 |
| 8/13/07 | 180.11 |
| 8/13/07 | 180.11 |
| 8/17/07 | 334.84 |
| 10/23/07 | 354.28 |
| 11/15/07 | 172.93 |
| 12/18/07 | 172.93 |
| | 2418.35 |

EXHIBIT 30, p. 000176



# City of Tukwila
## Finance Department
## Shawn Hunstock, Director

6200 Southcenter Boulevard, Tukwila WA 98188
(206) 433-1835 - Office
(206) 433-1833 - Fax

**Date:** 7-14-10

**To:** JOHN MARGESON

**Fax #:** 206-585-9885

**From:** RICHARD

**Fax #:** (206) 433-1833

**Phone #:** 206-433-1670

**Re:** ACT 08-0460

**# of Pages:** 6 , including this cover sheet.

**Hard Copy to Follow: YES_____ NO ✕**

**Notes / Message:** HERE YA GO JOHN.

THE INFORMATION CONTAINED IN THIS FAX TRANSMISSION IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENT NAMED ABOVE.

This message is intended only for the use of the person or entity to which it is addressed and may contain information, which is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately and return the original to the City of Tukwila, via U.S. Mail. Thank you.

C:\Documents and Settings\All Users\Desktop\Kelly\MSDATA\Forms\Fax - Finance.doc km 9/23/2008

EXHIBIT 30, p. 000177







| Doc Date | Transaction Title | Document # | Source | On Account | Amount | Running Balance |
|---|---|---|---|---|---|---|
| 06/08/2006 | Receipt | 00298523 | | 0.00 | 144.60 | 0.00 |
| 05/31/2006 | Bill print | Batch # 129 | | | | |
| 05/31/2006 | Bill | 00287909 | | 0.00 | 144.60 | 144.60 |
| 05/08/2006 | Receipt | 00286361 | | 0.00 | 144.60 | 0.00 |
| 04/30/2006 | Bill print | Batch # 123 | | | | |
| 04/30/2006 | Bill | 00284256 | | 0.00 | 144.60 | 144.60 |
| 04/11/2006 | Receipt | 00284282 | | 0.00 | 144.60 | 0.00 |
| 03/31/2006 | Bill print | Batch # 125 | | | | |
| 03/31/2006 | Bill | 00301690 | | 0.00 | 144.60 | 144.60 |
| 03/08/2006 | Receipt | 00300601 | | 0.00 | 144.60 | 0.00 |
| 02/28/2006 | Bill print | Batch # 118 | | | | |
| 02/28/2006 | Bill | 00297887 | | 0.00 | 144.60 | 144.60 |
| 02/09/2006 | Receipt | 00275788 | | 0.00 | 144.60 | 0.00 |
| 01/31/2006 | Bill print | Batch # 114 | | | | |
| 01/31/2006 | Bill | 00295493 | | 0.00 | 144.60 | 144.60 |
| 01/08/2006 | Receipt | 00273285 | | 0.00 | 142.60 | 0.00 |

EXHIBIT 30, p. 000182

$158.11
$189.19
$138.88
$157.81
$186.60
$285.83
$582.20
$995.90
$1,192.71
$1,156.73
$5,043.96

 **PUGET SOUND ENERGY**
The Energy To Do Great Things

## FAX SHEET

| DATE | TOTAL PAGES SENT INCLUDING COVER SHEET |
|------|----------------------------------------|
| 8/9/2010 | 2 |

| TO | | |
|-----|-----|-----|
| NAME<br>John Margosun | FAX NUMBER<br>206 585 9885 | PHONE NUMBER |
| COMPANY<br>BANK OF AMERICA LEEDE TRUST | DEPARTMENT | |

| FROM | | |
|------|-----|-----|
| NAME<br>Jennifer R | FAX NUMBER<br>425-424-6722 | PHONE NUMBER<br>888-225-5773 |
| COMPANY<br>Puget Sound Energy | DEPARTMENT<br>Customer Services | |

**COMMENTS:**
    Account Activity

If you do not receive all of the pages, please call the telephone number of the sender.

1096 12/0/

EXHIBIT 31, p. 000184

Customer Name:   BANK OF AMERICA LEEDE TRUST          Account Number: 023911412

Address:         406 EVANS BLACK DR
                 TUKWILA, WA 98188

| Activity Date | Activity Description | Activity Amount | Total Amount Owing |
|---|---|---|---|
| 11/08/06 | PAYMENT | -$158.11 | $0.00 |
| 10/18/06 | Commercial - Gas Gas Service | $83.20 | $158.11 |
| 10/18/06 | Commercial Secondary Service | $74.91 | $74.91 |
| 10/09/06 | PAYMENT | -$189.19 | $0.00 |
| 09/26/06 | Commercial - Gas Gas Service | $79.22 | $189.19 |
| 09/26/06 | Commercial Secondary Service | $109.97 | $109.97 |
| 09/12/06 | PAYMENT | -$138.88 | $0.00 |
| 08/25/06 | Commercial - Gas Gas Service | $48.84 | $138.88 |
| 08/25/06 | Commercial Secondary Service | $90.04 | $90.04 |
| 08/08/06 | PAYMENT | -$157.81 | $0.00 |
| 07/26/06 | Commercial - Gas Gas Service | $52.35 | $157.81 |
| 07/26/06 | Commercial Secondary Service | $105.46 | $105.46 |
| 07/11/06 | PAYMENT | -$186.60 | $0.00 |
| 06/26/06 | Commercial - Gas Gas Service | $79.17 | $186.60 |
| 06/26/06 | Commercial Secondary Service | $107.43 | $107.43 |
| 06/07/06 | PAYMENT | -$285.83 | $0.00 |
| 05/25/06 | Commercial - Gas Gas Service | $172.16 | $285.83 |
| 05/25/06 | Commercial Secondary Service | $113.67 | $113.67 |
| 05/08/06 | PAYMENT | -$582.20 | $0.00 |
| 04/26/06 | Commercial - Gas Gas Service | $449.30 | $582.20 |
| 04/26/06 | Commercial Secondary Service | $132.90 | $132.90 |
| 04/10/06 | PAYMENT | -$995.90 | $0.00 |
| 03/28/06 | Commercial - Gas Gas Service | $840.48 | $995.90 |
| 03/28/06 | Commercial Secondary Service | $155.42 | $155.42 |
| 03/10/06 | PAYMENT | -$1,192.71 | $0.00 |
| 02/27/06 | Commercial - Gas Gas Service | $1,046.95 | $1,192.71 |
| 02/27/06 | Commercial Secondary Service | $145.76 | $145.76 |
| 02/07/06 | PAYMENT | -$1,156.73 | $0.00 |
| 01/26/06 | Commercial - Gas Gas Service | $1,001.31 | $1,156.73 |
| 01/26/06 | Commercial Secondary Service | $155.42 | $155.42 |