Christopher R. Kaup, State Bar No. 014820
J. Daryl Dorsey, State Bar No. 024237

**TB TIFFANY & BOSCO**
P.A.

Third Floor, Camelback Esplanade II
2525 East Camelback Road
Phoenix, Arizona 85016-4237
Telephone: (602) 255-6000
Facsimile: (602) 255-0103
E-Mail: crk@tblaw.com; jdd@tblaw.com
*Counsel for Dexter Liquidating Trust*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re: | (In proceedings under Chapter 11) |
|---|---|
| DEXTER DISTRIBUTING CORPORATION, et al., | Case No. 2:03-bk-03546-RJH |
| Debtor. | Jointly Administered With: |
| THIS FILING APPLIES TO: | 2-03-BK-03548-RJH<br>2-03-BK-04695-RJH through<br>2-03-BK-04710-RJH<br>2-03-BK-05427-RJH<br>2-03-BK-11513-RJH<br>2-03-BK-11515-RJH<br>2-03-BK-04238-RJH<br>2-07-BK-01017-RJH<br>2-07-BK-01018-RJH; and<br>2-07-BK-01019-RJH<br>2-07-AP-00215 RJH |
| ■ ALL DEBTORS<br><br>☐ SPECIFIED DEBTORS<br>DEXTER DISTRIBUTING CORPORATION;<br>NEW CASTLE MEGASTORE CORP.; AND<br>1113 PROGRESS DRIVE, MEDFORD, LLC | |
| | (Associated Case 2:07-AP-00215 RJH) |
| | **SECOND OMNIBUS OBJECTION OF DEXTER LIQUIDATING TRUST TO SCHEDULED EMPLOYEE WAGE CLAIMS BY THE DEBTORS (CLAIM NOS. 101-200)** |

The Dexter Liquidating Trust (the "Trust") hereby moves this Court, pursuant to §

502 of Title 11 of the United States Bankruptcy Code (the "Bankruptcy Code") and Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), for an Order disallowing scheduled claims which appear to be for employee wages (the "Scheduled Employee Wage Claims"), scheduled in the Debtors' bankruptcy cases on the grounds that the wages have previously been paid by the Debtors. The Trust has a total of 242 Scheduled Employee Wage Claims to which it will object. Pursuant to Local Rules, the omnibus claims objection cannot exceed 100 claims. Therefore, this is the second omnibus objection to Scheduled Employee Wage Claims addressing claims which have been designated by the Trust as Claims 101 to 200.

This Objection is supported by the Court's record and Exhibit "A" (attached), and the Declaration of Edward M. Burr in Support of the Second Omnibus Objection to Scheduled Employee Wage Claims (the "Burr Decl."), attached as Exhibit "B", and filed with the Court today.

**I.  JURISDICTION**

1. The Court has jurisdiction over this Objection pursuant to 28 U.S.C. §§ 1334 and 157. Venue is appropriate under 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding under 28 U.S.C. § 157(b)(2)(B) and Bankruptcy Rule 3007. The statutory predicate for the relief requested herein are 11 U.S.C. § 502 and Bankruptcy Rule 3007.

**II.  BACKGROUND**

2. On March 5, 2003, Dexter Distributing Corporation and Castle Megastore Corporation (together "Old Castle") filed Voluntary Petitions for relief under Chapter 11 of the United States Bankruptcy Code.

3.  On February 4, 2004, this Court entered its Order confirming the joint plan (the "2004 Plan") of Old Castle and certain other related corporate debtors.

4.  On March 9, 2007, Dexter filed its Voluntary Petition for Relief under Chapter 11 of the U.S. Bankruptcy Code (Case No. 2:07-bk-01017-RJH).

5.  On March 9, 2007, Megastore filed its Voluntary Petition for Relief under Chapter 11 of the U.S. Bankruptcy Code (Case No. 2:07-bk-01018-RJH).

6.  On March 9, 2007, Medford filed its Voluntary Petition for Relief under Chapter 11 of the U.S. Bankruptcy Code (Case No. 2:07-bk-01019-RJH).

7.  On March 9, 2007, Debtors filed a motion requesting the joint administration of Dexter, Megastore and Medford, which was granted by Order dated March 12, 2007.

8.  Each of the New Castle Debtors remains in possession of its assets and properties as a debtor-in-possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

9.  On June 18, 2009, this Court entered its Order Confirming the "Debtors Modified and Restated Plan of Reorganization" (the "Restated Plan") [Docket No. 2765] (the "Confirmation Order"). Under the Restated Plan, the Dexter Liquidating Trust is the successor to Debtors with respect to standing to seek allowance and disallowance of claims. The Trust exists as of the Effective Date of the Restated Plan, which was July 30, 2009. Edward M. Burr is the Liquidating Agent for the Trust, and Jim Sell and Chris Scharff are the Trustees.

## III. APPLICABLE AUTHORITY

10.  The schedule of liabilities filed pursuant to § 521(1) of the Code shall

constitute prima facie evidence of the validity and amount of the claims of creditors, unless they are scheduled as disputed, contingent, or unliquidated. FRBP 3003(b).

11. Under the Bankruptcy Code, any Claim for which a proof of claim has been filed will be allowed unless a party in interest objects. If a party in interest objects to the proof of claim, the Court, after notice and hearing, shall determine the amount of the Claim and shall allow the Claim except to the extent that the Claim is unenforceable against the Debtor…under any… applicable law for a reason other than because such claim is contingent or unmatured." 11 U.S.C. § 502(b).

12. A properly filed proof of claim is presumed valid under Bankruptcy Rule 3001(f). However, once an objection to the proof of claim controverts the presumption, the creditor ultimately bears the burden of persuasion as to the validity and amount of the claim. *See Ashford v. Consolidated Pioneer Mortg. (In re Consolidated Pioneer Mortg.),* 178 B.R. 222, 226 (B.A.P. 9th Cir. 1995), aff'd, 91 F.3d 151 (9th Cir. 1996). The ultimate burden of proof as to the validity of a proof of claim "remains at all times upon the claimant." *Lundell v. Anchor Constr. Specialists, Inc. (In re Lundell)*, 223 F.3d 1035, 1039 (9th Cir. 2000).

13. The Trust is entitled to object to proofs of claim under 11 U.S.C. § 502(a). This objection is timely under the confirmed Restated Plan, as the deadline for such objections has been extended to December 17, 2010 by this Court's Order. (ECF No. 2972).

14. The Trust is also entitled to object to a scheduled claim for which no proof of claim has been filed.

**IV. OBJECTION TO CLAIMS LISTED IN EXHIBIT A**

15. In this particular case, the Scheduled Employee Wage Claims have been

scheduled in the Debtors' bankruptcy cases.

16. The Dexter Liquidating Trust objects to each of the Scheduled Employee Wage Claims (Claims 101 to 200) on the grounds that, upon information and belief, these employee wages have been paid by the Debtors.

17. Exhibit A, attached, lists the Scheduled Employee Wage Claims in the Dexter Distribution Corporation bankruptcy cases and identifies the scheduled employee, their address, the amount scheduled, and the basis for objection to each scheduled claim.

18. This objection without prejudice to any other objection by any party in interest, including the Trust.

## V. CONCLUSION

The Trust respectfully requests that the Court disallow the Scheduled Employee Wage Claims (Claims 101 to 200) listed in Exhibit A in their entirety. The Trust also requests such other and further relief as is just and proper.

RESPECTFULLY SUBMITTED this 17th day of December, 2010.

**TIFFANY & BOSCO, P.A.**

By: */s/ J. Daryl Dorsey #024237*
    Christopher R. Kaup, Esq.
    J. Daryl Dorsey, Esq.
    Third Floor Camelback Esplanade II
    2525 East Camelback Road
    Phoenix, Arizona 85016
    *Attorneys for Dexter Liquidating Trust*

**FOREGOING** filed electronically with
the United States Bankruptcy Court for
the District of Arizona, this 17th day of December,
2010 with a **COPY** of the foregoing emailed
or mailed this same date to:

| | | |
|---|---|---|
| 1 | | |
| 2 | Christopher C. Simpson, Esq. | Kelly Flood, Esq. |
| 3 | Alan A. Meda, Esq. | Gary D. Ansel, Esq. |
| | C. Taylor Ashworth, Esq. | Marty Harper, Esq. |
| 4 | STINSON MORRISON HECKER | Andrew S. Jacob, Esq. |
| 5 | 1850 N. Central, Suite 2100 | POLSINELLI, SHURGART |
| | Phoenix, AZ 85067-6379 | 3636 N. Central, Suite 120 |
| 6 | tashworth@stinsonmoheck.com | Phoenix, AZ 85012 |
| 7 | ameda@stinsonmoheck.com | gansel@polsinelli.com; |
| | csimpson@stinsonmoheck.com | kflood@polsinelli.com |
| 8 | | mharper@polsinelli.com; |
| 9 | | ajacob@polsinelli.com |
| | | prudd@polsinelli.com |
| 10 | Steven D. Jerome, Esq. | Michael Carmel, Esq. |
| 11 | Joel P. Hoxie, Esq. | LAWOFFICES OF MICHAEL CARMEL |
| | SNELL & WILMER | 80 E. Columbus Avenue |
| 12 | One Arizona Center | Phoenix, AZ 85012-2334 |
| 13 | Phoenix, AZ 85004-2202 | Michael@mcarmellaw.com |
| | sjerome@swlaw.com | |
| 14 | Lawrence E. Wilk, Esq. | H. Michael Clyde, Esq. |
| 15 | JABURG & WILK | Richard M. Lorenzen, Esq. |
| | 3200 N. Central Avenue, Suite 2000 | Clinten N. Garrett, Esq. |
| 16 | Phoenix, AZ 85012 | PERKINS COIE BROWN & BAIN |
| 17 | lew@jaburgwilk.com; | P.O. Box 400 |
| | | Phoenix, AZ 85001-0400 |
| 18 | | mclyde@perkinscoie.com |
| 19 | | rlorenzen@perkinscoie.com; |
| | | CNGarrett@perkinscoie.com |
| 20 | Sean P. Healy, Esq. | Jessica Zahn |
| 21 | Karen L. Karr, Esq. | COMMERICAL INVESTMENT |
| 22 | LEWIS BRISBOIS BISGAARD & SMITH | ADVISORS |
| | | 9805 East Bell Road, Suite 140 |
| 23 | 2929 N. Central Avenue, Suite 1700 | Scottsdale, AZ 85260 |
| | Phoenix, AZ 85012 | |
| 24 | healy@lbbslaw.com; | |
| 25 | karr@lbbslaw.com; | |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | David Wm. Engelman, Esq. | Kenneth J. Ottaviano, Esq. |
| 2 | Bradley D. Pack, Esq. | William J. Dorsey, Esq. |
|   | ENGELMAN BERGER, P.C. | Jeffrey Chadwick, Esq. |
| 3 | 3636 North Central Avenue, #700 | KATTEN, MUCHIN, ROSENMAN, LLP |
|   | Phoenix, AZ 85012 | 525 W. Monroe Street |
| 4 | dwe@engelmanberger.com | Chicago, IL 60661 |
| 5 | bdp@engelmanberger.com | Kenneth.ottaviano@kattenlaw.com |
|   |   | William.dorsey@kattenlaw.com |
| 6 |   | Jeffrey.chadwick@kattenlaw.com |
| 7 |   |   |
|   | ANMP | Topco Sales Vast Resources, Inc. |
| 8 | James C. Sell, Receiver | 9401 De Soto Avenue |
|   | 2222 East Camelback Road, Suite 110 | Chattsworth, CA 91311 |
| 9 | Phoenix, AZ 85016 | stan@topcosales.us |
| 10 | jim@forensic-cpa.com |   |
| 11 | Vibratex, Inc. | Pulse Distribution, LLC |
|   | P.O. Box 991 | 9640 Owensmouth |
| 12 | Vallejo, CA 94590 | Chatsworth, CA 91311 |
| 13 | vibratex@pacbell.net |   |
| 14 | Kama Sutra Company | Love Toys, Inc. |
|   | 2151 Anchor Court | 3990 W. Russell Road, No. 8 |
| 15 | Thousand Oaks, CA 91320 | Las Vegas, NV 89118 |
|   | Beverly@kamasutra.com | gene@lovetoysinc.com |
| 16 |   |   |
| 17 | California Exotic Novelties | Marina Pacific Distributors |
|   | 14235 Ramona Avenue | 7077 Vineland Avenue |
| 18 | Chino, CA 91710-5751 | North Hollywood, CA 91605 |
| 19 | sc@calexotics.com | avi@marinapacific.com |
| 20 | Media Products | Leg Avenue, Inc. |
|   | 21541 Blythe Street | P.O. Box 1036 |
| 21 | Canoga Park, CA 91304 | Charlotte, NC 28201-1036 |
| 22 | hilary@devilsfilm.com | jenny@legavenue.com |
| 23 | California Sunshine | Sin City Video |
|   | Unger Fabrik | 9155 Deering Avenue |
| 24 | P.O. Box 1036 | Chatsworth, CA 91311 |
| 25 | Charlotte, NC 28201-1036 |   |
|   | daphnaserror@hotmail.com |   |
| 26 |   |   |
| 27 | Fantasy Lingerie | Earthly Body Video |
|   | 10260 Norris Avenue | 9420 Lurline Avenue, No. E |
| 28 | Pacoima, CA 91331 | Chatsworth, CA 91311 |

| | |
|---|---|
| Body Zone<br>2918 West Virginia Avenue<br>Phoenix, AZ 85009 | Kevin@earthlybody.com<br>Novelties by Nass-Walk, Inc.<br>2075 91st Street<br>North Bergen, NJ 07047<br>Kathryn@nasstoys.com |
| PPS/Olympic<br>Steven P. O'Brien, Esq.<br>GUST ROSENFELD, PLC<br>201 East Washington Street, 8th Floor<br>Phoenix, AZ 85004-2327<br>spobrien@gustlaw.com | Clear Channel Broadcasting<br>351 Elliott Avenue West, No. 300<br>Seattle, WA 98119<br>lynnodell@clearchannel.com<br>jodeefraser@clearchannel.com |
| U. S. Trustee<br>OFFICE OF THE U.S. TRUSTEE<br>230 North First Avenue, Suite 204<br>Phoenix, AZ 85003<br>edward.k.bernatavicius@usdoj.gov | Ethan B. Minkin, Esq.<br>KUTAK ROCK LLP<br>8601 N. Scottsdale Road, Suite 300<br>Scottsdale, AZ 85253-2742<br>Philip.rudd@kutakrock.com<br>Ethan.minkin@kutakrock.com |
| Olympic Coast Investment<br>c/o Dillon E. Jackson<br>FOSTER, PEPPER & SHEFELMAN<br>1111 Third Avenue, Suite 3400<br>Seattle, WA 98101<br>jackd@foster.com | Wachovia Small Business Capital<br>c/o Henk Taylor, Esq.<br>LEWIS AND ROCA LLP<br>40 N. Central Avenue, Suite 1900<br>Phoenix, AZ 85004-4429<br>htaylor@lrlaw.com |
| Dale Schian, Esq.<br>SCHIAN, WALKER PLC<br>3550 N. Central Avenue, Suite 1700<br>Phoenix, AZ 85012<br>ecfdocket@swazlaw.com | Harlan Lyons<br>A.S.K. CONSULTING GROUP LLC<br>40749 N. Boon Lane<br>Anthem, AZ 85086<br>Harlan@harlanlyons.com |
| Thomas J. Salerno, Esq.<br>SQUIRE, SANDERS & DEMPSEY LLP<br>Two Renaissance Square<br>40 N. Central Avenue, Suite 2700<br>Phoenix, AZ 85004-4498<br>tsalerno@ssd.com | James Roach, II, Esq.<br>ROACH & ASSOCIATES, PLLC<br>7320 East Deer Valley Road, Suite 220-A<br>Scottsdale, AZ 85255<br>jroach@jriilaw.com |

| | | |
|---|---|---|
| 1 | BRIDGE ASSOCIATES, LLC<br>747 Third Avenue, Suite 32A<br>New York, NY 10017 | Richard T. Anderson, Jr., Esq.<br>ANDERSON & MONSON PC<br>Park Plaza West, Suite 460<br>10700 S.W. Beaverton-Hillsdale Highway<br>Beaverton, OR 97005<br>rick@andersonmonson.com |
| 5 | Daniel P. Collins, Esq.<br>COLLINS, MAY, POTENZA, BARAN &<br>  GILLESPIE, P.C.<br>201 N. Central Avenue, Suite 2210<br>Phoenix, AZ 85004-0022<br>dcollins@cmpbglaw.com | Robert J. Miller, Esq.<br>Bryce A. Suzuki, Esq.<br>BRYAN CAVE LLP<br>Two North Central Avenue, Suite 2200<br>Phoenix,, AZ 85004-4406<br>rjmiller@bryancave.com<br>bryce.suzuki@bryancave.com |
| 10 | Steven J. Brown, Esq.<br>Steven D. Nemecek, Esq.<br>STEVE BROWN & ASSOCIATES<br>1414 East Indian School Road, Suite 200<br>Phoenix, AZ 85014<br>sbrown@sjbrownlaw.com<br>snemecek@sjbrownlaw.com | James A. Spear, CPA, JD<br>5212 West Rose Garden Lane<br>Glendale, AZ 85308<br>jamesaspear@hotmail.com |
| 15 | E. J. Peskind, Esq.<br>E. J. PESKIND, ESQ., PLLC<br>7047 East Greenway Parkway, Suite 155<br>Scottsdale, AZ 85254<br>ejp@azlawpartner.com | Barbara L. Caldwell, Esq.<br>HEBERT SCHENK PC<br>4742 North 24th Street, Suite 100<br>Phoenix, AZ 85016-4858<br>blc@hs-law.com |
| 19 | Lyman Davis, Esq.<br>4538 East Jude Lane<br>Gilbert, AZ 85298<br>lyman@usalubrications.com | David Hopkins, Esq.<br>LARSON ALLEN<br>17550 North Perimeter Drive, Suite 160<br>Scottsdale, AZ 85255<br>dhopkins@larsonallen.com |
| 23 | Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 21126<br>Philadelphia, PA 19114-0326 | Jay A. Lohman<br>LOHMAN COMPANY, PLLC<br>Stapley Center<br>1630 South Stapley Drive, Suite 108<br>Mesa, AZ 85204 |

| | | |
|---|---|---|
| 1 | Taylor R. Coleman | Philip G. Mitchell, Esq. |
| 2 | 5505 East San Miguel | JENNINGS, HAUG & CUNNINGHAM LLP |
| | Paradise Valley, AZ 85253 | |
| 3 | | 2800 North Central Avenue, Suite 1800 |
| 4 | | Phoenix, AZ 85004-1049 |
| | | Philip.mitchell@azbar.org |
| 5 | | |
| | BAJARANG INVESTMENTS | Henk Taylor, Esq. |
| 6 | 7749 Country Lane | LEWIS AND ROCA LLP |
| 7 | Pleasanton, CA 94566 | 40 N. Central Avenue, Suite 1900 |
| | | Phoenix, AZ 85004-4429 |
| 8 | | htaylor@lrlaw.com |
| 9 | Lowell E. Rothschild, Esq. | Gary A. Plotkin, Esq. |
| 10 | MESCH, CLARK & ROTHSCHILD, P.C. | PLOTKIN, RAPOPORT & NAHMIAS |
| | | 16633 Ventura Boulevard, Suite 800 |
| 11 | 259 N. Meyer Avenue | Encino, CA 91436 |
| | Tucson, AZ 85701-1090 | gplotkin@prnlaw.com |
| 12 | ecfbk@mcrazlaw.com | |
| 13 | | |
| 14 | Bizarre Video Productions | Scott R. Weaver, Esq. |
| | 863 Spinnaker Drive West | JAMESON, BABBITT, STITES, LOMBARD |
| 15 | Hollywood, FL 33019 | |
| 16 | | 999 Third Avenue, No. 1900 |
| | | Seattle, WA 98104 |
| 17 | | sweaver@jbsl.com |
| 18 | Eric W. Kessler, Esq. | Robert DePiano, Esq. |
| 19 | KESSLER LAW OFFICE | 2533 South Coast Highway 101, No. 280 |
| | 240 North Center Street | Cardiff-by-the-Sea, CA 92007 |
| 20 | Mesa, AZ 85201 | depianolaw@rdrunner.com |
| 21 | eric@kesslerlaw.phxcoxmail.com | |
| 22 | Stride News/Mayday LLC | Richard H. Martin, Esq. |
| | Simbro & Stanley PLC | MONTGOMERY MCCRACKEN |
| 23 | 8767 East Via de Commercio, No. 103 | 123 South Broad Street |
| 24 | Scottsdale, Z 85258-3374 | Philadelphia, PA 19109 |
| | bstanley@simbroandstanley.com | rmartin@mmwr.com |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | Cowlitz Bank (for AEA) | James E. Cross, Esq. |
| 2 | c/o Daniel M. Caine, Esq.<br>Ryan, Swanson & Cleveland, PLLC | OSBORN MALEDON P.A.<br>2929 North Central Avenue, No. 2100 |
| 3 | 1201 Third Avenue, Suite 3400<br>Seattle, WA 98101 | Phoenix, AZ 85012<br>jcross@omlaw.com |
| 4 | caine@ryanlaw.com | |
| 5 | | |
| 6 | Bay Bank, Successor to AEA<br>Attn: A. J. Shott | Municipality of Anchorage<br>Department of Law |
| 7 | 1505 Westlake Avenue North, #125<br>Seattle, WA 98109 | P.O. Box 196650<br>Anchorage, AK 99519-6650 |
| 8 | | |
| 9 | Jared G. Parker, Esq.<br>DECONCINI, MCDONALD, YETWIN | |
| 10 | & LACY, P.C.<br>7310 North 16th Street, Suite 330 | |
| 11 | Phoenix, AZ 85020 | |
| 12 | jparker@dmylphx.com | |

/s/ Erica A. Meany