**Dexter Liquidating Trust**  **Exhibit A**  **Employee Wage Claim Objection**

**Second Omnibus Objection**

| | | Scheduled Claims ||||||||||| |
| | | Dexter ||| New Castle ||| Castle Realty ||| Medford ||| |
| *Name* | *Address* | Class | Amount | C/U/D | Class | Amount | C/U/D | Class | Amount | C/U/D | Class | Amount | C/U/D | *Reason* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 101 Jeffrey F Adams | 222 W Clarendon Ave #127-5 Phoenix, AZ 85013 | | | | Unsecured Priority - Employee | 690.30 | | | | | | | | Employee Wage Claim. Wages were previously paid. |
| 102 Jennifer S Wood | 9641 SE Yukon St Portland, OR 97266 | Unsecured Non Priority | 813.19 | C | Unsecured Priority - Employee | 813.19 | | | | | | | | Employee Wage Claim. Wages were previously paid. |
| 103 Jennifer Walker | 9031 Dekoven Dr SW Lakewood, WA 98499 | Unsecured Non Priority | 864.44 | C | Unsecured Priority - Employee | 864.44 | | | | | | | | Employee Wage Claim. Wages were previously paid. |
| 104 Jenny M Rodriguez | 4001 Potter St #63 Eugene, OR 97405 | Unsecured Non Priority | 714.63 | C | Unsecured Priority - Employee | 714.63 | | | | | | | | Employee Wage Claim. Wages were previously paid. |
| 105 Jerimey John | 4306 W 10th Ave Kennewick, WA 99336 | Unsecured Non Priority | 681.57 | C | Unsecured Priority - Employee | 681.57 | | | | | | | | Employee Wage Claim. Wages were previously paid. |
| 106 Jerome Hemery | 8709 E Amelia Ave Scottsdale, AZ 85251 | Unsecured Non Priority | 746.10 | C | Unsecured Priority - Employee | 746.10 | | | | | | | | Employee Wage Claim. Wages were previously paid. |
| 107 Jessica L Oelschlager | 320 S 177th Pl #B202 Seattle, WA 98148 | Unsecured Non Priority | 470.90 | C | Unsecured Priority - Employee | 470.90 | | | | | | | | Employee Wage Claim. Wages were previously paid. |
| 108 Jewel Hartley | 3507 Almira Dr Bremerton, WA 98310 | Unsecured Non Priority | 720.32 | C | Unsecured Priority - Employee | 720.32 | | | | | | | | Employee Wage Claim. Wages were previously paid. |
| 109 Jill Winters | 16621 N 35th Dr Phoenix, AZ 85053 | Unsecured Non Priority | 1,326.85 | C | Unsecured Priority - Employee | 1,326.85 | | | | | | | | Employee Wage Claim. Wages were previously paid. |
| 110 Jocelynn Rekemeyer | 889 N Cofco Center Ct #1172 Phoenix, AZ 85008 | Unsecured Non Priority | 1,346.16 | C | Unsecured Priority - Employee | 1,346.16 | | | | | | | | Employee Wage Claim. Wages were previously paid. |
| 111 John Baker | 446 Panda Loop Eugene, OR 97401 | Unsecured Non Priority | 526.60 | C | Unsecured Priority - Employee | 526.60 | | | | | | | | Employee Wage Claim. Wages were previously paid. |
| 112 John Devenger | 5523 Indian School Rd Albuquerque, NM 87110 | Unsecured Non Priority | 707.40 | C | Unsecured Priority - Employee | 707.40 | | | | | | | | Employee Wage Claim. Wages were previously paid. |

| | Name | Address | Dexter | | | New Castle | | | Castle Realty | | | Medford | | | Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

*Scheduled Claims*

| # | Name | Address | Class (Dexter) | Amount | C/U/D | Class (New Castle) | Amount | C/U/D | Class (Castle Realty) | Amount | C/U/D | Class (Medford) | Amount | C/U/D | Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 113 | John Dimas | 543 Cardenas Albuquerque, NM 87108 | Unsecured Non Priority | 640.53 | C | Unsecured Priority - Employee | 640.53 | | | | | | | | Employee Wage Claim. Wages were previously paid. |
| 114 | John Freida | 9114 E Obispo Ave Mesa, AZ 85212 | Unsecured Non Priority | 1,230.77 | C | Unsecured Priority - Employee | 1,230.77 | | | | | | | | Employee Wage Claim. Wages were previously paid. |
| 115 | John Swofford | 3335 W Louise Dr Phoenix, AZ 85027 | Unsecured Non Priority | 723.50 | C | Unsecured Priority - Employee | 723.50 | | | | | | | | Employee Wage Claim. Wages were previously paid. |
| 116 | John Terry Linner | 1214 W Rose Marie Ln Phoenix, AZ 85023 | Unsecured Non Priority | 1,961.54 | C | Unsecured Priority - Employee | 1,961.54 | | | | | | | | Employee Wage Claim. Wages were previously paid. |
| 117 | Jolene Best | 1914 70th Ave W #I 5 Tacoma, WA 98466 | Unsecured Non Priority | 1,015.48 | C | Unsecured Priority - Employee | 1,015.48 | | | | | | | | Employee Wage Claim. Wages were previously paid. |
| 118 | Jonathan P Hove | 3077 Mt Adams View Dr West Richland, WA 99353 | Unsecured Non Priority | 468.83 | C | Unsecured Priority - Employee | 468.83 | | | | | | | | Employee Wage Claim. Wages were previously paid. |
| 119 | Jonathan Underwood | 4505 S Hardy Dr #1111 Tempe, AZ 85282 | Unsecured Non Priority | 604.35 | C | Unsecured Priority - Employee | 604.35 | | | | | | | | Employee Wage Claim. Wages were previously paid. |
| 120 | Joseph Minisquero | 25811 W Satellite Ln Buckeye, AZ 85326 | Unsecured Non Priority | 1,500.00 | C | Unsecured Priority - Employee | 1,500.00 | | | | | | | | Employee Wage Claim. Wages were previously paid. |
| 121 | Joseph Soto | 4932 E La Costa Dr Chandler, AZ 85249 | Unsecured Non Priority | 1,826.92 | C | Unsecured Priority - Employee | 1,826.92 | | | | | | | | Employee Wage Claim. Wages were previously paid. |
| 122 | Joshua I Kerr | 5847 Debarr Rd #20 Anchorage, AK 99504 | Unsecured Non Priority | 762.18 | C | Unsecured Priority - Employee | 762.18 | | | | | | | | Employee Wage Claim. Wages were previously paid. |
| 123 | Julian Laughlin | 1350 E Northern Ave #196 Phoenix, AZ 85020 | Unsecured Non Priority | 631.20 | C | Unsecured Priority - Employee | 631.20 | | | | | | | | Employee Wage Claim. Wages were previously paid. |
| 124 | Julian M Melson | 1515 E Rovey #02 Phoenix, AZ 85014 | Unsecured Non Priority | 574.20 | C | Unsecured Priority - Employee | 574.20 | | | | | | | | Employee Wage Claim. Wages were previously paid. |

|  | Name | Address | \multicolumn{3}{c\|}{Scheduled Claims — Dexter} | \multicolumn{3}{c\|}{New Castle} | \multicolumn{3}{c\|}{Castle Realty} | \multicolumn{3}{c\|}{Medford} | Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  | Class | Amount | C/U/D | Class | Amount | C/U/D | Class | Amount | C/U/D | Class | Amount | C/U/D |  |
| 125 | Julie Benedict | 2131 W Lupine, Phoenix, AZ 85029 | Unsecured Non Priority | 424.95 | C | Unsecured Priority - Employee | 424.95 |  |  |  |  |  |  |  | Employee Wage Claim. Wages were previously paid. |
| 126 | Justin P Wojslaw | 3812 14th Ave W #A-206, Seattle, WA 98119 | Unsecured Non Priority | 1,538.47 | C | Unsecured Priority - Employee | 1,538.47 |  |  |  |  |  |  |  | Employee Wage Claim. Wages were previously paid. |
| 127 | Karen Dressler | 2217 N 22nd Pl, Phoenix, AZ 85006 | Unsecured Non Priority | 548.65 | C | Unsecured Priority - Employee | 548.65 |  |  |  |  |  |  |  | Employee Wage Claim. Wages were previously paid. |
| 128 | Karin Huff | 7309 N Standqard, Spokane, WA 99208 | Unsecured Non Priority | 665.84 | C | Unsecured Priority - Employee | 665.84 |  |  |  |  |  |  |  | Employee Wage Claim. Wages were previously paid. |
| 129 | Katherine McCoy | 12417 mountain Rd NE, Albuquerque, NM 87112 | Unsecured Non Priority | 556.15 | C | Unsecured Priority - Employee | 556.15 |  |  |  |  |  |  |  | Employee Wage Claim. Wages were previously paid. |
| 130 | Katie Pflieger | 12021 N 43rd Ave #136, Phoenix, AZ 85029 | Unsecured Non Priority | 598.33 | C | Unsecured Priority - Employee | 598.33 |  |  |  |  |  |  |  | Employee Wage Claim. Wages were previously paid. |
| 131 | Keith H Keiser | 1725 5th St #98, Springfield, OR 97477 | Unsecured Non Priority | 736.30 | C | Unsecured Priority - Employee | 736.30 |  |  |  |  |  |  |  | Employee Wage Claim. Wages were previously paid. |
| 132 | Keith N Dagsaan | 5870 Pine Rd NE, Bremerton, WA 98311 | Unsecured Non Priority | 768.72 | C | Unsecured Priority - Employee | 768.72 |  |  |  |  |  |  |  | Employee Wage Claim. Wages were previously paid. |
| 133 | Keith Olson | 1287 N Alma School Rd #173, Tempe, AZ 85281 | Unsecured Non Priority | 636.00 | C | Unsecured Priority - Employee | 636.00 |  |  |  |  |  |  |  | Employee Wage Claim. Wages were previously paid. |
| 134 | Kelly Edmonds | 1856 E Emerald Ave, Mesa, AZ 85204 | Unsecured Non Priority | 1,346.16 | C | Unsecured Priority - Employee | 1,346.16 |  |  |  |  |  |  |  | Employee Wage Claim. Wages were previously paid. |
| 135 | Kelly Zanders | 3630 W Cat Balue Dr, Phoenix, AZ 85008 | Unsecured Non Priority | 639.30 | C | Unsecured Priority - Employee | 639.30 |  |  |  |  |  |  |  | Employee Wage Claim. Wages were previously paid. |
| 136 | Kenneth Arthur Jr. | 4445 Roxanna Loop SE, Lacey, WA 98503 | Unsecured Non Priority | 1,923.08 | C | Unsecured Priority - Employee | 1,923.08 |  |  |  |  |  |  |  | Employee Wage Claim. Wages were previously paid. |

| | | | Scheduled Claims | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Dexter | | | New Castle | | | Castle Realty | | | Medford | | | |
| Name | Address | Class | Amount | C/U/D | Class | Amount | C/U/D | Class | Amount | C/U/D | Class | Amount | C/U/D | Reason |
| 137 Kimberly A Delimont | 5901 E 6th Ave #125 Anchorage, AK 99504 | Unsecured Non Priority | 879.63 | C | Unsecured Priority - Employee | 879.63 | | | | | | | | Employee Wage Claim. Wages were previously paid. |
| 138 Kimberly Allen | 239 Williams Ave N #3 Renton, WA 98057 | Unsecured Non Priority | 259.25 | C | Unsecured Priority - Employee | 259.25 | | | | | | | | Employee Wage Claim. Wages were previously paid. |
| 139 Kimberly H Nelson | 4411 E Chandler Blvd #2019 Phoenix, AZ 85048 | Unsecured Non Priority | 305.10 | C | Unsecured Priority - Employee | 305.10 | | | | | | | | Employee Wage Claim. Wages were previously paid. |
| 140 Kimberly Kier | 17600 Beaujolais Dr Eagle River, AK 99577 | Unsecured Non Priority | 1,153.85 | C | Unsecured Priority - Employee | 1,153.85 | | | | | | | | Employee Wage Claim. Wages were previously paid. |
| 141 Kordell Moore | 720 E McKellips #D-524 Tempe, AZ 85281 | Unsecured Non Priority | 526.00 | C | Unsecured Priority - Employee | 526.00 | | | | | | | | Employee Wage Claim. Wages were previously paid. |
| 142 Kristin E. Smith | 1505 W 1st St Cheney, WA 99004 | Unsecured Non Priority | 754.01 | C | Unsecured Priority - Employee | 754.01 | | | | | | | | Employee Wage Claim. Wages were previously paid. |
| 143 Kyle St John | 5633 S Captain Kidd Ct #B Tempe, AZ 85283 | Unsecured Non Priority | 275.00 | C | Unsecured Priority - Employee | 275.00 | | | | | | | | Employee Wage Claim. Wages were previously paid. |
| 144 Kyle Watson | 2409 Cloverwood Lp Anchorage, AK 99508 | Unsecured Non Priority | 240.90 | C | Unsecured Priority - Employee | 240.90 | | | | | | | | Employee Wage Claim. Wages were previously paid. |
| 145 Lanuola Wilson | 7973 SE Stephanie Ct Portland, OR 97222 | Unsecured Non Priority | 1,476.74 | C | Unsecured Priority - Employee | 1,476.74 | | | | | | | | Employee Wage Claim. Wages were previously paid. |
| 146 Leigh Keeler | 2765 Brae Dr Medford, OR 97501 | Unsecured Non Priority | 707.01 | C | Unsecured Priority - Employee | 707.01 | | | | | | | | Employee Wage Claim. Wages were previously paid. |
| 147 Leland R Bailey | 15221 W Banff Ln Surprise, AZ 85379 | Unsecured Non Priority | 1,538.47 | C | Unsecured Priority - Employee | 1,538.47 | | | | | | | | Employee Wage Claim. Wages were previously paid. |
| 148 Lisa Sanor | 2292 N Ironwood #102 Apache Junction, AZ 85220 | Unsecured Non Priority | 976.40 | C | Unsecured Priority - Employee | 976.40 | | | | | | | | Employee Wage Claim. Wages were previously paid. |

| | | | Scheduled Claims | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Dexter | | | New Castle | | | Castle Realty | | | Medford | | | |
| *Name* | *Address* | Class | Amount | C/U/D | Class | Amount | C/U/D | Class | Amount | C/U/D | Class | Amount | C/U/D | *Reason* |
| 149 Marc Swan | 15 Winburn Wy #1 Ashland, OR 97520 | Unsecured Non Priority | 804.31 | C | Unsecured Priority - Employee | 804.31 | | | | | | | | Employee Wage Claim. Wages were previously paid. |
| 150 Marcus Hiltz | 2434 E Valley St Seattle, WA 98112 | Unsecured Non Priority | 485.25 | C | Unsecured Priority - Employee | 485.25 | | | | | | | | Employee Wage Claim. Wages were previously paid. |
| 151 Margaret Moulton | 1042 W Apollo Ave Tempe, AZ 85283 | Unsecured Non Priority | 2,692.31 | C | Unsecured Priority - Employee | 2,692.31 | | | | | | | | Employee Wage Claim. Wages were previously paid. |
| 152 Margo Dibartolomeo | 3114 E Lawndale Cir Mesa, AZ 85213 | Unsecured Non Priority | 716.10 | C | Unsecured Priority - Employee | 716.10 | | | | | | | | Employee Wage Claim. Wages were previously paid. |
| 153 Marie K Tabanera | 6800 NW Harrington Ln Silverdale, WA 98383 | Unsecured Non Priority | 1,540.43 | C | Unsecured Priority - Employee | 1,540.43 | | | | | | | | Employee Wage Claim. Wages were previously paid. |
| 154 Mark A Albarron | 1155 W Grove Pkwy #237 Tempe, AZ 85283 | Unsecured Non Priority | 720.85 | C | Unsecured Priority - Employee | 720.85 | | | | | | | | Employee Wage Claim. Wages were previously paid. |
| 155 Mark A James | 4404 W Chama Dr Glendale, AZ 85310 | Unsecured Non Priority | 1,346.16 | C | Unsecured Priority - Employee | 1,346.16 | | | | | | | | Employee Wage Claim. Wages were previously paid. |
| 156 Mark A Stone | 1521 E Cortez St Phoenix, AZ 85020 | Unsecured Non Priority | 372.20 | C | Unsecured Priority - Employee | 372.20 | | | | | | | | Employee Wage Claim. Wages were previously paid. |
| 157 Marlena Zaragoza | 1925 W 17th #B Eugene, OR 97402 | Unsecured Non Priority | 1,461.55 | C | Unsecured Priority - Employee | 1,461.55 | | | | | | | | Employee Wage Claim. Wages were previously paid. |
| 158 Martin Begay | 5131 N 15th St #572 Phoenix, AZ 85014 | Unsecured Non Priority | 660.85 | C | Unsecured Priority - Employee | 660.85 | | | | | | | | Employee Wage Claim. Wages were previously paid. |
| 159 Martin Romero | 200 W Hermosa #L-108 Tempe, AZ 85282 | Unsecured Non Priority | 836.80 | C | Unsecured Priority - Employee | 836.80 | | | | | | | | Employee Wage Claim. Wages were previously paid. |
| 160 Martina Webber | 543 Cardenas SE Albuquerque, NM 87108 | Unsecured Non Priority | 536.38 | C | Unsecured Priority - Employee | 536.38 | | | | | | | | Employee Wage Claim. Wages were previously paid. |

|   | Name | Address | *Scheduled Claims* ||||||||||||Reason|
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|   |   |   | **Dexter** ||| **New Castle** ||| **Castle Realty** ||| **Medford** |||   |
|   |   |   | Class | Amount | C/U/D | Class | Amount | C/U/D | Class | Amount | C/U/D | Class | Amount | C/U/D |   |
| 161 | Mason Mercer | 1600 W La Jolla Dr #1107 Tempe, AZ 85282 | Unsecured Non Priority | 539.65 | C | Unsecured Priority - Employee | 539.65 |  |  |  |  |  |  |  | Employee Wage Claim. Wages were previously paid. |
| 162 | Matthew R Ratliff | 2711 W Griswold Rd Phoenix, AZ 85051 | Unsecured Non Priority | 781.55 | C | Unsecured Priority - Employee | 781.55 |  |  |  |  |  |  |  | Employee Wage Claim. Wages were previously paid. |
| 163 | Matthew Wood | 2523 Kathryn Ave SE Albuquerque, NM 87106 | Unsecured Non Priority | 275.10 | C | Unsecured Priority - Employee | 275.10 |  |  |  |  |  |  |  | Employee Wage Claim. Wages were previously paid. |
| 164 | Megan Beaudry | 100 N Irving Pl #1202 Kennewick, WA 99336 | Unsecured Non Priority | 763.06 | C | Unsecured Priority - Employee | 763.06 |  |  |  |  |  |  |  | Employee Wage Claim. Wages were previously paid. |
| 165 | Megan Miller | 2902 W Sweetwater, #1222 Phoenix, AZ 85029 | Unsecured Non Priority | 650.80 | C | Unsecured Priority - Employee | 650.80 |  |  |  |  |  |  |  | Employee Wage Claim. Wages were previously paid. |
| 166 | Melanie Alexander | 27606 N Denison Rd Deer Park, WA 99006 | Unsecured Non Priority | 1,461.50 | C | Unsecured Priority - Employee | 1,461.50 |  |  |  |  |  |  |  | Employee Wage Claim. Wages were previously paid. |
| 167 | Melissa Brewer | 652 W Shawnee Dr Chandler, AZ 85225 | Unsecured Non Priority | 1,346.16 | C | Unsecured Priority - Employee | 1,346.16 |  |  |  |  |  |  |  | Employee Wage Claim. Wages were previously paid. |
| 168 | Melissa Cox | 1211 Niatanic Medford, OR 97501 | Unsecured Non Priority | 342.08 | C | Unsecured Priority - Employee | 342.08 |  |  |  |  |  |  |  | Employee Wage Claim. Wages were previously paid. |
| 169 | Michael C Beaver | 3714 W Evans Dr Phoenix, AZ 85053 | Unsecured Non Priority | 67.15 | C | Unsecured Priority - Employee | 67.15 |  |  |  |  |  |  |  | Employee Wage Claim. Wages were previously paid. |
| 170 | Michael Harvey | 3748 W Carol Ann Wy Phoenix, AZ 85053 | Unsecured Non Priority | 771.20 | C | Unsecured Priority - Employee | 771.20 |  |  |  |  |  |  |  | Employee Wage Claim. Wages were previously paid. |
| 171 | Michael Lix | 906 E Echo Ln Phoenix, AZ 85020 | Unsecured Non Priority | 358.60 | C | Unsecured Priority - Employee | 358.60 |  |  |  |  |  |  |  | Employee Wage Claim. Wages were previously paid. |
| 172 | Michael Patterson | 6044 Sycamore Ln Silverdale, WA 98383 | Unsecured Non Priority | 776.64 | C | Unsecured Priority - Employee | 776.64 |  |  |  |  |  |  |  | Employee Wage Claim. Wages were previously paid. |

|   | Name | Address | \multicolumn{3}{c}{Dexter} | \multicolumn{3}{c}{New Castle} | \multicolumn{3}{c}{Castle Realty} | \multicolumn{3}{c}{Medford} | Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|   |   |   | Class | Amount | C/U/D | Class | Amount | C/U/D | Class | Amount | C/U/D | Class | Amount | C/U/D |   |
| 173 | Michael Pinkstaff | 3428 N 47th St Phoenix, AZ 85018 | Unsecured Non Priority | 346.50 | C | Unsecured Priority - Employee | 346.50 |   |   |   |   |   |   |   | Employee Wage Claim. Wages were previously paid. |
| 174 | Michael W Withrow | 8327 E Meseto Ave Mesa, AZ 85208 | Unsecured Non Priority | 1,538.50 | C | Unsecured Priority - Employee | 1,538.50 |   |   |   |   |   |   |   | Employee Wage Claim. Wages were previously paid. |
| 175 | Michelle E Berman | 20003 N 23rd Ave #226 Phoenix, AZ 85027 | Unsecured Non Priority | 439.00 | C | Unsecured Priority - Employee | 439.00 |   |   |   |   |   |   |   | Employee Wage Claim. Wages were previously paid. |
| 176 | Michelle Flowers | 4702 E Clarendon Phoenix, AZ 85018 | Unsecured Non Priority | 624.15 | C | Unsecured Priority - Employee | 624.15 |   |   |   |   |   |   |   | Employee Wage Claim. Wages were previously paid. |
| 177 | Nicholas Maxfield | 4225 E Covina St Mesa, AZ 85205 | Unsecured Non Priority | 852.95 | C | Unsecured Priority - Employee | 852.95 |   |   |   |   |   |   |   | Employee Wage Claim. Wages were previously paid. |
| 178 | Nicholas R LaForge | 3491 N Arizona Ave #175 Chandler, AZ 85225 | Unsecured Non Priority | 675.80 | C | Unsecured Priority - Employee | 675.80 |   |   |   |   |   |   |   | Employee Wage Claim. Wages were previously paid. |
| 179 | Nicole Riches | 8465 E Pueblo Ave Mesa, AZ 85208 | Unsecured Non Priority | 1,632.16 | C | Unsecured Priority - Employee | 1,632.16 |   |   |   |   |   |   |   | Employee Wage Claim. Wages were previously paid. |
| 180 | Nikolas Tipsword | 10229 W 3rd Ln #172 Phoenix, AZ 85051 | Unsecured Non Priority | 646.14 | C | Unsecured Priority - Employee | 646.14 |   |   |   |   |   |   |   | Employee Wage Claim. Wages were previously paid. |
| 181 | Pedro Rubio III | 6471 W Gary Dr Chandler, AZ 85226 | Unsecured Non Priority | 699.20 | C | Unsecured Priority - Employee | 699.20 |   |   |   |   |   |   |   | Employee Wage Claim. Wages were previously paid. |
| 182 | Quinn McLogan | 1701 E Colter St #135 Phoenix, AZ 85016 | Unsecured Non Priority | 271.25 | C | Unsecured Priority - Employee | 271.25 |   |   |   |   |   |   |   | Employee Wage Claim. Wages were previously paid. |
| 183 | Rachel Sachs | 1101 NE Campus Pkwy Seattle, WA 98105 | Unsecured Non Priority | 510.20 | C | Unsecured Priority - Employee | 510.20 |   |   |   |   |   |   |   | Employee Wage Claim. Wages were previously paid. |
| 184 | Randy Price | 2321 4th AVe #103 Seattle, WA 98122 | Unsecured Non Priority | 1,002.10 | C | Unsecured Priority - Employee | 1,002.10 |   |   |   |   |   |   |   | Employee Wage Claim. Wages were previously paid. |

| | Name | Address | **Dexter** Class | Amount | C/U/D | **New Castle** Class | Amount | C/U/D | **Castle Realty** Class | Amount | C/U/D | **Medford** Class | Amount | C/U/D | *Reason* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | *Scheduled Claims* | | | | | | | | | |
| 185 | Ray Perez | 1233 N Mesa Dr #2122 Mesa, AZ 85201 | Unsecured Non Priority | 983.15 | C | Unsecured Priority - Employee | 983.15 | | | | | | | | Employee Wage Claim. Wages were previously paid. |
| 186 | Raychel Lawrence | 345 W Pine St Central Point, OR 97502 | Unsecured Non Priority | 1,426.93 | C | Unsecured Priority - Employee | 1,426.93 | | | | | | | | Employee Wage Claim. Wages were previously paid. |
| 187 | Raymond Salazar | 1616 97th St S #C-8 Tacoma, WA 98444 | Unsecured Non Priority | 1,169.75 | C | Unsecured Priority - Employee | 1,169.75 | | | | | | | | Employee Wage Claim. Wages were previously paid. |
| 188 | Regina Mundell | 3601 E McDowell Rd #2124 Phoenix, AZ 85008 | Unsecured Non Priority | 356.45 | C | Unsecured Priority - Employee | 356.45 | | | | | | | | Employee Wage Claim. Wages were previously paid. |
| 189 | Regina Senior | 7421 Chad St Anchorage, AK 99518 | Unsecured Non Priority | 1,346.16 | C | Unsecured Priority - Employee | 1,346.16 | | | | | | | | Employee Wage Claim. Wages were previously paid. |
| 190 | Rezona Yazzie | 1317 N 44th St Phoenix, AZ 85008 | Unsecured Non Priority | 743.30 | C | Unsecured Priority - Employee | 743.30 | | | | | | | | Employee Wage Claim. Wages were previously paid. |
| 191 | Richard Panarese | 7353 E University Dr #1151 Mesa, AZ 85207 | Unsecured Non Priority | 1,076.00 | C | Unsecured Priority - Employee | 1,076.00 | | | | | | | | Employee Wage Claim. Wages were previously paid. |
| 192 | Ricky V Gatil | 1329 S McKemy St Tempe, AZ 85281 | Unsecured Non Priority | 752.90 | C | Unsecured Priority - Employee | 752.90 | | | | | | | | Employee Wage Claim. Wages were previously paid. |
| 193 | Rikki Clark | 11821 N 26th Dr #246 Phoenix, AZ 85029 | Unsecured Non Priority | 543.35 | C | Unsecured Priority - Employee | 543.35 | | | | | | | | Employee Wage Claim. Wages were previously paid. |
| 194 | Rio Shayne | 19624 NW Sunderland Dr Hillsboro, OR 97124 | Unsecured Non Priority | 202.58 | C | Unsecured Priority - Employee | 202.58 | | | | | | | | Employee Wage Claim. Wages were previously paid. |
| 195 | Rochelle Bryant | 1055 N Recker #1208 Mesa, AZ 85205 | Unsecured Non Priority | 659.15 | C | Unsecured Priority - Employee | 659.15 | | | | | | | | Employee Wage Claim. Wages were previously paid. |
| 196 | Rochelle Miller | 3676 Sisters View Eugene, OR 97401 | Unsecured Non Priority | 514.80 | C | Unsecured Priority - Employee | 514.80 | | | | | | | | Employee Wage Claim. Wages were previously paid. |

| | *Name* | *Address* | Scheduled Claims ||||||||||||| *Reason* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | **Dexter** | | | **New Castle** | | | **Castle Realty** | | | **Medford** | | | |
| | | | Class | Amount | C/U/D | Class | Amount | C/U/D | Class | Amount | C/U/D | Class | Amount | C/U/D | |
| 197 | Roderick R Nez | 1108 N Esther St Tempe, AZ 85281 | Unsecured Non Priority | 1,028.30 | C | Unsecured Priority - Employee | 1,028.30 | | | | | | | | Employee Wage Claim. Wages were previously paid. |
| 198 | Rodney Stockton | 4530 E McDowell Rd #283 Phoenix, AZ 85008 | Unsecured Non Priority | 415.40 | C | Unsecured Priority - Employee | 415.40 | | | | | | | | Employee Wage Claim. Wages were previously paid. |
| 199 | Rollin Kennedy | 8218 S 7th St #63 Phoenix, AZ 85042 | Unsecured Non Priority | 794.40 | C | Unsecured Priority - Employee | 794.40 | | | | | | | | Employee Wage Claim. Wages were previously paid. |
| 200 | Ronda J Coleman | 16516 Creek Ln #2D Yelm, WA 98597 | Unsecured Non Priority | 1,538.47 | C | Unsecured Priority - Employee | 1,538.47 | | | | | | | | Employee Wage Claim. Wages were previously paid. |